Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone:      (949) 760-0404
Facsimile:   (949) 760-9502

Peter W. Peterson (*pro hac vice*)
David R. Pegnataro (*pro hac vice*)
delpet@delpet.com
DeLIO PETERSON & CURCIO LLC
700 State Street, Suite 402
New Haven, Connecticut 06511
Phone:      (203) 787-0595
Facsimile:   (203) 787-5818

Attorneys for Defendant
AVM INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCP APPLIED TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AVM INDUSTRIES, INC., <br><br> Defendant. | ) Case No. 2:19-cv-07475-MWF-RAO <br> ) <br> ) Hon. Michael W. Fitzgerald <br> ) <br> ) <br> ) **DECLARATION OF DAVID R.** <br> ) **PEGNATARO IN SUPPORT OF** <br> ) **DEFENDANT'S MOTION NOS. 1-** <br> ) **7 FOR SUMMARY JUDGMENT** <br> ) **AND/OR PARTIAL SUMMARY** <br> ) **JUDGMENT** |

-1-

I, David R. Pegnataro, hereby declare as follows:

1. I am an attorney licensed to practice in the State of Connecticut and admitted *pro hac vice* in the Central District of California. I am an associate with the law firm of DeLio, Peterson & Curcio LLC, and am counsel for Defendant AVM Industries, Inc. ("AVM") in the above-captioned action.

2. I am over 18 years of age. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of plaintiff GCP Applied Technologies, Inc.'s ("GCP") Second Amended Complaint (Dkt. 40).

4. Attached hereto as Exhibit 4 is a true and correct copy of Wiercinski U.S. Patent No. 8,713,879 ("the '879 Patent").

5. Attached hereto as Exhibit 24 is a true and correct copy of Wiercinski U.S. Patent No. 9,746,196 ("the '196 Patent").

6. Attached hereto as Exhibit 26 is a true and correct copy of a GCP Pre-applied Waterproofing Presentation dated March 18, 2019, production labeled GCP00056377 through GCP00056423.

7. Attached hereto as Exhibit 66 is a true and correct copy of the Portland Cement Association publication entitled "White Cement Concrete" by James A. Farny ("Farny Pub."), production labeled GCP00002876 through GCP00002905.

8. Attached hereto as Exhibit 67 is a true and correct copy of Serwin U.S. Patent No. 7,776,432 ("Serwin '432").

9. Attached hereto as Exhibit 69 is a true and correct copy of Fensel U.S. Patent No. 6,933,007 ("Fensel '007").

10. Attached hereto as Exhibit 70 is a true and correct copy of Metzler U.S. Patent No. 4,218,260 ("Metzler '260").

11. Attached hereto as Exhibit 71 is a true and correct copy of Wiercinski U.S. Patent No. 6,500,520 ("Wiercinski '520").

12. Attached hereto as Exhibit 72 is a true and correct copy of the August 2008 Concrete International article entitled "Solar Reflectance Values of Concrete" by Medgar L. Marceau and Martha G. VanGreem ("Marceau Pub.").

13. Attached hereto as Exhibit 73 is a true and correct copy of the Oregon Department of Geology and Mineral Industries publication entitled "A Description of Some Oregon Rocks and Minerals" by Hollis M. Dole and prepared by Lawrence L. Brown ("Hollis Pub").

14. Attached hereto as Exhibit 74 is a true and correct copy of the publication "White Cement – Properties, Manufacture, Prospects" submitted January 6, 2000 and accepted March 12, 2001 by Karterina Moresová, and Frantisek Skvára ("Moresová").

-3-

15. Attached hereto as Exhibit 80 is a true and correct copy of the GCP 2016 National Sales Meeting Presentation: Pre-applied Waterproofing presentation, production labeled GCP00002498 through GCP00002536.

16. Attached hereto as Exhibit 82 is a true and correct copy of the GCP Pre-Applied Waterproofing Market Plan presentation, drafted February 25, 2018, production labeled GCP00003532 through GCP00003568.

17. Attached hereto as Exhibit 88 is a true and correct copy of the GCP spreadsheet entitled "2021_03_09.Lost Profits (AVM).xlsx," including the production slip-sheet labeled GCP00069569.

18. Attached hereto as Exhibit 95 is a true and correct copy the GCP document entitled "GCP Weekly Americas Pulse 10-1-2020," production labeled GCP00005641 through GCP00005642.

19. Attached hereto as Exhibit 99 is a true and correct copy of an email chain sent August 23, 2019 between GCP Applied Technologies Chief of Staff, Greg Austin and former GCP Applied Technologies EVP, Global Head, Specialty Building Material, Naren Srinivasan, bearing the subject "Re: clarification – C&D letter AVM," production labeled GCP00019663.

20. Attached hereto as Exhibit 101 is a redacted version of a true and correct copy of GCP's Expert Report of Douglas R. Stieve Regarding Infringement ("Stieve Rpt.").

21. Attached hereto as Exhibit 102 is a true and correct copy of Exhibit 13 of GCP's Stieve Rpt.

22. Attached hereto as Exhibit 104 is a true and correct copy of GCP's Expert Report of Minh P. Doan ("Doan Rpt.") regarding damages, including appendices and exhibits.

23. Attached hereto as Exhibit 108 is a true and correct copy of AVM's Expert Rebuttal Report of George Miller ("G. Miller Reb.") regarding damages.

24. Attached hereto as Exhibit 110 is a true and correct copy of GCP's Expert Report of Robert Wiercinski regarding infringement.

25. Attached hereto as Exhibit 111 is a true and correct copy of GCP's Rebuttal Expert Report of Robert Wiercinski On Validity ("Wiercinski Reb."), and exhibits.

26. Attached hereto as Exhibit 112 is a true and correct copy of portions of the Transcript of Deposition of GCP Applied Technologies, Inc., pursuant to Fed. R. Civ. P. 30(b)(6) and of Robert Wiercinski, Pursuant to Fed. R. Civ. P. 30 ("Wiercinski Dep. I").

27. Attached hereto as Exhibit 113 is a true and correct copy of the Wiercinski Dep. I Errata Sheet ("Wiercinski Err. I").

28. Attached hereto as Exhibit 114 is a true and correct copy of AVM's Expert Report of Philip D. Dregger ("Dregger Rpt.") regarding invalidity and appendices.

-5-

29. Attached hereto as Exhibit 115 is a true and correct copy of the Declaration of Paul Miller, Vice President of AVM Industries, Inc., in support of the Dregger Rpt. and Defendant's Rule 56(a) Motion No. 4 for Summary Judgment ("Miller Decl.").

30. Attached hereto as Exhibit 116 is a true and correct copy of portions of the Transcript of Deposition of Douglas R. Stieve, pursuant to Fed. R. Civ. P. 30 ("Stieve Dep.").

31. Attached hereto as Exhibit 117 is a true and correct copy of Serwin U.S. Patent No. 7,776,432 ("Serwin").

32. Attached hereto as Exhibit 118 is a true and correct copy of the Transcript of Deposition of Robert Wiercinski, pursuant to Fed. R. Civ. P. 30 ("Wiercinski Dep. II").

33. Attached hereto as Exhibit 119 is a true and correct copy of Bartlett U.S. Patent No. 5,496,615 ("Bartlett '615").

34. Attached hereto as Exhibit 120 is a true and correct copy of AVM's Expert Rebuttal Report of Philip Dregger regarding infringement ("Dregger Reb").

35. Attached hereto as Exhibit 121 is a true and correct copy of the United States Patent and Trademark Office ("USPTO") September 9, 2013 office action for the '879 Patent ("9/9/2013 O.A."), production labeled GCP00025734 through GCP00025743.

36.   Attached hereto as Exhibit 122 is a true and correct copy of GCP's response to the 9/9/2013 O.A., dated December 3, 2013 ("12/3/2013 Resp."), production labeled GCP00025709 through GCP00025717.

37. Attached hereto as Exhibit 123 is a true and correct copy of the Cease & Desist Letter from GCP to AVM dated August 29, 2019, production labeled AVMI90100020312 through AVMI90100020313.

38. Attached hereto as Exhibit 124 is a true and correct copy of the August 29, 2019 email from GCP to AVM that included the attached Cease & Desist Letter, production labeled AVMI90100020310 through AVMI90100020311.

39. Attached hereto as Exhibit 125 is a true and correct copy of the Transcript of Deposition of AVM Industries, Inc., pursuant to Fed. R. Civ. P. 30(b)(6) and of Amir Rudyan, pursuant to Fed. R. Civ. P. 30 ("Rudyan Dep.").

40. Attached hereto as Exhibit 126 is a true and correct copy of the Transcript of Deposition of AVM Industries, Inc., pursuant to Fed. R. Civ. P. 30(b)(6) and of Paul Miller, pursuant to Fed. R. Civ. P. 30 ("Miller Dep.").

41. Attached hereto as Exhibit 127 is a true and correct copy of the Transcript of Deposition of GCP Applied Technologies, Inc., pursuant to Fed. R. Civ. P. 30(b)(6) and of Greg Austin, pursuant to Fed. R. Civ. P. 30 ("Austin Dep.").

42. Attached hereto as Exhibit 129 is a redacted version of a true and correct copy of AVM's "Sample Supplier Commercial Terms Agreement with Canadian Distributors," production labeled AVMI90100000761.

43. Attached hereto as Exhibit 130 is a redacted version of a true and correct copy of a sample proforma invoice from Jiangsu Canlon Building Materials Co., Ltd. to AVM Industries, Inc., production labeled AVMI90100000944.

44. Attached hereto as Exhibit 131 is a true and correct copy of the November 18, 2010 Patent Cooperation Treaty International Search Report to PCT/CN2010/00166 ("11/18/2010 ISR"), to which the '879 Patent claims priority.

45. Attached hereto as Exhibit 132 is a true and correct copy of Anspach, U.S. Patent No. 6,746,764 ("Anspach '764").

46. Attached hereto as Exhibit 133 is a true and correct copy of the February 13, 2014 USPTO "Notice of Allowance and Fee(s) Due" to the '879 Patent ("02/13/2014 N.O.A.").

47. Attached hereto as Exhibit 134 is a true and correct copy of the December 3, 2013 Information Disclosure Statement filed during prosecution of the '879 Patent ("12/3/2013 I.D.S.").

48. Attached hereto as Exhibit 135 is a true and correct copy of Appendix E to the Dregger Rpt., "Inequitable Conduct Claim Chart of U.S. Patent No. 8,713,879."

49. Attached hereto as Exhibit 136 is a true and correct copy of the August 13, 2015 USPTO office action for the '196 Patent ("08/13/2015 O.A.").

50. Attached hereto as Exhibit 137 is a true and correct copy of the W.R. Grace & Co.-Conn., predecessor of GCP, 08/13/2015 O.A. response for the '196 Patent dated November 2, 2015 ("11/2/2015 Resp.").

51. Attached hereto as Exhibit 138 is a true and correct copy of Robert Wiercinski's USPTO "Declaration (37 CFR 1.63) For Utility or Design Application Using an Application Data Sheet (37 CFR 1.76)" for the '879 Patent.

52. Attached hereto as Exhibit 139 is a true and correct copy of the Declaration of Amir Rudyan, President and CEO of AVM Industries, Inc., in support of Defendant's Rule 56(a) Motion No. 6 for Summary Judgment ("Rudyan Decl.").

53. Attached hereto as Exhibit 140 is a true and correct copy of Seth U.S. Patent No. 7,968,171 ("Seth '171").

54. Attached hereto as Exhibit 141 is a true and correct copy of Wiercinski U.S. Patent Publication No. 2007/0044397 ("Wiercinski '397 Pub")

55. Attached hereto as Exhibit 142 is a true and correct copy of the Wiercinski PCT Publication No. WO 2009/009659 ("Wiercinski '659 Pub").

56. Attached hereto as Exhibit 143 is a true and correct copy of Tajima U.S. Patent No. 3,937,640 ("Tajima").

57. Attached hereto as Exhibit 144 is a true and correct copy of Jacobs U.S. Patent Publication No. 2007/0218251 ("Jacobs").

58. Attached hereto as Exhibit 145 is a true and correct copy of Bartek U.S. Patent No. 7,442, 270 ("Bartek '270").

59. Attached hereto as Exhibit 146 is a true and correct copy of Aschenbeck U.S. Patent No. 7,238,408 ("Aschenbeck").

60. Attached hereto as Exhibit 147 is a true and correct copy of Getlichermann U.S. Patent Publication No. 2006/0110996 ("Getlichermann").

61. Attached hereto as Exhibit 148 is a true and correct copy of Wiercinski U.S. Patent No. 7,634,877 ("Wiercinski '877").

62. Attached hereto as Exhibit 149 is a true and correct copy of the Strategic Highway Research Program publication entitled "Synthesis of Current and Projected Concrete Highway Technology" by David Whiting, et. al. ("Whiting").

63. Attached hereto as Exhibit 150 is a true and correct copy of Preprufe® 360R and 160R technical datasheets published 2007-2008.

64. Attached hereto as Exhibit 151 is a true and correct copy of Preprufe® 360R and 160R technical datasheets published as early as 2002.

65. Attached hereto as Exhibit 152 is a true and correct copy of Preprufe® 300R and160R technical datasheets published as early as 2007.

66. Attached hereto as Exhibit 153 is a true and correct copy of AVM's Final Invalidity Contentions and exhibits.

67. Attached hereto as Exhibit 154 is a true and correct copy of AVM's Final Invalidity Contentions Exhibit A, claim charts which provide the legal standard for patent invalidity and unenforceability.

68. Attached hereto as Exhibit 155 is a true and correct copy of AVM's Final Invalidity Contentions Exhibit B, claim charts for invalidity of the '879 Patent under 35 U.S.C. §102 in view of Serwin '432 and Fensel '007.

69. Attached hereto as Exhibit 156 is a true and correct copy of AVM's Final Invalidity Contentions Exhibit C, claim charts for invalidity of the '879 Patent under 35 U.S.C. §103 for obviousness.

70. Attached hereto as Exhibit 157 is a true and correct copy of AVM's Final Invalidity Contentions Amended Exhibit D, submitted as Appendix E to the Dregger Rpt., claim charts for invalidity of the '879 Patent under 35 U.S.C. §103 for obviousness to Anspach '764 in view of Bartlett '615 in view of Preprufe® 360R/160R membranes and/or Preprufe® 360R/160R Technical Datasheets.

71. Attached hereto as Exhibit 158 is a true and correct copy of the October 21, 2021 Chinese National Intellectual Property Administration's "Examination Decision of Request for Invalidation," declaring GCP Applied Technologies Inc.'s Patent No. CN201310606068.X invalid.

72. Attached hereto as Exhibit 159 is a true and correct copy of the English translation to Exhibit 157.

73. Attached hereto as Exhibit 160 is a true and correct copy of the Declaration of Samuel Chong, translator for Welocalize Translations, in support of the English translation (Ex. 158) of Exhibit 157.

74. Attached hereto as Exhibit 161 is a true and correct copy of the Transcript of Deposition of Philip Dregger, pursuant to Fed. R. Civ. P. 30 ("Dregger Dep.").

75. Attached hereto as Exhibit 162 is a true and correct copy of the Declaration of Mark Swanson, President of California Building Envelope Representatives, Co. and an independent sales representative for AVM Industries, Inc., in support of Defendant's Rule 56(a) Motion No. 5 for Partial Summary Judgment ("Swanson Decl.").

76. Attached hereto as Exhibit 163 is a true and correct copy of the Declaration of Geoff Czapla, employed by Bowman Construction Supply as an independent sales representative for AVM Industries, Inc., in support of

Defendant's Rule 56(a) Motion No. 5 for Partial Summary Judgment ("Czapla Decl.").

77. Attached hereto as Exhibit 164 is a true and correct copy of the Declaration of Brad Stare, Director of Sales - West for AVM Industries, Inc., in support of Defendant's Rule 56(a) Motion No. 5 for Partial Summary Judgment ("Stare Decl.").

78. Attached hereto as Exhibit 165 is a true and correct copy of the Declaration of Asher Rudyan, sales representative for AVM Industries, Inc., in support of Defendant's Rule 56(a) Motion No. 5 for Partial Summary Judgment ("Rudyan II Decl.").

79. Attached hereto as Exhibit 166 is a true and correct copy of the Declaration of Kyle Stimpson, sales representative for AVM Industries, Inc., in support of Defendant's Rule 56(a) Motion No. 5 for Partial Summary Judgment ("Stimpson Decl.").

80. Attached hereto as Exhibit 167 is a true and correct copy of the Declaration of Lyrrad Pittard, employed by Klad Envelop Solutions – Ontario/Quebec and an independent sales representative for AVM Industries, Inc., in support of Defendant's Rule 56(a) Motion No. 5 for Partial Summary Judgment ("Pittard Decl.").

81. Attached hereto as Exhibit 168 is a true and correct copy of the Transcript of Deposition of Minh P. Doan, Pursuant to Fed. R. Civ. P. 30 ("Doan Dep.")

82. A meet-and-confer with counsel for GCP was conducted on November 8, 2021. During the conference, we discussed in detail the basis for the present motion nos. 1-7, including the alleged absence of genuine issues of material fact as to certain issues. We were unable to reach agreement.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2021, at New Haven, Connecticut.

_____
David R. Pegnataro

AVMI901_Pegnataro_declaration_SJ.docx

-14-

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | Dkt. 40, Second Amended Complaint |
| 2 | NOT USED |
| 3 | NOT USED |
| 4 | U.S. Patent No. 8,713,879 (" '879 Patent") |
| 5 | NOT USED |
| 6 | NOT USED |
| 7 | NOT USED |
| 8 | NOT USED |
| 9 | NOT USED |
| 10 | NOT USED |
| 11 | NOT USED |
| 12 | NOT USED |
| 13 | NOT USED |
| 14 | NOT USED |
| 15 | NOT USED |
| 16 | NOT USED |
| 17 | NOT USED |
| 18 | NOT USED |
| 19 | NOT USED |
| 20 | NOT USED |
| 21 | NOT USED |
| 22 | NOT USED |
| 23 | NOT USED |
| 24 | U.S. Patent No. 9,746,196 ("the '196 Patent") |

| 25 | NOT USED |
| 26 | GCP Pre-Applied Waterproofing Presentation March 18, 2019 |
| 27 | NOT USED |
| 28 | NOT USED |
| 29 | NOT USED |
| 30 | NOT USED |
| 31 | NOT USED |
| 32 | NOT USED |
| 33 | NOT USED |
| 34 | NOT USED |
| 35 | NOT USED |
| 36 | NOT USED |
| 37 | NOT USED |
| 38 | NOT USED |
| 39 | NOT USED |
| 40 | NOT USED |
| 41 | NOT USED |
| 42 | NOT USED |
| 43 | NOT USED |
| 44 | NOT USED |
| 45 | NOT USED |
| 46 | NOT USED |
| 47 | NOT USED |
| 48 | NOT USED |
| 49 | NOT USED |
| 50 | NOT USED |
| 51 | NOT USED |

| 52 | NOT USED |
|---|---|
| 53 | NOT USED |
| 54 | NOT USED |
| 55 | NOT USED |
| 56 | NOT USED |
| 57 | NOT USED |
| 58 | NOT USED |
| 59 | NOT USED |
| 60 | NOT USED |
| 61 | NOT USED |
| 62 | NOT USED |
| 63 | NOT USED |
| 64 | NOT USED |
| 65 | NOT USED |
| 66 | White Cement Concrete ("Farny Pub.") |
| 67 | Serwin U.S. Patent No. 7,776,432 ("Serwin '432") |
| 68 | NOT USED |
| 69 | Fensel U.S. Patent No. 6,933,007 ("Fensel '007") |
| 70 | Metzler U.S. Patent No. 4,218,260 ("Metzler '260") |
| 71 | Wiercinski U.S. Patent No. 6,500,520 ("Wiercinski '520") |
| 72 | Solar Reflectance Values of Concrete ("Marceau Pub") |
| 73 | A Description of Some Oregon Rocks and Minerals ("Hollis Pub") |
| 74 | White Cement – Properties, Manufacture, Prospects ("Moresová Pub") |
| 75 | NOT USED |
| 76 | NOT USED |

| 77 | NOT USED |
|---|---|
| 78 | NOT USED |
| 79 | NOT USED |
| 80 | GCP 2016 National Sales Meeting Pre-Applied Waterproofing Presentation |
| 81 | NOT USED |
| 82 | GCP Pre-Applied Waterproofing Market Plan 02.25.18 |
| 83 | NOT USED |
| 84 | NOT USED |
| 85 | NOT USED |
| 86 | NOT USED |
| 87 | NOT USED |
| 88 | Bates No.: GCP00069569 "2021_03_09.Lost Profits (AVM).xlsx" |
| 89 | NOT USED |
| 90 | NOT USED |
| 91 | NOT USED |
| 92 | NOT USED |
| 93 | NOT USED |
| 94 | NOT USED |
| 95 | GCP Weekly America's Pulse – 10/1/20 |
| 96 | NOT USED |
| 97 | NOT USED |
| 98 | NOT USED |
| 99 | Email chain dated 8/23/2019: "RE: clarification - C&D letter to AVM" |
| 100 | NOT USED |

| 101 | Redacted Expert Report of Douglas R. Stieve Regarding Infringement ("Stieve Rpt.") |
| --- | --- |
| 102 | Select Exhibits of Stieve Rpt. (Exhibit 13) |
| 103 | NOT USED |
| 104 | Expert Report of Minh P. Doan ("Doan Rpt.") |
| 105 | NOT USED |
| 106 | NOT USED |
| 107 | NOT USED |
| 108 | Expert Rebuttal Report of George Miller ("G. Miller Reb.") |
| 109 | NOT USED |
| 110 | Expert Report of Robert Wiercinski ("Wiercinski Rpt.") |
| 111 | Rebuttal Expert Report of Robert Wiercinski on Validity ("Wiercinski Reb.") |
| 112 | Portions of the Wiercinski Deposition 4/20/2021 Transcript ("Wiercinski Dep. I") |
| 113 | Wiercinski Deposition 4/20/2021 Errata Sheet ("Wiercinski. Err. I") |
| 114 | Expert Report of Philip Dregger ("Dregger Rpt.") |
| 115 | Declaration of Paul Miller 9/22/2021 ("Miller Decl.") |
| 116 | Portions of the Stieve Deposition Transcript 10/27/2021 ("Stieve Dep.") |
| 117 | Serwin U.S. Patent No. 7,776,432 ("Serwin") |
| 118 | Wiercinski Deposition 11/3/2021 Transcript ("Wiercinski Dep. II") |
| 119 | Bartlett U.S. Patent No. 5,496,615 ("Bartlett '615 Patent") |
| 120 | Expert Rebuttal Report of Philip Dreger ("Dregger Reb.") |

| 121 | USPTO 9/9/2013 Office Action in '879 Patent prosecution ("9/9/2013 O.A.") |
|---|---|
| 122 | Grace 12/3/2013 Response to 9/9/2013 O.A. ("12/3/2013 Resp.") |
| 123 | Cease & Desist Letter from GCP to AVM dated August 29, 2019; Bates No. AVMI90100020312 |
| 124 | Email from GCP to AVM with C&D letter attached dated August 29, 2019; Bates No. AVMI90100020310 |
| 125 | Rudyan Deposition 4/30/21 Transcript ("Rudyan Dep.") |
| 126 | Miller Deposition 4/22/21 Transcript ("Miller Dep.") |
| 127 | Austin Deposition 4/23/21 Transcript ("Austin Dep.") |
| 128 | NOT USED |
| 129 | Redacted Sample Supplier Commercial Terms Agreement with Canadian Distributors; Bates No. AVMI90100000761 |
| 130 | Redacted Sample Proforma Invoice from Jiangsu Canlon Building Materials Co., Ltd. to AVM; Bates No. AVMI90100000944 |
| 131 | Patent Cooperation Treaty 11/18/2010 International Search Report to PCT/CN2010/00166 ("11/18/2010 ISR") |
| 132 | U.S. Patent No. 6,746,764 ("Anspach '764") |
| 133 | USPTO 02/13/2014 Notice of Allowance and Fee(s) Due ("02/13/2014 N.O.A.") |
| 134 | Grace 12/3/2013 Information Disclosure Statement to '879 Patent ("12/3/2013 I.D.S.") |
| 135 | Dregger Rpt. Appendix E: Inequitable Conduct Claim Chart of U.S. Patent No. 8,713,879 |
| 136 | USPTO 08/13/2015 Office Action in '196 Patent prosecution |

-20-

| | | |
|---|---|---|
| | | ("08/13/2015 O.A.") |
| | 137 | Grace 11/2/2015 Response to 8/13/2015 O.A. ("11/2/2015 Resp.") |
| | 138 | Wiercinski Oath/Declaration for '879 Patent |
| | 139 | Declaration of Amir Rudyan ("Rudyan Decl.") |
| | 140 | Seth  U.S. 7,968,171 |
| | 141 | Wiercinski U.S. Pat. Pub. No. 2007/0044397 ("Wiercinski '397") |
| | 142 | Wiercinski PCT Pub. No. WO 2009/009659 ("Wiercinski '659") |
| | 143 | Tajima  U.S. Patent No. 3,937,640 ("Tajima") |
| | 144 | Jacobs  U.S. Pat. Pub. No. 2007/0218251 ("Jacobs") |
| | 145 | Bartek U.S. Patent No. 7,442,270 ("Bartek '270") |
| | 146 | Aschenbeck U.S. Patent No. 7,238,408 ("Aschenbeck") |
| | 147 | Getlichermann U.S. Pat. Pub. No. 2006/0110996 ("Getlichermann") |
| | 148 | Wiercinski U.S. Patent No. 7,634,877 ("Wiercinski '877") |
| | 149 | Synthesis of Current and Projected Concrete Highway Technology ("Whiting Pub") |
| | 150 | Preprufe® 300R/160R Technical Datasheet 2007-2008 |
| | 151 | Preprufe® 300R & 160R Technical Datasheet 2002 |
| | 152 | Preprufe® 300R & 160R Technical Datasheet 2007 |
| | 153 | Final Invalidity Contentions and Exhibits |
| | 154 | Final Invalidity Contentions Ex. A |
| | 155 | Final Invalidity Contentions Ex. B |
| | 156 | Final Invalidity Contentions Ex. C |
| | 157 | Final Invalidity Contentions Amended Ex. D |
| | 158 | "Examination Decision on Request for Invalidation" |

| 159 | "Examination Decision on Request for Invalidation"- Eng. Translation |
|---|---|
| 160 | Declaration of Samuel Chong, Cert of Translation |
| 161 | Deposition of Philip Dregger 11/2/2021 ("Dregger Dep.") |
| 162 | Declaration of Mark Swanson ("Swanson Decl.") |
| 163 | Declaration of Geoff Czapla ("Czapla Decl.") |
| 164 | Declaration of Brad Stare ("Stare Decl.") |
| 165 | Declaration of Asher Rudyan ("Rudyan II Decl.") |
| 166 | Declaration of Kyle Stimpson ("Stimpson Decl.") |
| 167 | Declaration of Lyrrad Pittard ("Pittard Decl.") |
| 168 | Minh P. Doan Deposition 11/01/21 Transcript ("Doan Dep.") |