# EXHIBITS 1, 4, 24, 66

Exhibit 1

Michael R. Matthias (SBN 57728)
*mmatthias@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Gary H. Levin (pro hac vice)
*glevin@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.564.8363
Facsimile: 215.568.3439

Cassandra J. Simmons (pro hac vice)
**BAKER & HOSTETLER LLP**
*csimmons@bakerlaw.com*
1050 Connecticut Ave., Suite 1100
Washington, DC 20036-5304
Telephone: 202.861.1633
Facsimile: 202.861.1783

***Attorneys for Plaintiff GCP Applied Technologies Inc.***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCP APPLIED TECHNOLOGIES INC., a Delaware corporation, | Case No.: 2:19-cv-07475-MWF-FFM |
| Plaintiff, | |
| v. | **SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| AVM INDUSTRIES, INC., a California corporation, | |
| Defendant. | |

**Exhibit**
GCP vs. AVM
Robert Wiercinski
**01**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Plaintiff GCP Applied Technologies, Inc. ("GCP") files this second amended

2  complaint for patent infringement against AVM Industries, Inc. ("AVM") and

3  states as follows:

**Jurisdiction**

5    1.    This is an action for patent infringement arising under the patent laws

6  of the United States, 35 U.S.C. § 271 *et seq.*  This Court has subject matter

7  jurisdiction over the action under 28 U.S.C. §§ 1331 and 1338.

**Nature of the Action**

9    2.    This is an action for infringement of United States Patent No.

10  8,713,879 ("the '879 Patent") under the Patent Laws of the United States, 35 U.S.C.

11  § 1 *et seq.*

12    3.    The '879 Patent is directed to waterproofing membranes for concrete

13  structures.  The membranes are constructed of a flexible carrier sheet, a layer of

14  waterproofing pressure-sensitive adhesive on one surface of the carrier, and

15  inorganic particles adhered to the layer of adhesive.  The particles protrude above

16  and protect the adhesive layer.  As generally used, the membranes are disposed over

17  a substrate such that the surface with the layer of adhesive and particles remains

18  exposed, so that concrete can be post-cast against this outer exposed working

19  surface of adhesive layer and inorganic particles.  The particles provide a

20  substantially reflective surface and, due to their physical properties, facilitate

21  bonding of the post-cast concrete to this outer exposed surface of the membrane.

**The Parties**

23    4.    Plaintiff GCP is a corporation organized under the laws of Delaware

24  with its principal place of business at 62 Whittemore Avenue, Cambridge, MA

25  02140.  GCP was formed from, and is the successor in interest to, the construction

26  products business of W.R. Grace and Co. ("Grace").  For decades, Grace had been

27  in the business of developing, manufacturing, and selling domestically and

28  internationally, construction products, including rollable sheet-like waterproofing

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

membranes.  The construction products business of Grace – now GCP – pioneered rollable waterproofing membranes with carrier sheets and preformed adhesive layers.  These membranes include BITUTHENE® waterproofing membranes that attach directly to existing structures, such as concrete foundations, as well as PREPRUFE® waterproofing membranes that are "pre-applied" with the adhesive layer facing outwards to bond with "post-cast" concrete.  GCP maintains research facilities in several countries and invests in developing and improving its pre-applied waterproofing membrane technologies, which minimize waste at job sites. GCP obtains global patents to protect its investments.

5.      Upon information and belief, Defendant AVM is a corporation organized under the laws of California with a principal place of business in this district at 8245 Remmet Avenue, Suite B, Canoga Park, CA 91304.  On information and belief, AVM sells construction products in this district and nationwide that compete directly with GCP's products.  Such products, imported by AVM from China and sold in the United States, include the AUSSIE SKIN® 550/555/558/560/565 waterproofing membranes, which compete directly with GCP's PREPRUFE® product.

**Personal Jurisdiction and Venue**

6.      As a California corporation having a place of business within this district, Defendant is subject to the personal jurisdiction of this Court.

7.      Venue is proper in this district under 35 U.S.C. § 1400(b).

**Operative Facts**

8.      The '879 Patent, entitled "Waterproofing Membrane," was duly and legally issued on May 6, 2014, to inventors Robert Wiercinski, Hongmel Ding, and Xia Cao.  GCP is the owner of all right, title, and interest in and to the '879 Patent by assignments, with full right to bring suit to enforce the patent.  A true and correct copy of the '879 Patent is attached to this complaint as Exhibit A, and incorporated herein by reference.

3

9.      The '879 Patent claims a novel waterproofing membrane having, *inter alia*, particulate inorganic material of certain size and optical properties adhered to a surface intended to be bonded to concrete cast against it.  The inorganic material's reflectivity protects the pressure sensitive adhesive layer from degradation by sunlight, which could prevent adherence of the membrane to the cast concrete.  Previous membranes required a release sheet over the working surface, often to facilitate rolling-up the sheet for packaging, that must be removed prior to use and disposed of at the job site.  In the claimed membrane of the '879 Patent, the presence of the substantially reflective inorganic particles adhered directly to the outer exposed surface of the adhesive eliminates the need for a release sheet.

10.     Defendant AVM imports waterproofing membranes into the United States and sells and/or offers to sell waterproofing membranes in the United States under the trademark AUSSIE SKIN®.  At least the AUSSIE SKIN® 550 and 560 products meet each element and limitation of at least claim 1 of the '879 Patent.  Further AVM instructs its customers to install the AUSSIE SKIN® membranes in a manner that meets each step of at least claim 15 of the '879 Patent. For example, Defendant AVM provides a publicly available technical data sheets for the AUSSIE SKIN® products.  These technical data sheets are available on AVM's website at https://www.avmindustries.com/wp-content/uploads/2019/07/0550-tds-avm-aussie-skin-550.pdf

and

https://www.avmindustries.com/wp-content/uploads/2019/07/0560-tds-avm-aussie-skin-560-1.pdf

Copies of the sheets as posted on the website are attached to this Complaint as Exhibit B and E, which are incorporated herein by reference.

11.     On information and belief, AVM promotes and sells its AUSSIE SKIN® products for waterproofing of floors, walls, and slabs in construction projects.  For example, on information and belief, AVM supplies AUSSIE SKIN®

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   membrane products for waterproofing of below-grade applications to projects in or

2   around Los Angeles.  An approval issued by the City of Los Angeles to AVM on

3   April 1, 2019 (hereinafter, "April 2019 LARR Report 26044") is posted on AVM's

4   website at https://www.avmindustries.com/wp-content/uploads/2019/04/0550-

5   0560-larr-report-26044-avm-system-550-560-exp-2021-05-01.pdf

6          12.    A copy of the report as posted on the website is attached to this

7   Complaint as Exhibit C, which is incorporated herein by reference. On information

8   and belief, AVM has been aware of the '879 Patent as early as 2017, by which time

9   AVM had hired two former Grace employees, who had been sales representatives

10  for Grace's PREPRUFE® membranes, to sell competing waterproofing membrane

11  products for AVM.  These employees, while at Grace, had access to sensitive Grace

12  PREPRUFE® sales information, including market, customer, and pricing

13  information.  On information and belief, one of these employees, just prior to

14  leaving Grace's employ, inserted an external storage drive to his Grace-issued

15  computer and accessed and/or copied files relating to Grace's membrane business.

16         13.    GCP obtained a sample of the AUSSIE SKIN® 550 from a distributor

17  of AVM, on or around November 8, 2018.  GCP inspected and analyzed the

18  product and compared it to claim 1 of the '879 Patent.

19         14.    GCP filed its original complaint against AVM's AUSSIE SKIN® 550

20  product on August 28, 2019, and provided AVM with the complaint.  AVM has had

21  actual knowledge of the '879 Patent from at least August 28, 2019.

22         15.    Upon information and belief, AVM thereafter discontinued or

23  deemphasized its AUSSIE SKIN® 550 product and newly promoted its AUSSIE

24  SKIN® 560 product, in an attempt to avoid liability.

25         16.    On information and belief, the AUSSIE SKIN® 560 product differs

26  from the AUSSIE SKIN 550® product only in thickness of the carrier sheet, which

27  is not a claimed limitation of the '879 Patent.

28

17.     With knowledge of the '879 Patent and of the details of the allegation of infringement by the similar AUSSIE SKIN® 550 product, AVM continued to encourage its customers to use its AUSSIE SKIN® 560 product. The AUSSIE SKIN® 560 is insubstantially different from the 550 product and, as demonstrated below, continues to infringe the '879 Patent. On information and belief, AVM did not seek assurance and did not have a reasonable good-faith belief that the AUSSIE SKIN® 560 product did not also infringe.

18.     GCP obtained a sample of the AUSSIE SKIN® 560 from a distributor of AVM, on or around September 12, 2019. GCP inspected and analyzed the product and compared it to claim 1 of the '879 Patent.

19.     A summary of AVM's infringement of claim 1, parsing the wording of the claim and the claim elements, is as follows:

| Claim 1 Element | AUSSIE SKIN® Products |
| --- | --- |
| *A waterproofing membrane comprising* | AVM's technical data sheets for the AUSSIE SKIN® products from its website (Exhibits B and E) characterize the products as "waterproofing membrane[s]." |
| *a flexible carrier sheet with two opposed surfaces* | AVM's technical data sheets describe the AUSSIE SKIN® products as being a "HDPE sheet[s]." HDPE sheet material is flexible and HDPE sheet material is cited in the '879 Patent as the preferred carrier sheet material. Col. 4, lines 54-56. Sheets, by definition, have two opposing surfaces. |
| *an approximately uniform layer of a waterproofing* | The April 2019 LARR Report 26044 (Exhibit C) admits that the AUSSIE SKIN® products contain |

SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO.: 2:19-CV-07475-MWF-FFM

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| *pressure sensitive adhesive on one surface of the carrier sheet* | a pressure sensitive adhesive. The layer of pressure sensitive adhesive on one surface of the HDPE sheet is substantially uniform in thickness. *See* Exhibit D (photograph of the AUSSIE SKIN® 550, showing uniform layer of pressure sensitive adhesive (with adhered particles of inorganic reflective materials))[1]; Exhibit F (photograph of the AUSSIE SKIN® 560, showing uniform layer of pressure sensitive adhesive (with adhered particles of inorganic reflective materials)). [2] |
| --- | --- |
| *the pressure sensitive adhesive has an average thickness in the range of 75 µm to 500 µm and has an outer exposed surface* | Upon information and belief, the average thickness of the layer of pressure sensitive adhesive in the AUSSIE SKIN® 550 by the solvent method is about 383 µm, which is the average thickness of the layer that is beneath the inorganic particulates, determined after separation of the particles from the adhesive. Upon information and belief, the thickness of the layer of pressure sensitive adhesive in the AUSSIE SKIN® 560 by the solvent method is about 306 µm, which is the average thickness of the layer that is beneath the inorganic particulates, determined after separation of the particles from the adhesive. The layer of pressure sensitive adhesive on the HDPE sheet has an outer exposed |

---

[1] Photograph of the AUSSIE SKIN® 550 attached to this Complaint as Exhibit D, and is incorporated herein by reference.
[2] Photograph of the AUSSIE SKIN® 560 attached to this Complaint as Exhibit F, and is incorporated herein by reference.

7

SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO.: 2:19-CV-07475-MWF-FFM

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| | working surface, as shown by the substantially white surface (with adhered inorganic particulates) in Exhibits D and F. |
| *substantially reflective inorganic particles adhered directly to the outer exposed surface of the pressure sensitive adhesive* | As shown in Exhibits D and F, the outer layer of the exposed outer surface of the pressure sensitive adhesive is substantially covered by adhered substantially white particulates.  GCP's x-ray diffraction analysis of the particles taken from the sheet showed the particles to be partially hydrated white Portland cement.  White Portland cements, including hydrated versions, are listed in the '879 Patent as preferred substantially reflective inorganic particulates. Col.6, lines 28-40. Reflectivity of the AVM adhesive layer with adhered particulates was measured to be about 63.2% for both AUSSIE SKIN® 550 and 560 membranes, which value is within the parameters for substantial reflectivity as described in the '879 Patent.  Col. 6, lines 41-51. |
| *wherein the substantially reflective inorganic particles have an average diameter of about 100 μm to about 600 μm that is approximately equal to or greater than the average thickness of the* | On information and belief, the inorganic particles adhered to the pressure sensitive adhesive layer of the AUSSIE SKIN® 550 have an average diameter, as measured by the method described in the '879 Patent (col. 6, lines 61-64), of approximately 507 μm, which is greater than the thickness of the adhesive layer (383 μm).  On information and belief, the inorganic particles |

8

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| pressure sensitive adhesive layer | adhered to the pressure sensitive adhesive layer of the AUSSIE SKIN® 560 have an average diameter, as measured by the method described in the '879 Patent (col. 6, lines 61-64), of approximately 600 µm, which is greater than the thickness of the adhesive layer (306 µm). |
|---|---|
| wherein the substantially reflective particles cover approximately 70% to 100% of the outer exposed surface of the pressure sensitive adhesive so as to provide the membrane with a substantially reflective surface | The outer exposed surface of the adhesive layer on the AUSSIE SKIN® 550 and 560 membranes are approximately 90% covered by the particles, as measured by the method described in the '879 Patent, Col. 6, lines 5-18. Reflectivity of the exposed surface of the adhesive layer with adhered particulates in each of the AUSSIE SKIN® 550 and 560 membranes was measured to be about 63.2%, which is within the parameters for substantial reflectivity as described in the '879 Patent. Col. 6, lines 41-51. |
| wherein the waterproofing membrane does not include a removable release sheet | The AUSSIE SKIN® 550 and 560 membranes as purchased by GCP from an AVM distributor did not have a removable release sheet on the *outer exposed surface* characterized by the particles; the absence of this sheet allows the membrane to be rolled up onto the carrier backside for shipment to jobsites. Exhibits D and F.<br>The AVM products have a removable black strip that covers a narrow edge of the pressure sensitive adhesive that does not have adhered |

9

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

|  | particles. The adhesive of this edge allows one strip of the AUSSIE SKIN® membrane to slightly overlap and adhere to an adjacent membrane. The black removable strip does not cover the outer exposed surface – the working surface – of the membrane; it is not a "release sheet" as referred to in the claim. |

20. AVM instructs the public to install the AUSSIE SKIN® 550 and 560 products by applying the membrane "either horizontally to smoothly prepared concrete substrates and/or compacted earth or crushed stone substrates. . . . . Concrete is then cast directly against the adhesive side of the membrane." Exhibits B and E. This method of application meets each step of at least method claim 15:

Claim 15. A method of waterproofing a concrete structure comprising applying to a substrate the waterproofing membrane of claim 1, and casting concrete such that it contacts the substantially reflective particles of the membrane.

21. Since at least August 28, 2019, AVM has continued to make these instructions with knowledge of the '879 Patent and with the intent that the steps of this claimed method be performed by its customers and that the patent be infringed thereby.

22. On information and belief, AVM's other AUSSIE SKIN® products identified in the April 2019 LARR Report 26044 (Exhibit C) are substantially similar to the AUSSIE SKIN® 550 and 560 products. AVM's sales of its infringing AUSSIE SKIN® membrane products compete and have competed directly with GCP's sales of its PREPRUFE® waterproofing membrane.

23. On information and belief, AVM has removed its online materials regarding the AUSSIE SKIN® 550 and 560 products as of April 2020.

10

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

24.     On information and belief, AVM developed, sampled, manufactured, used, imported, and/or considered additional versions of the accused AUSSIE SKIN® 550 and 560 products in November 2019.  AVM's AUSSIE SKIN® 550G and 560G products were approved in December 2019 (*see* Exhibit G, LARR Report at https://www.avmindustries.com/wp-content/uploads/2020/01/0550g-0560g-larr-report-26044-avm-system-550g-560g-exp-2021-05-01.pdf) and available for sale by February 2020.

25.     AVM has willfully infringed the patent since at least August 28, 2019.  With knowledge of, and despite, the '879 Patent and GCP's charges of infringement, AVM has encouraged its customers to buy infringing AUSSIE SKIN® products after August 28, 2019.  From August 28, 2019, to at least February 2020, AVM promoted its AUSSIE SKIN 560® product as non-infringing without a reasonable basis for such assertion.

26.     AVM has not made any demonstration, such as reflectivity testing, that its AUSSIE SKIN® 550G and 560G products do not infringe the '879 Patent. At GCP's request, AVM has provided GCP with a sample of its AUSSIE SKIN® 550G product on March 30, 2020.  Due to the Corona-virus pandemic, GCP has not had the opportunity to test the AUSSIE SKIN® 550G and 560G products.

27.     AVM's escalation actions after August 28, 2019, were with knowledge of the '879 Patent and/or having reason to know that its actions were willful, wanton, malicious, bad-faith, deliberate, consciously wrongful, and/or flagrant in light of GCP's infringement allegations.

## COUNT I

## Direct Infringement of U.S. Patent 8,713,879

28.     GCP incorporates each of the preceding paragraphs as if fully set forth herein.

29.     AVM has infringed and continues to infringe the '879 Patent by importing, offering to sell, and selling in the United States waterproofing

11

membrane products, including at least its AUSSIE SKIN® 550 and 560 membrane products, that infringe at least claim 1 of the '879 Patent under 35 U.S.C. § 271(a) and/or the doctrine of equivalents.

30.    On information and belief, AVM has been and is acting with knowledge of the '879 Patent since at least August 28, 2019, and without a reasonable basis for believing that it would not be infringing the '879 Patent, making its infringement willful.

31.    As a direct result of AVM's infringing acts, GCP has suffered and will continue to suffer damage and irreparable harm.

32.    Unless AVM is enjoined from infringing the '879 Patent, GCP will suffer irreparable injury for which damages are an inadequate remedy.

## COUNT II

### Indirect Infringement of U.S. Patent 8,713,879

33.    GCP incorporates each of the preceding paragraphs as if fully set forth herein.

34.    AVM has infringed and continues to infringe the '879 Patent by selling in the United States waterproofing membrane products, including at least its AUSSIE SKIN® 550 and 560 membrane products, and instructing customers to install the membranes through a process that meets each step of at least method claim 15.

35.    The AUSSIE SKIN® membrane products have no substantial non-infringing use and are specially adapted for installation by the method of claim 15. Further, AVM instructs on the membrane's installation with knowledge of the '879 Patent, since at least August 28, 2019, and with the intent that the steps of the method of claim 15 be performed by its customers and with the intent that at least this method claim of the '879 Patent be directly infringed thereby.

36.    AVM contributes to and induces infringement of the '879 Patent under 35 U.S.C. §§ 271(b) and (c).

12

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## PRAYER FOR RELIEF

GCP respectfully requests the following relief from this Court:

(a)     Judgment that AVM has infringed one or more claims of the '879 Patent;

(b)     Entry of an injunction against AVM and those in privity with it and those acting in concert with it from further infringement of the '879 Patent such as through importation and sales of the AUSSIE SKIN® 550 and 560 membrane products;

(c)     An award to GCP of damages adequate to compensate it for all infringement occurring through the date of judgment, with prejudgment interest, and for any supplemental damages as appropriate and post-judgment interest after that date;

(d)     An award of enhanced damages for willful infringement as permitted by law;

(e)     A finding that this is an exceptional case under 35 U.S.C. § 285 and an award of reasonable attorneys' fees and costs; and

(f)     An award of such other and further relief as the Court may deem just and proper.

Dated: April 27, 2020                    Respectfully submitted,

                                         **BAKER & HOSTETLER LLP**

                                         By:    */s/ Michael R. Matthias*
                                                Michael R. Matthias
                                                Gary H. Levin
                                                Cassandra Simmons

                                                *Attorneys for Plaintiff*
                                                *GCP Applied Technologies Inc.*

SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO.: 2:19-CV-07475-MWF-FFM

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXHIBIT "A"

US008713879B2

## (12) United States Patent
### Wiercinski et al.

(10) Patent No.: **US 8,713,879 B2**
(45) Date of Patent: **\*May 6, 2014**

(54) **WATERPROOFING MEMBRANE**

(71) Applicants: **Robert A. Wiercinski**, Lincoln, MA (US); **Hongmei Ding**, Beijing (CN); **Xia Cao**, Acton, MA (US)

(72) Inventors: **Robert A. Wiercinski**, Lincoln, MA (US); **Hongmei Ding**, Beijing (CN); **Xia Cao**, Acton, MA (US)

(73) Assignee: **W. R. Grace & Co.-Conn.**, Columbia, MD (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/891,379**

(22) Filed: **May 10, 2013**

(65) **Prior Publication Data**

US 2013/0247506 A1 Sep. 26, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 13/577,460, filed as application No. PCT/CN2010/000166 on Feb. 8, 2010, now Pat. No. 8,453,405.

(51) **Int. Cl.**
*E04B 5/00* (2006.01)

(52) **U.S. Cl.**
USPC ............... **52/408**; 52/411; 428/150; 428/144

(58) **Field of Classification Search**
USPC .............. 52/408, 411, 309.9, 309.17, 309.14, 52/309.5, 309.6, 309.8; 428/40.1, 40.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,373,074 | A | 3/1968 | Eustachio et al. |
| 3,900,102 | A | 8/1975 | Hurst |
| 4,172,830 | A | 10/1979 | Rosenberg et al. |
| 4,215,160 | A | 7/1980 | Rosenberg et al. |
| 4,239,795 | A | 12/1980 | Haage et al. |
| 4,357,377 | A | 11/1982 | Yamamoto |
| 4,751,122 | A | 6/1988 | May |
| 4,994,328 | A | 2/1991 | Cogliano |
| 5,112,678 | A | 5/1992 | Gay |
| 5,271,781 | A | 12/1993 | Anno et al. |
| 5,316,848 | A | 5/1994 | Bartlett et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1127701 | 7/1996 |
| WO | 0024970 | 5/2000 |
| WO | 2005091931 | 10/2005 |

OTHER PUBLICATIONS

International Search Report for Int'l Appln No. PCT/CN2010/000166, Nov. 18, 2010, 7 pages.

(Continued)

*Primary Examiner* — Chi Q Nguyen
(74) *Attorney, Agent, or Firm* — Craig K. Leon

(57) **ABSTRACT**

Disclosed is a waterproofing membrane that bonds to concrete cast against it (i.e., post-cast concrete). The membrane includes a flexible carrier sheet, a pressure sensitive adhesive, and reflective particles on the surface of the adhesive. The reflective particles should have an average diameter equal to or greater than the thickness of the pressure sensitive adhesive. Preferably, the reflective particles are ground white cement or ground white hydrated cement. The membrane does not have a removable release sheet that is typically used to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

**17 Claims, 1 Drawing Sheet**



# US 8,713,879 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,496,615 | A | * | 3/1996 | Bartlett et al. ............... 428/144 |
| 5,543,188 | A | | 8/1996 | Te'eni |
| 5,824,401 | A | | 10/1998 | Jenkins et al. |
| 6,235,365 | B1 | | 5/2001 | Schaughency et al. |
| 6,500,520 | B1 | | 12/2002 | Wiercinski et al. |
| 6,648,962 | B2 | | 11/2003 | Berke et al. |
| 6,746,764 | B2 | | 6/2004 | Anspach |

| | | | |
|---|---|---|---|
| 7,771,807 | B2 | | 8/2010 | Hubbard |
| 8,104,245 | B2 | | 1/2012 | Whelan et al. |
| 8,453,405 | B2 | * | 6/2013 | Wiercisnki et al. ............ 52/408 |

OTHER PUBLICATIONS

Written Opinion of the International Searching Authority for Int'l
Appln No. PCT/CN2010/000166, Nov. 18, 2010, 6 pages.

* cited by examiner



US 8,713,879 B2

1

# WATERPROOFING MEMBRANE

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of application U.S. Ser. No. 13/577,460 filed on Aug. 7, 2012, which is a 371 of PCT/CN2010/000166 filed on Feb. 8, 2010, and issued as U.S. Pat. No. 8,453,405, the disclosures of which are incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to a waterproofing membrane that bonds to concrete cast against it (i.e., post-cast concrete). The membrane includes a flexible carrier sheet, a pressure sensitive adhesive, and reflective particles. However, the membrane does not have a removable release sheet to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

## BACKGROUND OF THE INVENTION

Sheet-like waterproofing membrane laminates are well-known for application to concrete and other substrates. These laminates typically comprise a carrier sheet and a pressure sensitive adhesive layer (and optionally other layers). In many applications, the waterproofing sheet material is applied to a concrete substrate that has already been formed, such as a building foundation. In such a case, the adhesive layer of the membrane is applied against the cured concrete surface. In another technique, the waterproofing membrane is affixed to a lagging with the carrier sheet against the lagging and the adhesive portion (which may have an optional coating thereon) facing toward the cavity, circumscribed by a concrete form, in which the concrete is poured. The adhesive portion of the membrane will adhere to the freshly poured concrete (i.e., post-cast concrete), thus providing a fully adhered waterproofing membrane on the cured concrete surface after the form is removed. This technique is sometimes referred to as "blind side" (or pre-applied) waterproofing. A similar process may be used on horizontal surfaces where the membrane is applied to compacted soil or gravel or to a concrete slab, with the adhesive portion facing upward, then casting concrete against the membrane.

In addition to the carrier sheet and pressure sensitive adhesive layer, typical commercial waterproofing membranes include a removable release sheet that is used to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up. This release sheet must be removed from the membrane prior to or during installation and disposed in the trash, thus creating environmental waste.

U.S. Pat. No. 3,900,102 (Hurst) discloses one such membrane comprising a polyethylene support sheet, a bituminous adhesive and a releasable siliconized paper for protecting the adhesive. The release paper is removed as the membrane is unrolled and adhered to a building substrate (see Hurst FIG. 4). U.S. Pat. No. 4,751,122 (May) discloses a membrane laminate that includes a sheet-like paper substrate with a release coating (e.g., silicone) on one face and a waterproofing pressure sensitive adhesive on the other face. This membrane also includes a removable strip along the edge which, when removed, permits overlapping seams to adhere. U.S. Pat. No. 4,172,830 (Rosenberg) and U.S. Pat. No. 4,215,160 (Rosenberg) disclose paperless membrane laminates that

2

include a silicone release coating on the outer surface of the carrier sheet to prevent the adhesive layer from adhering to the carrier sheet when the membrane is rolled up. U.S. Pat. No. 5,254,661 (Wilson) discloses a similar type of paperless membrane laminate in which the release coating is a water-based silicone emulsion. During installation, edge portions of the release coating may be removed by wet abrasion to permit adhesion of overlap seams of adjacent membranes.

U.S. Pat. No. 4,994,328 (Cogliano) discloses a waterproofing membrane capable of adhering to freshly poured concrete (i.e., blind-side or pre-applied waterproofing). The membrane has a bituminous adhesive layer that is coated with a non-tacky, water-insoluble polymeric coating such as, for example, a polyvinyl alcohol, silica, and glycerin mixture in a weight ratio of 1:10:0.5. The coating purportedly protects the adhesive layer while permitting a strong adhesive bond to freshly poured concrete. However, the coating can be slippery when wet and, thus, not suitable for foot traffic. U.S. Pat. No. 5,316,848 (Bartlett) discloses a similar blind-side waterproofing membrane that includes a carrier layer, a pressure sensitive adhesive layer, and a protective coating on the adhesive layer, wherein the protective coating may be selected from various types of polymers, preferably an acrylic-based elastomer, such as styrene butyl acrylate. U.S. Pat. No. 5,496,615 (Bartlett) discloses a similar membrane laminate where the protective coating has a finely divided particulate material, such as sand, calcium carbonate, cement, titanium dioxide, etc., dusted thereon. The particulate material may have a particle size in the range of 0.1 to 1000 μm, preferably 0.2 to 100 μm. It should be noted that the particulate material is dusted onto the protective coating layer, not the adhesive layer.

U.S. Pat. No. 5,271,781 (Anno) discloses a waterproof sheet for concrete structures. The sheet is made of a thermoplastic synthetic resin and has cement powder pressed against and adhered to a surface of the sheet. However, the waterproof sheet does not include a pressure sensitive adhesive. In use, a cement paste layer is applied to the surface of a concrete substrate, then the powder coated sheet is applied against the wet cement paste layer, whereby the sheet adheres to the cement paste layer. U.S. Pat. No. 5,543,188 (Te'eni) discloses a waterproofing membrane that includes a polymeric sheet having fibrous surface layers on opposite faces. The fibrous surface layers are impregnated with a cementitious bonding material (e.g., cement powder) that is in a substantially non-hydrated condition, which will bond to wet concrete cast against the membrane. This membrane does not include a pressure sensitive adhesive.

U.S. Pat. No. 6,500,520 (Wiercinski) discloses a membrane laminate having a carrier support sheet, an adhesive layer, and embedded on the adhesive layer a layer of granulated inorganic particulates capable of reacting with concrete, such as aluminum oxide trihydrate, silica dioxide, fly ash, blast furnace slag, alkali or alkaline earth metal salts, etc. The particles, which may range in size from 5 to 1000 μm, may optionally be attached to the adhesive layer using a water-soluble material such as ethylene vinyl acetate or polyvinyl alcohol.

WO2005/091931 (Seth) discloses a shaped waterproofing membrane having a three-dimensional contour that may be used to cover detail areas such as tiebacks. These shaped membranes may include a protective layer such as particles embedded into the outer adhesive layer and/or outer polymer coating layer. The particles may be the same particles described in the aforementioned Bartlett and Wiercinski patents.

US 8,713,879 B2

**3**

U.S. Pat. No. 6,746,764 (Anspach) discloses self-adhering surface coverings such as floor tiles. The surface coverings include a substrate, such as tile, parquet, etc., having a pressure sensitive adhesive layer and a barrier layer disposed on the adhesive layer. The barrier layer permits the surface coverings to be stacked without the need for a release layer between adjacent surface coverings. The barrier layer includes particles that are crushable above 20 psi and that have a diameter at least equal to or greater than the thickness of the adhesive layer (typically about 2-6 mils (50-152 μm)). The particles may be uniformly distributed on the adhesive layer and may cover about 1% to 10% of the adhesive surface. While the particles may include a variety of materials, there is no suggestion to use cement or hydrated cement. Since this disclosure is directed to surface coverings such as floor tiles, there is no suggestion to cast concrete against the barrier layer.

Typical commercial waterproofing membranes used for blind-side (or pre-applied) applications include a release sheet and unroll wrong side up with the adhesive portion (or protective coating portion) facing downward. This forces the installer to first unroll then flip over a large, unwieldy membrane prior to installing it. Alternatively, two installers are needed to lift the heavy roll so that it may be unrolled from the top.

It would be advantageous to provide a waterproofing membrane that binds strongly to concrete cast against its surface, particularly after the membrane has been exposed to sunlight. In addition, it would be advantageous to provide a waterproofing membrane that has a highly reflective surface that will protect the adhesive layer from sunlight. Further, it would be advantageous to provide a waterproofing membrane that has an outer surface that will tolerate foot traffic. It would also be advantageous to provide a waterproofing membrane that does not require a release sheet that must be removed and disposed of at the job site.

SUMMARY OF THE INVENTION

The present invention relates to a waterproofing membrane that bonds to concrete cast against it (i.e., post-cast concrete). The membrane includes a flexible carrier sheet, a pressure sensitive adhesive, and reflective particles. However, the membrane does not have a removable release sheet that is typically used to prevent the adhesive portion (or protective coating portion) of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

In one embodiment, the waterproofing membrane comprises a flexible carrier sheet with two opposed surfaces, an approximately uniform layer of a waterproofing pressure sensitive adhesive on one surface of the carrier sheet such that the pressure sensitive adhesive has an average thickness in the range of 75 μm to 500 μm, preferably 100 μm to 400 μm, more preferably 125 μm to 375 μm, most preferably 125 μm to 300 μm. The pressure sensitive adhesive layer has an outer exposed surface onto which are adhered substantially reflective inorganic particles. The substantially reflective inorganic particles have an average diameter approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer. In addition, the substantially reflective particles cover approximately 70% to 100%, preferably 80% to 100%, most preferably 90% to 100% of the outer exposed surface of the pressure sensitive adhesive.

In a preferred embodiment, the substantially reflective inorganic particles comprise ground white cement, ground hydrated white cement, ground partially-hydrated white

**4**

cement or a mixture of two or more of these. In another preferred embodiment, the substantially reflective inorganic particles have an average diameter of about 100 μm to about 600 μm.

The present invention also embraces a method of waterproofing a concrete structure comprising applying a waterproofing membrane as defined herein to a substrate (e.g., lagging, gravel, concrete, soil retention system or concrete form) with the substantially reflective inorganic particles of the membrane facing the area into which the concrete will be cast, and casting concrete such that it contacts the substantially reflective particles of the membrane.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a cross-section of a waterproofing membrane of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

One embodiment of the waterproofing membrane of the present invention is depicted in FIG. **1**, which shows a cross-section of the waterproofing membrane taken along the width of the membrane. Typical commercial waterproofing membranes will have a width in the range of 30 to 185 cm, more typically 60 to 140 cm, preferably 80 to 130 cm. They typically will have a length of from 5 to 60 m, more typically 15 to 36 m, and are rolled up into a roll.

As shown in FIG. **1**, the waterproofing membrane **10** comprises three layers. One layer comprises a flexible carrier sheet **16** with two opposed surfaces. A second layer comprises an approximately uniform layer of a waterproofing pressure sensitive adhesive **12** on one surface of the carrier sheet. A third layer comprises substantially reflective inorganic particles **14** adhered to the outer exposed surface of the pressure sensitive adhesive (i.e., the surface opposite the surface of the pressure sensitive adhesive that is adhered to the carrier sheet) so as to provide the membrane with a substantially reflective surface.

The carrier sheet **16** provides mechanical strength and waterproofing integrity for the membrane. The carrier sheet typically will have a thickness of about 0.05 to 2.0 mm, preferably about 0.3 to 1.0 mm, and should comprise a generally smooth surface, such as is provided by films, sheets, fabrics, and extrusion coated woven and non-woven fabrics. Suitable materials for films and extrusion coatings include polypropylene, polyethylene, ethylene-propylene copolymers, ethylene-olefin copolymers, ethylene-vinyl acetate copolymers, polyvinyl acetate, polyethyl acrylate, polytetrafluoroethylene (PTFE), polyvinylidene fluoride (PVDF), polyethylene terephthalate (PET), polyvinyl chloride (PVC), polyamides or a combination of two or more of these materials. Polyethylene and polypropylene are preferred. A preferred carrier sheet comprises a thermoplastic film of high density polyethylene (HDPE). Fabrics may be woven or non-woven and may comprise polyethylene, polypropylene, polyethylene terephthalate and polyamide. A woven polypropylene fabric is particularly suitable.

Generally, the carrier sheet is not surface treated to increase the surface tension. However, in some cases it may be desirable to treat the surface of the carrier sheet on which the adhesive will be applied in order to enhance adhesion of the adhesive to the carrier sheet. One such surface treatment option is corona treatment. Preferably, the carrier sheet will not be corona treated, particularly the surface of the carrier sheet opposite the surface that is coated with the pressure

US 8,713,879 B2

5

sensitive adhesive since that surface will come in contact with the particulate layer **14** when the membrane is rolled up into a roll.

Additives may be incorporated into the carrier material to reduce surface tension. These may be incorporated into the bulk of the material in a separate compounding step. The additives may also be incorporated into the bulk of the material during the melt extrusion process to produce a sheet, film, or extrusion coated fabric.

The pressure sensitive adhesive **12** will comprise a substantially uniform layer with an average thickness in the range of 75 μm to 500 μm, preferably 100 μm to 400 μm, more preferably 125 μm to 375 μm, most preferably 125 μm to 300 μm.

Suitable pressure sensitive adhesives include butyl rubber based adhesives, polyisobutylene based adhesives, butyl based adhesives, acrylic based adhesives, styrene-isoprene-styrene (SIS) based adhesives, styrene-ethylene-butylene-styrene (SEBS) based adhesives, styrene-butadiene-styrene (SBS) based adhesives, styrene-butadiene rubber (SBR) based adhesives, and combinations thereof. Preferably, the synthetic adhesive is a pressure sensitive hot melt adhesive block copolymer of SIS, SBS or SEBS. For a more detailed description of pressure sensitive adhesives, see Satas, Handbook Of Pressure Sensitive Adhesive Technology, by Van Nostrand Reinhold Company, Inc. (1982), incorporated herein by reference.

Other pressure sensitive adhesives may comprise amorphous polyolefins. Amorphous polyolefin (APO) is defined as polyolefin with a degree of crystallinity of less than 30% as measured by differential scanning calorimetry. These polymers can be either homopolymers of propylene or copolymers of propylene with one or more α-olefin comonomer, such as, for example, ethylene, 1-butene, 1-hexene, 1-octene and 1-decene. The APO polymers of the types herein described above are commercially available from Eastman Chemical Company under the trade name designation Eastoflex or from Huntsman Corporation under the trade name designation Rextac or from Degussa Corporation under the trade name designation Vestoplast. Like rubber based adhesives, these are also combined with a tackifier and plasticizer to produce a pressure sensitive adhesive. See Eastman bulletin "Pressure-Sensitive Adhesives Based on Amorphous Polyolefin From Eastman Chemical Company."

The use of rubber modified bitumen pressure sensitive adhesives is not contemplated for the present invention. These materials exhibit very poor degradation resistance and rapid loss of bond to concrete after UV exposure.

Generally, for improved adhesion to post cast concrete it is preferred that the pressure sensitive adhesive has a penetration greater than about 30 decimillimeters (dmm) (150 g, 5 sec., 70° F.) as measured according to ASTM D 5-73, incorporated herein by reference.

The pressure sensitive adhesive can optionally contain typical additives, such as light absorbers (e.g., titanium dioxide, benzophenones, benzotriazoles, hydroxyphenyl-triazine, etc.), light stabilizers (e.g., hindered amines), antioxidants (e.g., hindered phenols), fillers (e.g., calcium carbonate, silica, titanium dioxide, etc.), plasticizers, rheological additives, and combinations thereof.

The pressure sensitive adhesive layer has an outer exposed surface onto which are adhered substantially reflective inorganic particles **14**. The substantially reflective inorganic particles have an average diameter approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer. Preferably, the substantially reflective inorganic particles will have an average diameter of about 100 μm to about 600 μm. In addition, the substantially reflective par-

6

ticles cover approximately 70% to 100%, preferably 80% to 100%, most preferably 90% to 100% of the outer exposed surface of the pressure sensitive adhesive, so as to provide the membrane with a substantially reflective surface.

The percentage of particle-coated area can be measured using scanning electron microscopy to generate an X-ray back-scatter image of the carbon exposed at the membrane surface. The uncoated area of the membrane surface contains carbon in the exposed pressure sensitive adhesive not covered by inorganic particles. A small sample of coated membrane is mounted on a double-sided carbon adhesive stub. It is not coated with carbon so as not to interfere with the carbon signal from the sample. The carbon signal from the sample is measured using scanning electron microscopy with a low accelerating voltage of 8 kv, to minimize background signal, and a 400 msec dwell time. An X-ray map of the back-scatter image is collected and EDAX software is used to calculated percent coverage.

The substantially reflective inorganic particles protect the waterproofing membrane from sunlight exposure and, thus, provide a good bond to concrete. These particles keep the membrane cooler and block damaging UV exposure, thus minimizing the rate of degradation of the pressure sensitive adhesive. Membranes without substantially reflective particles will suffer degradation of the pressure sensitive adhesive by heat and UV radiation and will not bond well to concrete after such exposure.

Suitable substantially reflective inorganic particles include ground white cement, ground hydrated white cement, ground partially-hydrated white cement or a mixture of two or more of these. The white cements have very low to no iron content (e.g., <1% C4AF) and include white Portland cement, hydrated white Portland cement, white aluminate cement, hydrated white aluminate cement, white calcium sulfo-aluminate cement, and hydrated white calcium sulfo-aluminate cement. Most preferred inorganic particles are the ground hydrated white cements. White Portland cement is similar to gray Portland cement except that it has much lower level (<1%) of iron-rich ferrite (C4AF) and a higher level (typically 12-15%) of aluminate (C3A).

Reflectivity can be measured with a NOVO-SHADE 45/0 Reflectometer. The test surface is illuminated from a 45° angle and the intensity of scattered light at the perpendicular (i.e., 0°) is measured. Data is recorded on a grey scale where black is 0% and white is 100%. Only shading is measured, irrespective of color, and is referred to as % whiteness. The reflective surface of the membrane of the present invention (i.e., the reflective particulate layer) exhibits a whiteness value that is greater than 55%, preferably greater than 65%, more preferably at least about 70% or greater, up to about 85%.

The substantially reflective inorganic particles preferably have an average diameter approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer. The use of relatively large diameter particles has the advantage of preventing blocking, where the surface of the membrane comprising the inorganic particles will adhere to the carrier surface **17** when the membrane is rolled up. By eliminating blocking, this eliminates the need for a release liner, the removal of which creates waste as well as an extra step during installation. A particle size analyzer that measures the volume percentage of particles as a function of particle diameter can be used to determine average particle size diameter.

Hydrated white Portland cement particles are preferably produced by mixing white Portland cement with water at a water to cement ratio of 0.22 to 0.50 with a dispersant, allow-

US 8,713,879 B2

7

ing the cement to cure, preferably, for seven days or more, milling, and sieving to achieve the appropriate range of particle size. Polycarboxylate dispersants are preferred. Most preferred are ethylene oxide-based polycarboxylates like ADVA 120 produced by W.R. Grace. The level of dispersant is 0.1% to 1% active surfactant based on dry cement. Hydrated aluminate cement particles may be produced in a similar manner.

Hydrated white cement particles may also include one or more additives such as admixtures, antioxidants, UV stabilizers, and white pigments blended therewith. Various admixtures may be added to the hydrated cement particles for one or more of the following purposes: (1) to enhance the bond of the particles to concrete; (2) accelerate the time of initial setting of concrete at the membrane interface; (3) to accelerate the rate of strength development of concrete at the membrane interface; (3) to increase the strength of the particles and the concrete at the membrane interface; (4) to decrease the capillary flow of water within the particles and concrete at the membrane interface; (5) to decrease permeability of the particles and concrete at the membrane interface to liquids; and (7) to inhibit the corrosion of embedded metal, such as to protect steel reinforcement in a concrete matrix.

Bonding admixtures are usually added to cement mixtures to increase the bond strength between old and new concrete. These include aqueous emulsions including polyvinyl acetate, acrylics, and styrene butadiene copolymers. Spray dried versions of these polymers may be used as well. Set accelerators include triethanolamine, sodium thiocyanate, calcium formate, calcium nitrite, calcium nitrate, calcium chloride, nitrite, chloride, formate, nitrate or mixture thereof. Antioxidants and UV absorbers are operative to protect the pressure sensitive adhesive against degradation. UV absorbers are selected from a list including benzotriazoles, hydroxyphenyl-triazines, and benzophenones. Antioxidants are selected from a list including hindered amines and hindered phenols. Pigments are operative to increase the reflectivity of the white hydrated cement particles and may be selected from a list including titanium dioxide, zinc oxide, white silica sand, calcium carbonate, and alumina trihydrate.

The membrane can be manufactured as follows. Pressure sensitive adhesive is hot melt coated onto the carrier sheet by any one of a number of coaters including knife over roll coater, slot die coater, roll coater, or curtain coater. The particles are applied to the adhesive while it is still warm and soft. To enhance adhesion of the particles to the pressure sensitive adhesive, the particle-coated membrane may be passed through a nip. Excess particles are removed by gravity, vacuum, brushing, or a combination of these methods. The membrane is then wound into a roll.

EXAMPLE 1

The effect of particle size of the particulate layer to prevent blocking was tested with a membrane comprising a particulate inorganic layer, a pressure sensitive adhesive and a 400 µm HDPE carrier. Four different particle sizes were evaluated, namely particles with an average particle size of 10 µm, 80 µm, 250 µm and 343 µm, on three different thicknesses of pressure sensitive adhesive, namely 125 µm, 250 µm and 375 µm. The pressure sensitive adhesive was hot melt coated onto the carrier, then the particles were coated onto the adhesive by applying an excessive amount by hand. The particles were embedded into the adhesive by applying pressure of 30 lbs/ft² (0.0014 megapascal) at a temperature of 65° C. The membrane, covered with a plastic film, was placed between two sheets of glass, a weight was placed on the upper sheet of glass, and the assembly was placed in an oven.) Excess particles were removed with a vacuum. A layer of untreated 400

8

µm HDPE carrier sheet was placed on top of the particle coated face of 5 cm×15 cm samples of the various particle coated membranes described above. A pressure of 2 psi (0.014 megapascal) at 65° C. was applied for 24 hrs. The samples were cooled and 180 degree peel adhesion was measured at 5 cm/min with an Instron mechanical tester. The results are reported in pounds per lineal inch (pli or lb/in) (also converted to kg/cm) and shown in Table 1 below. As will be evident, blocking resistance is excellent (i.e., the HDPE carrier sheet releases easily from the particle coated membrane surface) for those samples where the average particle size is larger than the thickness of the pressure sensitive adhesive.

TABLE 1

| | Peel Adhesion pli (kg/cm) Particle size | | | |
|---|---|---|---|---|
| Adhesive thickness | 10 µm | 80 µm | 250 µm | 343 µm |
| 125 µm | 9.5 (1.7) | 8 (1.4) | 0.2 (0.04)* | 0* |
| 250 µm | | | | 0* |
| 375 µm | | | 13.3 (2.4) | 0.5 (0.09)* |

*acceptable blocking resistance

EXAMPLE 2

The effect of particle reflectivity on bond to concrete after UV exposure was evaluated. All specimens comprise a 400 µm high-density polyethylene carrier sheet coated with 125 µm of pressure sensitive adhesive B or pressure sensitive adhesive C. The surface of each pressure sensitive adhesive was coated with particles of ground hydrated white cement or ground hydrated gray cement using the technique described in Example 1. The particles were prepared by blending cement with water at a water cement ratio of 0.25 along with 0.25% (wt. % solids on dry cement) of dispersant ADVA 120 (W.R. Grace). The cement pastes were cured for seven days and milled. The milled particles were sieved and the fraction falling through a 600 µm sieve onto a 300 µm sieve were used. The whiteness of the particles as measured with a NOVO-SHADE 45/0 Reflectometer was 70 for the white particles and 25 for the gray particles. Four sets of membrane specimens were prepared, each cut into four 2.5 cm×15 cm samples. The samples were sent to Atlas Material Testing Technology for EMMAQUA (accelerated outdoor UV) exposure. Each of the four sets were exposed for 0 mj, 28, mj, 56 mj, and 84 mj of solar radiation. Concrete was cast against the exposed particle surface and allowed to cure for seven days. Peel adhesion was evaluated with an Instron mechanical tester at a peel angle of 90° and a peel rate of 5 cm/min. Results are shown in pounds per lineal inch (pli or lb/in) (also converted to kg/cm) in Table 2.

TABLE 2

| | Peel Adhesion (pli) UV exposure | | | |
|---|---|---|---|---|
| Sample | 0 mj | 28 mj | 56 mj | 84 mj |
| Gray part on psa B | 8.6 (1.6) | 12.0 (2.2) | 11.1 (2.0) | 5.2 (0.9) |
| Gray part on psa C | 11.4 (2.1) | 10.3 (1.9) | 10.1 (1.8) | 8.5 (1.5) |
| White part on psa B | 9.7 (1.7) | 17.0 (3.1) | 13.6 (2.4) | 11.6 (2.1) |
| White part on psa C | 11.6 (2.1) | 15.9 (2.9) | 13.6 (2.4) | 8.2 (1.5) |

Note that bond to concrete after UV exposure is better for samples comprising the highly reflective white particles ver-

US 8,713,879 B2

**9**

sus corresponding samples made with the gray particles. Also, note that bond to concrete improves after early exposure (particularly after 28 mj) versus that for the unexposed samples. Without being bound by any theory, it appears that there are likely two processes occurring simultaneously. First the particles become better attached to the pressure sensitive adhesive after UV and heat exposure versus the level of attachment for the unexposed samples. This process causes the bond level to concrete to increase. Second, the pressure sensitive adhesive undergoes degradation with UV and heat exposure. This process causes the bond level to concrete to decrease.

EXAMPLE 3

The procedure of Example 2 was repeated during a warmer time of year using a membrane coated with pressure sensitive adhesive C. Results are shown in pounds per lineal inch (pli) (also converted to kg/cm) in Table 3.

TABLE 3

| Sample | Peel Adhesion pli (kg/cm) UV exposure | | | |
| --- | --- | --- | --- | --- |
| | 0 mj | 28 mj | 56 mj | 84 mj |
| Gray part on psa C | 9.7 (1.7) | 2.8 (0.5) | 1.3 (0.2) | 0.9 (0.2) |
| White part on psa C | 14.9 (2.7) | 17.5 (3.2) | 16.5 (3.0) | 17.0 (3.1) |

Note that bond to concrete after UV exposure is better for samples comprising the highly reflective white particles versus corresponding samples made with the gray particles. In comparison to the results for Example 2, there is no dramatic increase in bond to concrete after short-term UV exposure. Bond values for the highly reflective samples comprising white particles change little with UV exposure. In contrast, bond values for samples comprising the gray particles decrease significantly even after short-term UV exposure. Without being bound by any theory, it appears that, although the exposure levels (solar radiation as measured in mj) were the same in both Examples 2 and 3, the samples in Example 3 were likely exposed to higher temperatures that resulted in more rapid degradation of the pressure sensitive adhesive coated with the gray particles.

The invention claimed is:

**1**. A waterproofing membrane comprising a flexible carrier sheet with two opposed surfaces, an approximately uniform layer of a waterproofing pressure sensitive adhesive on one surface of the carrier sheet such that the pressure sensitive adhesive has an average thickness in the range of 75 μm to 500 μm and has an outer exposed surface, and substantially reflective inorganic particles adhered directly to the outer exposed surface of the pressure sensitive adhesive, wherein the substantially reflective inorganic particles have an average diameter of about 100 μm to about 600 μm that is approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer, wherein the substantially reflective particles cover approximately 70% to 100% of the outer exposed surface of the pressure sensitive adhesive so as to provide the membrane with a substantially reflective surface, and wherein the waterproofing membrane does not include a removable release sheet.

**2**. The waterproofing membrane of claim **1** wherein the substantially reflective inorganic particles comprise ground white cement, ground hydrated white cement, ground partially-hydrated white cement or a mixture of two or more of these.

**10**

**3**. The waterproofing membrane of claim **2** wherein the pressure sensitive adhesive has an average thickness in the range of 125 μm to 375 μm.

**4**. The waterproofing membrane of claim **3** wherein the substantially reflective particles cover approximately 80% to 100% of the outer exposed surface of the pressure sensitive adhesive.

**5**. The waterproofing membrane of claim **3** wherein the substantially reflective particles cover approximately 90% to 100% of the outer exposed surface of the pressure sensitive adhesive.

**6**. The waterproofing membrane of claim **2** wherein the substantially reflective inorganic particles additionally comprise one or more additives blended therewith.

**7**. The waterproofing membrane according to claim **1** wherein the reflective surface of the membrane exhibits a whiteness value greater than 55%.

**8**. The waterproofing membrane according to claim **1** wherein the reflective surface of the membrane exhibits a whiteness value greater than 65%.

**9**. The waterproofing membrane according to claim **1** wherein the reflective surface of the membrane exhibits a whiteness value of at least about 70%.

**10**. The waterproofing membrane of claim **1** wherein the substantially reflective inorganic particles cover approximately 80% to 100% of the outer exposed surface of the pressure sensitive adhesive, and provide a reflective surface that exhibits a whiteness value greater than 65%.

**11**. The waterproofing membrane according to claim **1** wherein the carrier sheet has a thickness of about 0.05 to 2.0 mm.

**12**. The waterproofing membrane according to claim **11** wherein the carrier sheet comprises a polymer film or a polymer coated fabric.

**13**. The waterproofing membrane according to claim **11** wherein the carrier sheet comprises polyethylene, polypropylene, ethylene-propylene copolymers, ethylene-olefin copolymers, ethylene-vinyl acetate copolymers, polyvinyl acetate, polyethyl acrylate, polytetrafluoroethylene, polyvinylidene fluoride, polyethylene terephthalate, polyvinyl chloride, polyamides or a combination of two or more of these materials.

**14**. The waterproofing membrane according to claim **1** wherein the pressure sensitive adhesive comprises a butyl rubber based adhesive, a polyisobutylene based adhesive, a butyl rubber based adhesive, an acrylic based adhesive, a styrene-isoprene-styrene (SIS) based adhesive, a styrene-ethylene-butylene-styrene (SEBS) based adhesive, a styrene-butadiene-styrene (SBS) based adhesive, a styrene-butadiene rubber (SBR) based adhesive, or a combination of two or more of these materials.

**15**. A method of waterproofing a concrete structure comprising applying to a substrate the waterproofing membrane of claim **1**, and casting concrete such that it contacts the substantially reflective particles of the membrane.

**16**. The method of claim **15** wherein the substantially reflective inorganic particles of the waterproofing membrane comprise ground white cement, ground hydrated white cement, ground partially-hydrated white cement or a mixture of two or more of these.

**17**. The method of claim **16** wherein the substantially reflective particles cover approximately 90% to 100% of the outer exposed surface of the pressure sensitive adhesive so as to provide a reflective surface that exhibits a whiteness value greater than 65%.

\* \* \* \* \*

EXHIBIT "B"



L.A. RR#: 26044

# TECH DATA SHEET
### Sections - 071000 / 071300 / 071353 / 071354

## Aussie Skin® 550
**Heavy Duty Below Grade, Blind-Side, Under-Slab Waterproofing Membrane**

**Approved for Shot-Crete**

Section 071000 / 071300 / 071353 / 071354
Sheet Applied Waterproofing

**Product Name**

Aussie Skin® 550

**AVM System No.**

AVM System 550

**By**

AVM Industries, Inc.
8245 Remmet Ave, Canoga Park, CA 91304
888.414.1041 818.888.0050
www.avmindustries.com

**Product Description**

**AVM Aussie Skin 550** is a Heavy, Duty, Easy to Install, Puncture Resistant HDPE Sheet Waterproofing Membrane with added technologies creating excellent adhesion between the membrane and wet Concrete or Shot-Crete. Once the Concrete or Shot-Crete is cured, the membrane will become fully bonded to the concrete surfaces eliminating any potential migration of water between itself and the concrete surfaces to which it is bonded.

**Where to Use**

Retaining Walls, Basements, Under-Slabs, Mud-Slabs, Tunnels, etc.:

**AVM Aussie Skin 550** may be applied either horizontally to smoothly prepared concrete substrates and/or compacted earth or crushed stone substrates. May also be applied vertically to permanent formwork such as lagging. Concrete is then cast directly against the adhesive side of the membrane.

Note: **AVM Aussie Skin 550** is not suited to waterproof roofs or other internal wet areas.

**Application Method:**

Pre-Applied, loosely laid.

**Warranty**

AVM Industries provides a standard five (5) year warranty. Ten (10) year warranties are also available. For complete warranty details, contact AVM Industries or consult with your applicator. Shot-Crete to conform to ACI 506 standards.

**Delivery, Storage, and Handling**

a. Delivery of all the **AVM Aussie Skin 550** materials to the job site must be in their original sealed containers, with manufacturer's name and label intact.

b. Handle and store containers in accordance with printed instructions.

c. Shelf Life: One year from date of manufacture.



d. Long term storage (more than a week): Store indoors at temperatures between 50°F and 90°F. On job sites, if product will be exposed to the weather for more than a week, best to cover with a tarp or other protection.

e. Failure to comply with the recommended storage conditions may affect product performance and/or void the warranty.

f. Keep all materials out of the reach of children.

g. If irritation occurs during use, liberally flush affected areas with water. If irritation continues, see a physician immediately.

**Project Conditions**

1. All surfaces to which the **Aussie Skin 550** is applied must be sound and stable, with an even finish and free from sharp protruding items, dust, loose debris, grease, curing agents, or anything else that might damage or prevent the proper installation of the membrane.

2. The Aussie Skin may be applied at temperatures as low as 20°F and as high as 110°F. For applications at temperatures between 20°F to 40°F, follow the cold weather installation procedures.

3. Do NOT install the Aussie Skin if raining or precipitation is imminent. All surfaces must be completely dry to ensure proper bonding of seams and tapes. (Note, once the Aussie Skin system is completely and properly installed, concrete can be poured on it when it's surfaces are damp or wet as long as there is no ponding water)

4. Warn personnel against hazards or hazardous conditions on the job that might require special protective gear and or any other special protective or safety procedures.

5. Protect adjacent surfaces which could be damaged during the application procedure.

6. This system must not be used to cover Expansion Joints.



**System Application**

Read the **AVM Aussie Skin 550** Training Manual/Installation Instructions Prior to Installation. Application instructions vary based on application surfaces, job conditions, temperatures, etc.

**Quality Control**

a. Visually inspect all coated surfaces to ensure a full and proper application, especially at seams, corners, drainage footings, penetrations and other hard-to-reach areas.

b. All unsatisfactory areas shall be repaired prior to final acceptance.

**Protection of Installed Work**

a. The membrane shall be protected until concrete is properly poured over it.

b. Do not leave the membrane exposed for more than 60 days.

c. Always protect the waterproofing from possible damage. If membrane becomes damaged, contact waterproofing installer or AVM before proceeding with pouring concrete.

d. Once the Aussie Skin is installed (The seams have been bonded together), the Aussie Skin (including the seams) may be immediately exposed to both rain or water. Aussie Sealant must be fully cured before it's exposed to rain or water.

**Availability and Cost**

Contact AVM Industries or your approved applicator for pricing and availability.

**Technical Services**

Technical services are available by contacting our offices at: **888.414.1041** or **818.888.0050** or visit **www.avmindustries.com**

**System Specifications**

See next page.

**PATENT PENDING:** Some features of our product or assembly are protected under patent laws by one or more pending US patent(s).

**The following coverages are based on controlled tests. Actual coverages may vary.**

| Item/Component | Packaging | Approximate Shipping Weights | Qty per Pallet | VOC |
|---|---|---|---|---|
| Aussie Skin 550 Membrane 1M (75 Mils) | 3.28'x65.6' Roll (215 sq.ft.) | 74.8 lbs. (34 KG) / Roll | 25 Rolls/Pallet | N/A |
| Aussie Skin 550 Membrane 2M (75 Mils) | 6.56'x65.6' Roll (430 sq.ft.) | 149.6 lbs (68 KG) / Roll | | N/A |
| Aussie Skin 550 Detail Strip | 7.75"x65.6' Roll | 30.8 Lbs (14 kg) / Roll | | N/A |
| Aussie Skin 560 Detail Strip | 13.1"x65.6' Roll | 11 Lbs / Roll | | N/A |
| Aussie Skin Double Sided Tape 4" | 4"x33' Roll | 2.2 Lbs / Roll | | N/A |
| Aussie Skin Fabric Tape 4" | 3.9"x49' Roll | 2.4 Lbs / Roll | | N/A |
| Aussie Skin Sanded Tape 4" | 3.9"x65.6' Roll | 6 Lbs / Roll | | N/A |

| LO21 Waterproofing Test Results | Test Results | Test Requirements | Test Method |
|---|---|---|---|
| Puncture Resistance | 239 Lbf | Min 40 Lbs | ASTM E154 |
| Hydrostatic Pressure Resistance | 192 PSI | As Tested | ASTM D751 |
| Lateral Water Migration Resistance | 231 feet (71M) of hydrostatic head pressure | Pass | ASTM D5385 Modified [1] |
| Resistance to Hydrostatic Head | 231 feet (71M) of hydrostatic head pressure | Pass | ASTM D5385 |
| Adhesion to Concrete and Masonry | 30.4 Pounds | Min 5 Pounds | ASTM D903 |
| Tension & Elongation: Machine Direction | 1061 % | Min 250% | ASTM D412 |
| Tension & Elongation: Cross Machine Direction | 1050 % | Min 250% | ASTM D412 |
| Tensile Strength | 35.6 Mpa | As Tested | ASTM D412 |
| Accelerated Aging | No considerable reduction in Tension and Elongation of Aged Specimens | Pass. No considerable reduction in either | ASTM G23 & G153 |
| Resistance to Decay (Weight Loss) | 0.8% | Max 10% | ASTM E154 |
| Resistance to Decay (Permeance Loss) | 0% | Max 10% | ASTM E154 |
| Water Vapor Transmission | 0.016 Perms | Max 0.1 Perms | ASTM E96 |
| Water Vapor Transmission after Decay | 0.016 Perms | Max 0.1 Perms | ASTM E96 |
| Low temperature flexibility | Unaffected at -29°C | Not Listed | ASTM D1970 |
| Shear strength of joints | 14.5 (N/mm) | Not Listed | ASTM D1876 |
| Water Absorption | 0.059% | As Tested | ASTM D570 |

1. Lateral water migration resistance is tested by casting concrete and shot-crete against membrane with a hole and subjecting the membrane to hydrostatic head pressure with water. The test measures the resistance of lateral water migration between the concrete and the membrane. Tests were performed by an independent certified lab. (This test is in addition to the LO21 testing requirements)

| Shot-Crete Test Results | Test Method | Results | Requirements |
|---|---|---|---|
| **Installation over Plywood or directly on the Lagging** | | | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over 2" plywood joint with nails in laps | ASTM D 5385 | Pass | No water leakage detected up to 100 PSI |
| Waterproof Integrity of End (non-factory) Lap, overlap installed over 2" plywood joint | ASTM D 5385 | Pass | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over 2" plywood joint without nails in laps | ASTM D 5385 | Pass | |
| Puncture Integrity at Screw Protrusion, Membrane installed over 1/4" protruding #8 bugle head wood screw | Visual Inspection | Pass | No puncture detected |
| **Installation over Lagging 0.5" EPS Insulation Board (Foam)** | | | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over EPS Foam Board located over 2" lagging joint with nails in laps | ASTM D 5385 | Pass | No water leakage detected up to 100 PSI |
| Waterproof Integrity of End (non-factory) Lap, overlap installed over EPS Foam Board located over 2" lagging joint | ASTM D 5385 | Pass | |
| Waterproof Integrity of Side (non-factory) Lap, overlap installed over EPS Foam Board located over 2" lagging joint; Joint without nails in laps | ASTM D 5385 | Pass | |
| Puncture Integrity at Nail Protrusion Membrane installed over 1/4" protruding nail with 7/32" dia. head | Visual Inspection | Pass | No puncture detected |
| **Installation over Drain Board** | | | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over Drain Board located over 2" lagging joint with nails in laps | ASTM D 5385 | Pass | No water leakage detected up to 100 PSI |
| Waterproof Integrity of End (non-factory) Lap, overlap installed over Drain Board located over 2" lagging joint | ASTM D 5385 | Pass | |
| Waterproof Integrity of Side (non-factory) Lap, overlap installed over Drain Board located over 2" lagging joint; Joint without nails in laps | ASTM D 5385 | Pass | |
| Puncture Integrity at Nail Protrusion Membrane installed over 1/4" protruding nail with 7/32" dia. head | Visual Inspection | Pass | No puncture detected |

Note: "Test Requirements" as listed in **Los Angeles City Test Protocol LO21, *Acceptance Criteria for Below-Grade Exterior Damp-Proofing and Waterproofing Materials* dated May 2004 And Los Angeles City Shot-Crete Test Protocol dated April 26, 2016.**

For a complete list of details in CAD or PDF, please visit our website at www.avmindustries.com.

**AVM Industries, Inc.**
**8245 Remmet Ave, Canoga Park, CA 91304**
**888.414.1041   818.888.0050**

**Quality Waterproofing Products**



# www.avmindustries.com

Aussie Skin® is a registered trademark of AVM Industries, Inc.

EXHIBIT "C"

# CITY OF LOS ANGELES

CALIFORNIA



ERIC GARCETTI
MAYOR

**BOARD OF**
**BUILDING AND SAFETY**
**COMMISSIONERS**

———

**VAN AMBATIELOS**
PRESIDENT

**E. FELICIA BRANNON**
VICE-PRESIDENT

**JOSELYN GEAGA-ROSENTHAL**
**GEORGE HOVAGUIMIAN**
**JAVIER NUNEZ**

———

**DEPARTMENT OF**
**BUILDING AND SAFETY**
201 NORTH FIGUEROA STREET
LOS ANGELES, CA 90012

———

**FRANK BUSH**
GENERAL MANAGER
SUPERINTENDENT OF BUILDING

**OSAMA YOUNAN, P.E.**
EXECUTIVE OFFICER
———

AVM Industries
8245 Remmet Avenue
Canoga Park, CA 91304

Attn:  Amir Rudyan
       (818) 888-0050

RESEARCH REPORT: RR 26044
(CSI # 071300 and 071100)

REEVALUATION DUE
DATE:        May 1, 2021
Issued Date:  April 1, 2019
Code:        2017 LABC

**GENERAL APPROVAL** – Technical Modification and Renewal – AVM Industries, Aussie Skin Waterproofing Membranes and Methane Barriers for below-grade applications of concrete floors, walls and slabs

## DETAILS

Aussie Skin 550/555/558/560/565 Membranes are made of a high-density polyethylene (HDPE) waterproofing sheet with a pressure sensitive adhesive and integral weather resistant protective layer.

Aussie Skin is used as a primary waterproofing membrane in under-slab and below-grade retaining wall applications. Aussie Skin 558/560/565 may also be used as a gas/methane barrier where required.

**Note: Aussie Skin Waterproofing Membranes come in a variety of thicknesses approved for the applications specified in the following table:**

| Product Name/Code | Thickness | Approved for Waterproofing | Approved for Shot-Crete | Approved for Gas/Methane |
|---|---|---|---|---|
| Aussie Skin 550 | 1.2 mm | Yes | Yes | No |
| Aussie Skin 555 | 1.5 mm | Yes | Yes | No |
| Aussie Skin 558 | 1.8 mm | Yes | Yes | Yes |
| Aussie Skin 560 | 2.0 mm | Yes | Yes | Yes |
| Aussie Skin 565 | 2.5 mm | Yes | Yes | Yes |

RR 26044
Page 1 of 3

AVM Industries, Inc.

RE:     Aussie Skin 550

Aussie Skin 550/555/558/560/565 Membranes are approved for waterproofing when required by Section 1805.3 of the 2017 Los Angeles Building Code.

Aussie Skin 550/555/558/560/565 Membranes are approved for shotcrete applications over plywood, EPS insulation board, AVM Drainboard 6000 and lagging.

**The approval is subject to the following conditions:**

1.    The design and installation must be in accordance with this report, the manufacturer's published installation instructions and the 2017 Los Angeles Building Code.

2.    All surfaces to receive membrane shall be free of laitance, sharp projections, oil, dirt or other contaminants.  Prepare surfaces in accordance with the manufacturer's instructions.  The backfill of the foundation must be clean soil, free of rocks or any other deleterious materials and placed so as not to damage the membrane system.

3.    The design and construction of the foundation and drainage system is outside the scope of this report.  The foundation drainage system shall be installed in accordance with Section 1805.4 of the 2017 Los Angeles Building Code.

4.    Seems and repairs shall be completed in accordance with manufacturer recommendations.

5.    The manufacturer shall provide quality assurance of the materials supplied as to their formulation.

6.    AVM Aussie Skin 550/555/558/560/565 are permitted to be installed under building footings when allowed by project Structural Engineer of Record. The effects of a reduced coefficient of friction between concrete footing and waterproofing membrane shall be addressed.

7.    For Aussie Skin 558/560/565 methane barrier installation, continuous inspection by a registered deputy inspector certified by AVM Industries and registered in accordance with the requirements specified in Section 91.1704 of the Los Angeles Municipal Code for special inspections is required.

8.    Prior to placing the concrete slab over the membrane, the membrane installer shall certify the membrane to be installed and tested in accordance with the manufacturer's specifications and to be free of leaks.

9.    The Aussie Skin membrane is designed to bond directly with the concrete. No "Sand Layer or Protection Slab" of any kind are to be used with the Aussie Skin membrane.

10.   AVM Aussie Skin 550/555/558/560/565 are not suited to waterproof roofs or other internal wet areas.

AVM Industries, Inc.
RE:     Aussie Skin 550

11.     Aussie Skin 550/555/558/560/565 Membrane systems shall be supplied in clearly marked containers bearing the brand name and product identification and LARR #26044.

**DISCUSSION**

The technical modification is to add condition 9 to the report.

This report is in compliance with the 2017 City of Los Angeles Building Code.

The approval is based on tests and analyses in accordance with the LADBS Acceptance Criteria L021- Below Grade Exterior Damp-Proofing and Waterproofing Materials and ASTM D5835 – Standard Test Method for Hydrostatic Pressure Resistance of Waterproofing Membranes.

Hydrostatic Resistance of Aussie Skin 550/555/558/560/565 Below-Grade Waterproofing Membranes is 192 psi.

Aussie Skin 550/555/558/560/565 are approved for shotcrete applications based on City of Los Angeles approved testing procedure.

Aussie Skin 558, 560 and 568 are additionally approved for gas/methane applications based on City of Los Angeles Methane Barrier Test Criteria LADBS AC-L137.

Addressee to whom this Research Report is issued is responsible for providing copies of it, complete with any attachments indicated, to architects, engineers and builders using items approved herein in design or construction which must be approved by Department of Building and Safety Engineers and Inspectors.

This general approval of an equivalent alternate to the Code is only valid where an engineer and/or inspector of this Department has determined that all conditions of this Approval have been met in the project in which it is to be used.

_____

QUAN NGHIEM, Chief
Engineering Research Section
201 N. Figueroa St., Room 880
Los Angeles, CA 90012
Phone - 213-202-9812
Fax - 213-202-9943

DE
RR26044
TLB1900075&76
R03/23/19
1805.3

EXHIBIT "D"

EXHIBIT "E"

L.A. RR#: 26044



# TECH DATA SHEET

Sections - 071000 / 071300 / 071353 / 071354

## Aussie Skin® 560

**Heavy Duty HDPE Below Grade Waterproofing and Methane Barrier Sheet Membrane**

Methane Approved
Shot-Crete Approved





Section 071000 / 071300 / 071353 / 071354
Sheet Applied Waterproofing

**Product Name**

Aussie Skin® 560

**AVM System No.**

AVM System 560

**By**

AVM Industries, Inc.
8245 Remmet Ave, Canoga Park, CA 91304
888.414.1041 818.888.0050
www.avmindustries.com

**Product Description**

The **AVM Aussie Skin 560** is a Pre-Applied 2.0 mm thick Waterproofing, Methane and Shot Crete Approved Heavy Duty, Easy to Install, Puncture Resistant HDPE Sheet Membrane with added technologies creating excellent adhesion between the membrane and wet Concrete or Shot-Crete. Once the Concrete or Shot-Crete is cured, the membrane will become fully bonded to the concrete surfaces eliminating any potential migration of water between itself and the concrete surfaces to which it is bonded.

AVM Aussie Skin 560 has a Los Angeles Research Report (LARR) Approval as a waterproofing membrane, as a methane barrier and is approved for Shot-Crete applications when installed on lagging over plywood, drain board or foam.

**Where to Use**

Retaining Walls, Basements, Under-Slabs, Mud-Slabs, Tunnels, etc.:

**AVM Aussie Skin 560** may be applied either horizontally to smoothly prepared concrete substrates and/or compacted earth or crushed stone substrates. It may also be applied vertically to permanent formwork such as lagging. Concrete or Shot Crete is then cast directly against the adhesive side of the membrane.

Note: **AVM Aussie Skin 560** is not suited to waterproof roofs or other internal wet areas.

**Application Method:**

Pre-Applied, loosely laid.

**Warranty**

AVM Industries provides a standard five (5) year warranty. Ten (10) year warranties are also available. For complete warranty details, contact AVM Industries or consult with your applicator. Shot-Crete to conform to ACI 506 Standards.

**Delivery, Storage, and Handling**

a. Delivery of all the AVM Aussie Skin 560 materials to the job site must be in their original sealed containers, with manufacturer's name and label intact.

b. Handle and store containers in accordance with printed instructions. Shelf Life: One year from date of manufacture.

c. Long term storage (more than a week): Store indoors at temperatures between 50°F and 90°F. On job sites, if product will be exposed to the weather for more than a week, best to cover with a tarp or other protection.

d. Failure to comply with the recommended storage conditions may affect product performance and/or void the warranty.

e. Keep all materials out of the reach of children.

f. If irritation occurs during use, liberally flush affected areas with water. If irritation continues, see a physician immediately.

**Project Conditions**

1. All surfaces to which the Aussie Skin 560 is applied must be sound and stable, with an even finish and free from sharp protruding items, dust, loose debris, grease, curing agents, or anything else that might damage or prevent the proper installation of the membrane.

2. The Aussie Skin may be applied at temperatures as low as 20°F and as high as 110°F. For applications at temperatures between 20°F to 40°F, follow the cold weather installation procedures.

3. Do NOT install the Aussie Skin if raining or precipitation is imminent. All surfaces must be completely dry to ensure proper bonding of seams and tapes. (Note, once the Aussie Skin system is completely and properly installed, concrete can be poured on it when it's surfaces are damp or wet as long as there is no ponding water).

4. Warn personnel against hazards or hazardous conditions on the job that might require special protective gear and or any other special protective or safety procedures.

5. Protect adjacent surfaces which could be damaged during the application procedure.

6. This system must not be used to cover Expansion Joints.

**System Application**

Read the **AVM Aussie Skin 560** Training Manual/Installation Instructions Prior to Installation. Application instructions vary based on application surfaces, job conditions, temperatures, etc. When installed as a methane barrier, continuous inspection by a registered deputy inspector certified by AVM Industries and registered in accordance with the requirements specified in Section 91.1704 of the Los Angeles Municipal Code for special inspections is required.

**Quality Control**

a. Visually inspect all surfaces to ensure a full and proper application, especially at seams, corners, drainage footings, penetrations and other hard-to-reach areas.

b. All unsatisfactory areas shall be repaired prior to final acceptance.

**Protection of Installed Work**

a. The membrane shall be protected until concrete is properly poured over it.

b. Do not leave the membrane exposed to U.V. for more than 60 days.

c. Always protect the waterproofing from possible damage. If membrane becomes damaged, contact waterproofing installer or AVM before proceeding with pouring concrete.

d. Once the Aussie Skin is installed (The seams have been bonded together), the Aussie Skin (including the seams) may be immediately exposed to both, rain or water.

**Availability and Cost**

Contact AVM Industries or your approved applicator for pricing and availability.

**Technical Services**

Technical services are available by contacting our offices at: 888.414.1041 or 818.888.0050 or visit www.avmindustries.com

**System Specifications**

See next page.

PATENT PENDING: Some features of our product or assembly are protected under patent laws by one or more pending US patent(s).

**The following coverages are based on controlled tests. Actual coverages may vary.**

| Item/Component | Packaging | Approximate Shipping Weights | Qty per Pallet | VOC |
|---|---|---|---|---|
| Aussie Skin 560 Membrane 2M (100 Mils) | 6.56'x65.6' Roll (430 sq.ft.) | 211 lbs (96 KG) / Roll | 18 Rolls/Pallet | N/A |
| Aussie Skin 560 Detail Strip | 13.1"x65.6' Roll | 30.8 Lbs (14 kg) / Roll | | N/A |
| Aussie Skin 550 Detail Strip | 7.75"x65.6' Roll | 11 Lbs / Roll | | N/A |
| Aussie Skin Double Sided Tape 4" | 4"x33' Roll | 2.2 Lbs / Roll | | N/A |
| Aussie Skin Fabric Tape 4" | 3.9"x49' Roll | 2.4 Lbs / Roll | | N/A |
| Aussie Skin Sanded Tape 4" | 3.9"x65.6' Roll | 6 Lbs / Roll | | N/A |

| L021 Waterproofing Test Results | Test Results | Test Requirements | Test Method |
|---|---|---|---|
| Puncture Resistance | 307 Lbf | Min 40 Lbf | ASTM E154 |
| Hydrostatic Pressure Resistance | 192 PSI | As Tested | ASTM D751 |
| Lateral Water Migration Resistance | 231 feet (71 M) of hydrostatic head pressure | Pass | ASTM D5385 Modified [1] |
| Resistance to Hydrostatic Head | 231 feet (71M) of hydrostatic head pressure | Pass | ASTM D5385 |
| Adhesion to Concrete and Masonry | 30.4 Pounds | Min 5 Pounds | ASTM D903 |
| Tension & Elongation: Machine Direction | 1061 % | Min 250% | ASTM D412 |
| Tension & Elongation: Cross Machine Direction | 1050 % | Min 250% | ASTM D412 |
| Accelerated Aging | No considerable reduction in Tension and Elongation of Aged Specimens | Pass. No considerable reduction in either | ASTM G23 & G153 |
| Resistance to Decay (Weight Loss) | 0.8% | Max 10% | ASTM E154 |
| Resistance to Decay (Permeance Loss) | 0% | Max 10% | ASTM E154 |
| Water Vapor Transmission | 0.018 Perms | Max 0.1 Perms | ASTM E96 |
| Water Vapor Transmission after Decay | 0.018 Perms | Max 0.1 Perms | ASTM E96 |
| Low temperature flexibility | Unaffected at -29°C | Not Listed | ASTM D1970 |
| Shear strength of joints | 14.5 (N/mm) | Not Listed | ASTM D1876 |
| Water Absorption | 0.059% | As Tested | ASTM D570 |

1. Lateral water migration resistance is tested by casting concrete and shot-crete against membrane with a hole and subjecting the membrane to hydrostatic head pressure with water. The test measures the resistance of lateral water migration between the concrete and the membrane. Tests were performed by an independent certified lab. (This test is in addition to the L021 testing requirements)

| Shot-Crete Test Results | Test Method | Results | Requirements |
|---|---|---|---|
| **Installation over Plywood or directly on the Lagging** | | | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over 2" plywood joint with nails in laps | ASTM D 5385 | Pass | No water leakage detected up to 100 PSI |
| Waterproof Integrity of End (non-factory) Lap, overlap installed over 2" plywood joint | ASTM D 5385 | Pass | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over 2" plywood joint without nails in laps | ASTM D 5385 | Pass | |
| Puncture Integrity at Screw Protrusion, Membrane installed over 1/4" protruding #8 bugle head wood screw | Visual Inspection | Pass | No puncture detected |
| **Installation over Lagging 0.5" EPS Insulation Board (Foam)** | | | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over EPS Foam Board located over 2" lagging joint with nails in laps | ASTM D 5385 | Pass | No water leakage detected up to 100 PSI |
| Waterproof Integrity of End (non-factory) Lap, overlap installed over EPS Foam Board located over 2" lagging joint | ASTM D 5385 | Pass | |
| Waterproof Integrity of Side (non-factory) Lap, overlap installed over EPS Foam Board located over 2" lagging joint; Joint without nails in laps | ASTM D 5385 | Pass | |
| Puncture Integrity at Nail Protrusion Membrane installed over 1/4" protruding nail with 7/32" dia. head | Visual Inspection | Pass | No puncture detected |
| **Installation over Drain Board** | | | |
| Waterproof Integrity of Side (factory) Lap, overlap installed over Drain Board located over 2" lagging joint with nails in laps | ASTM D 5385 | Pass | No water leakage detected up to 100 PSI |
| Waterproof Integrity of End (non-factory) Lap, overlap installed over Drain Board located over 2" lagging joint | ASTM D 5385 | Pass | |
| Waterproof Integrity of Side (non-factory) Lap, overlap installed over Drain Board located over 2" lagging joint; Joint without nails in laps | ASTM D 5385 | Pass | |
| Puncture Integrity at Nail Protrusion Membrane installed over 1/4" protruding nail with 7/32" dia. head | Visual Inspection | Pass | No puncture detected |

Note: **"Test Requirements"** as listed in **Los Angeles City Test Protocol L021,** *Acceptance Criteria for Below-Grade Exterior Damp-Proofing and Waterproofing Materials dated May 2004 and Los Angeles City Shot-Crete Test Protocol dated April 26, 2016.*

For a complete list of details in CAD or PDF, please visit our website at www.avmindustries.com.

**AVM Industries, Inc.**
**8245 Remmet Ave, Canoga Park, CA 91304**
**888.414.1041   818.888.0050**

**Quality Waterproofing Products**

# www.avmindustries.com



Aussie Skin® is a registered trademark of AVM Industries, Inc.

# EXHIBIT "F"

Case 2:19-cv-07475-MWF-FFM   Document 40-6   Filed 04/27/20   Page 2 of 2   Page ID #:252



EXHIBIT "G"



BOARD OF
**BUILDING AND SAFETY COMMISSIONERS**
—

VAN AMBATIELOS
PRESIDENT

JAVIER NUNEZ
VICE PRESIDENT

JOSELYN GEAGA-ROSENTHAL
GEORGE HOVAGUIMIAN
ELVIN W. MOON

—

# CITY OF LOS ANGELES
CALIFORNIA

ERIC GARCETTI
MAYOR

DEPARTMENT OF
**BUILDING AND SAFETY**
201 NORTH FIGUEROA STREET
LOS ANGELES, CA 90012

—

FRANK M. BUSH
GENERAL MANAGER
SUPERINTENDENT OF BUILDING

OSAMA YOUNAN, P.E.
EXECUTIVE OFFICER

—

AVM Industries
8245 Remmet Avenue
Canoga Park, CA 91304

RESEARCH REPORT: RR 26044
(CSI # 071300 and 071100)

Attn: Amir Rudyan
(818) 888-0050

REEVALUATION DUE
DATE: May 1, 2021
Issued Date: December 1, 2019
Code: 2017 LABC

**GENERAL APPROVAL** – Clerical Modification – AVM Industries, Aussie Skin Waterproofing Membranes and Methane Barriers for below-grade applications of concrete floors, walls and slabs

**DETAILS**

Aussie Skin 550G/555G/558G/560G/565G Membranes are made of a high-density polyethylene (HDPE) waterproofing sheet with a pressure sensitive adhesive and integral weather resistant protective layer.

Aussie Skin is used as a primary waterproofing membrane in under-slab and below-grade retaining wall applications. Aussie Skin 558G/560G/565G may also be used as a gas/methane barrier where required.

**Note: Aussie Skin Waterproofing Membranes come in a variety of thicknesses approved for the applications specified in the following table:**

| Product Name/Code | Thickness | Approved for Waterproofing | Approved for Shot-Crete | Approved for Gas/Methane |
|---|---|---|---|---|
| Aussie Skin 550G | 1.2 mm | Yes | Yes | No |
| Aussie Skin 555G | 1.5 mm | Yes | Yes | No |
| Aussie Skin 558G | 1.8 mm | Yes | Yes | Yes |
| Aussie Skin 560G | 2.0 mm | Yes | Yes | Yes |
| Aussie Skin 565G | 2.5 mm | Yes | Yes | Yes |

LADBS  G-5 (Rev.06/30/2013)          AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER

AVM Industries, Inc.

RE:     AVM Industries, Aussie Skin Waterproofing Membranes and Methane Barriers for below-grade applications of concrete floors, walls and slabs

Aussie Skin 550G/555G/558G/560G/565G Membranes are approved for waterproofing when required by Section 1805.3 of the 2017 Los Angeles Building Code.

Aussie Skin 550G/555G/558G/560G/565G Membranes are approved for shotcrete applications over plywood, EPS insulation board, AVM Drainboard 6000 and lagging.

**The approval is subject to the following conditions:**

1.  The design and installation must be in accordance with this report, the manufacturer's published installation instructions and the 2017 Los Angeles Building Code.

2.  All surfaces to receive membrane shall be free of laitance, sharp projections, oil, dirt or other contaminants.  Prepare surfaces in accordance with the manufacturer's instructions.  The backfill of the foundation must be clean soil, free of rocks or any other deleterious materials and placed so as not to damage the membrane system.

3.  The design and construction of the foundation and drainage system is outside the scope of this report.  The foundation drainage system shall be installed in accordance with Section 1805.4 of the 2017 Los Angeles Building Code.

4.  Seems and repairs shall be completed in accordance with manufacturer recommendations.

5.  The manufacturer shall provide quality assurance of the materials supplied as to their formulation.

6.  AVM Aussie Skin 550G/555G/558G/560G/565G are permitted to be installed under building footings when allowed by project Structural Engineer of Record. The effects of a reduced coefficient of friction between concrete footing and waterproofing membrane shall be addressed.

7.  For Aussie Skin 558G/560G/565G methane barrier installation, continuous inspection by a registered deputy inspector certified by AVM Industries and registered in accordance with the requirements specified in Section 91.1704 of the Los Angeles Municipal Code for special inspections is required.

8.  Prior to placing the concrete slab over the membrane, the membrane installer shall certify the membrane to be installed and tested in accordance with the manufacturer's specifications and to be free of leaks.

9.  The Aussie Skin membrane is designed to bond directly with the concrete. No "Sand Layer or Protection Slab" of any kind are to be used with the Aussie Skin membrane.

10. AVM Aussie Skin 550G/555G/558G/560G/565G are not suited to waterproof roofs or other internal wet areas.

AVM Industries, Inc.

RE:     AVM Industries, Aussie Skin Waterproofing Membranes and Methane Barriers for below-grade applications of concrete floors, walls and slabs

11.     Aussie Skin 550G/555G/558G/560G/565G Membrane systems shall be supplied in clearly marked containers bearing the brand name and product identification and LARR #26044.

## DISCUSSION

The clerical modification is to change the product names.

This report is in compliance with the 2017 City of Los Angeles Building Code.

The approval is based on tests and analyses in accordance with the LADBS Acceptance Criteria L021- Below Grade Exterior Damp-Proofing and Waterproofing Materials and ASTM D5835 – Standard Test Method for Hydrostatic Pressure Resistance of Waterproofing Membranes.

Hydrostatic Resistance of Aussie Skin 550G/555G/558G/560G/565G Below-Grade Waterproofing Membranes is 192 psi.

Aussie Skin 550G/555G/558G/560G/565G are approved for shotcrete applications based on City of Los Angeles approved testing procedure.

Aussie Skin 558G, 560G and 568G are additionally approved for gas/methane applications based on City of Los Angeles Methane Barrier Test Criteria LADBS AC-L137.

Addressee to whom this Research Report is issued is responsible for providing copies of it, complete with any attachments indicated, to architects, engineers and builders using items approved herein in design or construction which must be approved by Department of Building and Safety Engineers and Inspectors.

This general approval of an equivalent alternate to the Code is only valid where an engineer and/or inspector of this Department has determined that all conditions of this Approval have been met in the project in which it is to be used.


_____
DAVID CHANG, Chief
Engineering Research Section
201 N. Figueroa St., Room 880
Los Angeles, CA 90012
Phone - 213-202-9812
Fax - 213-202-9943

DE
RR26044
TLB1900187
R12/20/19
1805.3

Exhibit 4

US008713879B2

(12) **United States Patent**
Wiercinski et al.

(10) **Patent No.:** **US 8,713,879 B2**
(45) **Date of Patent:** *May 6, 2014

(54) **WATERPROOFING MEMBRANE**

(71) Applicants: **Robert A. Wiercinski**, Lincoln, MA (US); **Hongmei Ding**, Beijing (CN); **Xia Cao**, Acton, MA (US)

(72) Inventors: **Robert A. Wiercinski**, Lincoln, MA (US); **Hongmei Ding**, Beijing (CN); **Xia Cao**, Acton, MA (US)

(73) Assignee: **W. R. Grace & Co.-Conn.**, Columbia, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/891,379**

(22) Filed: **May 10, 2013**

(65) **Prior Publication Data**

US 2013/0247506 A1      Sep. 26, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 13/577,460, filed as application No. PCT/CN2010/000166 on Feb. 8, 2010, now Pat. No. 8,453,405.

(51) **Int. Cl.**
*E04B 5/00*                (2006.01)
(52) **U.S. Cl.**
USPC ............... **52/408**; 52/411; 428/150; 428/144
(58) **Field of Classification Search**
USPC .............. 52/408, 411, 309.9, 309.17, 309.14, 52/309.5, 309.6, 309.8; 428/40.1, 40.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,373,074 | A | 3/1968 | Eustachio et al. |
| 3,900,102 | A | 8/1975 | Hurst |
| 4,172,830 | A | 10/1979 | Rosenberg et al. |
| 4,215,160 | A | 7/1980 | Rosenberg et al. |
| 4,239,795 | A | 12/1980 | Haage et al. |
| 4,357,377 | A | 11/1982 | Yamamoto |
| 4,751,122 | A | 6/1988 | May |
| 4,994,328 | A | 2/1991 | Cogliano |
| 5,112,678 | A | 5/1992 | Gay |
| 5,271,781 | A | 12/1993 | Anno et al. |
| 5,316,848 | A | 5/1994 | Bartlett et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1127701 | 7/1996 |
| WO | 0024970 | 5/2000 |
| WO | 2005091931 | 10/2005 |

OTHER PUBLICATIONS

International Search Report for Int'l Appln No. PCT/CN2010/000166, Nov. 18, 2010, 7 pages.

(Continued)

*Primary Examiner* — Chi Q Nguyen
(74) *Attorney, Agent, or Firm* — Craig K. Leon

(57) **ABSTRACT**

Disclosed is a waterproofing membrane that bonds to concrete cast against it (i.e., post-cast concrete). The membrane includes a flexible carrier sheet, a pressure sensitive adhesive, and reflective particles on the surface of the adhesive. The reflective particles should have an average diameter equal to or greater than the thickness of the pressure sensitive adhesive. Preferably, the reflective particles are ground white cement or ground white hydrated cement. The membrane does not have a removable release sheet that is typically used to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

**17 Claims, 1 Drawing Sheet**



**US 8,713,879 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,496,615 A * | 3/1996 | Bartlett et al. ............... 428/144 |
| 5,543,188 A | 8/1996 | Te'eni |
| 5,824,401 A | 10/1998 | Jenkins et al. |
| 6,235,365 B1 | 5/2001 | Schaughency et al. |
| 6,500,520 B1 | 12/2002 | Wiercinski et al. |
| 6,648,962 B2 | 11/2003 | Berke et al. |
| 6,746,764 B2 | 6/2004 | Anspach |

| | | |
|---|---|---|
| 7,771,807 B2 | 8/2010 | Hubbard |
| 8,104,245 B2 | 1/2012 | Whelan et al. |
| 8,453,405 B2 * | 6/2013 | Wiercisnki et al. ............. 52/408 |

OTHER PUBLICATIONS

Written Opinion of the International Searching Authority for Int'l Appln No. PCT/CN2010/000166, Nov. 18, 2010, 6 pages.

* cited by examiner



US 8,713,879 B2

**1**

## WATERPROOFING MEMBRANE

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of application U.S. Ser. No. 13/577,460 filed on Aug. 7, 2012, which is a 371 of PCT/CN2010/000166 filed on Feb. 8, 2010, and issued as U.S. Pat. No. 8,453,405, the disclosures of which are incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to a waterproofing membrane that bonds to concrete cast against it (i.e., post-cast concrete). The membrane includes a flexible carrier sheet, a pressure sensitive adhesive, and reflective particles. However, the membrane does not have a removable release sheet to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

### BACKGROUND OF THE INVENTION

Sheet-like waterproofing membrane laminates are well-known for application to concrete and other substrates. These laminates typically comprise a carrier sheet and a pressure sensitive adhesive layer (and optionally other layers). In many applications, the waterproofing sheet material is applied to a concrete substrate that has already been formed, such as a building foundation. In such a case, the adhesive layer of the membrane is applied against the cured concrete surface. In another technique, the waterproofing membrane is affixed to a lagging with the carrier sheet against the lagging and the adhesive portion (which may have an optional coating thereon) facing toward the cavity, circumscribed by a concrete form, in which the concrete is poured. The adhesive portion of the membrane will adhere to the freshly poured concrete (i.e., post-cast concrete), thus providing a fully adhered waterproofing membrane on the cured concrete surface after the form is removed. This technique is sometimes referred to as "blind side" (or pre-applied) waterproofing. A similar process may be used on horizontal surfaces where the membrane is applied to compacted soil or gravel or to a concrete slab, with the adhesive portion facing upward, then casting concrete against the membrane.

In addition to the carrier sheet and pressure sensitive adhesive layer, typical commercial waterproofing membranes include a removable release sheet that is used to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up. This release sheet must be removed from the membrane prior to or during installation and disposed in the trash, thus creating environmental waste.

U.S. Pat. No. 3,900,102 (Hurst) discloses one such membrane comprising a polyethylene support sheet, a bituminous adhesive and a releasable siliconized paper for protecting the adhesive. The release paper is removed as the membrane is unrolled and adhered to a building substrate (see Hurst FIG. 4). U.S. Pat. No. 4,751,122 (May) discloses a membrane laminate that includes a sheet-like paper substrate with a release coating (e.g., silicone) on one face and a waterproofing pressure sensitive adhesive on the other face. This membrane also includes a removable strip along the edge which, when removed, permits overlapping seams to adhere. U.S. Pat. No. 4,172,830 (Rosenberg) and U.S. Pat. No. 4,215,160 (Rosenberg) disclose paperless membrane laminates that

**2**

include a silicone release coating on the outer surface of the carrier sheet to prevent the adhesive layer from adhering to the carrier sheet when the membrane is rolled up. U.S. Pat. No. 5,254,661 (Wilson) discloses a similar type of paperless membrane laminate in which the release coating is a water-based silicone emulsion. During installation, edge portions of the release coating may be removed by wet abrasion to permit adhesion of overlap seams of adjacent membranes.

U.S. Pat. No. 4,994,328 (Cogliano) discloses a waterproofing membrane capable of adhering to freshly poured concrete (i.e., blind-side or pre-applied waterproofing). The membrane has a bituminous adhesive layer that is coated with a non-tacky, water-insoluble polymeric coating such as, for example, a polyvinyl alcohol, silica, and glycerin mixture in a weight ratio of 1:10:0.5. The coating purportedly protects the adhesive layer while permitting a strong adhesive bond to freshly poured concrete. However, the coating can be slippery when wet and, thus, not suitable for foot traffic. U.S. Pat. No. 5,316,848 (Bartlett) discloses a similar blind-side waterproofing membrane that includes a carrier layer, a pressure sensitive adhesive layer, and a protective coating on the adhesive layer, wherein the protective coating may be selected from various types of polymers, preferably an acrylic-based elastomer, such as styrene butyl acrylate. U.S. Pat. No. 5,496,615 (Bartlett) discloses a similar membrane laminate where the protective coating has a finely divided particulate material, such as sand, calcium carbonate, cement, titanium dioxide, etc., dusted thereon. The particulate material may have a particle size in the range of 0.1 to 1000 μm, preferably 0.2 to 100 μm. It should be noted that the particulate material is dusted onto the protective coating layer, not the adhesive layer.

U.S. Pat. No. 5,271,781 (Anno) discloses a waterproof sheet for concrete structures. The sheet is made of a thermoplastic synthetic resin and has cement powder pressed against and adhered to a surface of the sheet. However, the waterproof sheet does not include a pressure sensitive adhesive. In use, a cement paste layer is applied to the surface of a concrete substrate, then the powder coated sheet is applied against the wet cement paste layer, whereby the sheet adheres to the cement paste layer. U.S. Pat. No. 5,543,188 (Te'eni) discloses a waterproofing membrane that includes a polymeric sheet having fibrous surface layers on opposite faces. The fibrous surface layers are impregnated with a cementitious bonding material (e.g., cement powder) that is in a substantially non-hydrated condition, which will bond to wet concrete cast against the membrane. This membrane does not include a pressure sensitive adhesive.

U.S. Pat. No. 6,500,520 (Wiercinski) discloses a membrane laminate having a carrier support sheet, an adhesive layer, and embedded on the adhesive layer a layer of granulated inorganic particulates capable of reacting with concrete, such as aluminum oxide trihydrate, silica dioxide, fly ash, blast furnace slag, alkali or alkaline earth metal salts, etc. The particles, which may range in size from 5 to 1000 μm, may optionally be attached to the adhesive layer using a water-soluble material such as ethylene vinyl acetate or polyvinyl alcohol.

WO2005/091931 (Seth) discloses a shaped waterproofing membrane having a three-dimensional contour that may be used to cover detail areas such as tiebacks. These shaped membranes may include a protective layer such as particles embedded into the outer adhesive layer and/or outer polymer coating layer. The particles may be the same particles described in the aforementioned Bartlett and Wiercinski patents.

US 8,713,879 B2

**3**

U.S. Pat. No. 6,746,764 (Anspach) discloses self-adhering surface coverings such as floor tiles. The surface coverings include a substrate, such as tile, parquet, etc., having a pressure sensitive adhesive layer and a barrier layer disposed on the adhesive layer. The barrier layer permits the surface cov- 5 erings to be stacked without the need for a release layer between adjacent surface coverings. The barrier layer includes particles that are crushable above 20 psi and that have a diameter at least equal to or greater than the thickness of the adhesive layer (typically about 2-6 mils (50-152 µm)). 10 The particles may be uniformly distributed on the adhesive layer and may cover about 1% to 10% of the adhesive surface. While the particles may include a variety of materials, there is no suggestion to use cement or hydrated cement. Since this disclosure is directed to surface coverings such as floor tiles, 15 there is no suggestion to cast concrete against the barrier layer.

Typical commercial waterproofing membranes used for blind-side (or pre-applied) applications include a release sheet and unroll wrong side up with the adhesive portion (or 20 protective coating portion) facing downward. This forces the installer to first unroll then flip over a large, unwieldy membrane prior to installing it. Alternatively, two installers are needed to lift the heavy roll so that it may be unrolled from the top. 25

It would be advantageous to provide a waterproofing membrane that binds strongly to concrete cast against its surface, particularly after the membrane has been exposed to sunlight. In addition, it would be advantageous to provide a waterproofing membrane that has a highly reflective surface that 30 will protect the adhesive layer from sunlight. Further, it would be advantageous to provide a waterproofing membrane that has an outer surface that will tolerate foot traffic. It would also be advantageous to provide a waterproofing membrane that does not require a release sheet that must be removed and 35 disposed of at the job site.

### SUMMARY OF THE INVENTION

The present invention relates to a waterproofing membrane 40 that bonds to concrete cast against it (i.e., post-cast concrete). The membrane includes a flexible carrier sheet, a pressure sensitive adhesive, and reflective particles. However, the membrane does not have a removable release sheet that is typically used to prevent the adhesive portion (or protective 45 coating portion) of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

In one embodiment, the waterproofing membrane comprises a flexible carrier sheet with two opposed surfaces, an 50 approximately uniform layer of a waterproofing pressure sensitive adhesive on one surface of the carrier sheet such that the pressure sensitive adhesive has an average thickness in the range of 75 µm to 500 µm, preferably 100 µm to 400 µm, more preferably 125 µm to 375 µm, most preferably 125 µm to 300 55 µm. The pressure sensitive adhesive layer has an outer exposed surface onto which are adhered substantially reflective inorganic particles. The substantially reflective inorganic particles have an average diameter approximately equal to or greater than the average thickness of the pressure sensitive 60 adhesive layer. In addition, the substantially reflective particles cover approximately 70% to 100%, preferably 80% to 100%, most preferably 90% to 100% of the outer exposed surface of the pressure sensitive adhesive.

In a preferred embodiment, the substantially reflective 65 inorganic particles comprise ground white cement, ground hydrated white cement, ground partially-hydrated white

**4**

cement or a mixture of two or more of these. In another preferred embodiment, the substantially reflective inorganic particles have an average diameter of about 100 µm to about 600 µm.

The present invention also embraces a method of waterproofing a concrete structure comprising applying a waterproofing membrane as defined herein to a substrate (e.g., lagging, gravel, concrete, soil retention system or concrete form) with the substantially reflective inorganic particles of the membrane facing the area into which the concrete will be cast, and casting concrete such that it contacts the substantially reflective particles of the membrane.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a cross-section of a waterproofing membrane of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

One embodiment of the waterproofing membrane of the present invention is depicted in FIG. **1**, which shows a cross-section of the waterproofing membrane taken along the width of the membrane. Typical commercial waterproofing membranes will have a width in the range of 30 to 185 cm, more typically 60 to 140 cm, preferably 80 to 130 cm. They typically will have a length of from 5 to 60 m, more typically 15 to 36 m, and are rolled up into a roll.

As shown in FIG. **1**, the waterproofing membrane **10** comprises three layers. One layer comprises a flexible carrier sheet **16** with two opposed surfaces. A second layer comprises an approximately uniform layer of a waterproofing pressure sensitive adhesive **12** on one surface of the carrier sheet. A third layer comprises substantially reflective inorganic particles **14** adhered to the outer exposed surface of the pressure sensitive adhesive (i.e., the surface opposite the surface of the pressure sensitive adhesive that is adhered to the carrier sheet) so as to provide the membrane with a substantially reflective surface.

The carrier sheet **16** provides mechanical strength and waterproofing integrity for the membrane. The carrier sheet typically will have a thickness of about 0.05 to 2.0 mm, preferably about 0.3 to 1.0 mm, and should comprise a generally smooth surface, such as is provided by films, sheets, fabrics, and extrusion coated woven and non-woven fabrics. Suitable materials for films and extrusion coatings include polypropylene, polyethylene, ethylene-propylene copolymers, ethylene-olefin copolymers, ethylene-vinyl acetate copolymers, polyvinyl acetate, polyethyl acrylate, polytetrafluoroethylene (PTFE), polyvinylidene fluoride (PVDF), polyethylene terephthalate (PET), polyvinyl chloride (PVC), polyamides or a combination of two or more of these materials. Polyethylene and polypropylene are preferred. A preferred carrier sheet comprises a thermoplastic film of high density polyethylene (HDPE). Fabrics may be woven or nonwoven and may comprise polyethylene, polypropylene, polyethylene terephthalate and polyamide. A woven polypropylene fabric is particularly suitable.

Generally, the carrier sheet is not surface treated to increase the surface tension. However, in some cases it may be desirable to treat the surface of the carrier sheet on which the adhesive will be applied in order to enhance adhesion of the adhesive to the carrier sheet. One such surface treatment option is corona treatment. Preferably, the carrier sheet will not be corona treated, particularly the surface of the carrier sheet opposite the surface that is coated with the pressure

**5**

sensitive adhesive since that surface will come in contact with the particulate layer **14** when the membrane is rolled up into a roll.

Additives may be incorporated into the carrier material to reduce surface tension. These may be incorporated into the bulk of the material in a separate compounding step. The additives may also be incorporated into the bulk of the material during the melt extrusion process to produce a sheet, film, or extrusion coated fabric.

The pressure sensitive adhesive **12** will comprise a substantially uniform layer with an average thickness in the range of 75 μm to 500 μm, preferably 100 μm to 400 μm, more preferably 125 μm to 375 μm, most preferably 125 μm to 300 μm.

Suitable pressure sensitive adhesives include butyl rubber based adhesives, polyisobutylene based adhesives, butyl based adhesives, acrylic based adhesives, styrene-isoprene-styrene (SIS) based adhesives, styrene-ethylene-butylene-styrene (SEBS) based adhesives, styrene-butadiene-styrene (SBS) based adhesives, styrene-butadiene rubber (SBR) based adhesives, and combinations thereof. Preferably, the synthetic adhesive is a pressure sensitive hot melt adhesive block copolymer of SIS, SBS or SEBS. For a more detailed description of pressure sensitive adhesives, see Satas, Handbook Of Pressure Sensitive Adhesive Technology, by Van Nostrand Reinhold Company, Inc. (1982), incorporated herein by reference.

Other pressure sensitive adhesives may comprise amorphous polyolefins. Amorphous polyolefin (APO) is defined as polyolefin with a degree of crystallinity of less than 30% as measured by differential scanning calorimetry. These polymers can be either homopolymers of propylene or copolymers of propylene with one or more α-olefin comonomer, such as, for example, ethylene, 1-butene, 1-hexene, 1-octene and 1-decene. The APO polymers of the types herein described above are commercially available from Eastman Chemical Company under the trade name designation Eastoflex or from Huntsman Corporation under the trade name designation Rextac or from Degussa Corporation under the trade name designation Vestoplast. Like rubber based adhesives, these are also combined with a tackifier and plasticizer to produce a pressure sensitive adhesive. See Eastman bulletin "Pressure-Sensitive Adhesives Based on Amorphous Polyolefin From Eastman Chemical Company."

The use of rubber modified bitumen pressure sensitive adhesives is not contemplated for the present invention. These materials exhibit very poor degradation resistance and rapid loss of bond to concrete after UV exposure.

Generally, for improved adhesion to post cast concrete it is preferred that the pressure sensitive adhesive has a penetration greater than about 30 decimillimeters (dmm) (150 g, 5 sec., 70° F.) as measured according to ASTM D 5-73, incorporated herein by reference.

The pressure sensitive adhesive can optionally contain typical additives, such as light absorbers (e.g., titanium dioxide, benzophenones, benzotriazoles, hydroxyphenyl-triazine, etc.), light stabilizers (e.g., hindered amines), antioxidants (e.g., hindered phenols), fillers (e.g., calcium carbonate, silica, titanium dioxide, etc.), plasticizers, rheological additives, and combinations thereof.

The pressure sensitive adhesive layer has an outer exposed surface onto which are adhered substantially reflective inorganic particles **14**. The substantially reflective inorganic particles have an average diameter approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer. Preferably, the substantially reflective inorganic particles will have an average diameter of about 100 μm to about 600 μm. In addition, the substantially reflective par-

**6**

ticles cover approximately 70% to 100%, preferably 80% to 100%, most preferably 90% to 100% of the outer exposed surface of the pressure sensitive adhesive, so as to provide the membrane with a substantially reflective surface.

The percentage of particle-coated area can be measured using scanning electron microscopy to generate an X-ray back-scatter image of the carbon exposed at the membrane surface. The uncoated area of the membrane surface contains carbon in the exposed pressure sensitive adhesive not covered by inorganic particles. A small sample of coated membrane is mounted on a double-sided carbon adhesive stub. It is not coated with carbon so as not to interfere with the carbon signal from the sample. The carbon signal from the sample is measured using scanning electron microscopy with a low accelerating voltage of 8 kv, to minimize background signal, and a 400 msec dwell time. An X-ray map of the back-scatter image is collected and EDAX software is used to calculated percent coverage.

The substantially reflective inorganic particles protect the waterproofing membrane from sunlight exposure and, thus, provide a good bond to concrete. These particles keep the membrane cooler and block damaging UV exposure, thus minimizing the rate of degradation of the pressure sensitive adhesive. Membranes without substantially reflective particles will suffer degradation of the pressure sensitive adhesive by heat and UV radiation and will not bond well to concrete after such exposure.

Suitable substantially reflective inorganic particles include ground white cement, ground hydrated white cement, ground partially-hydrated white cement or a mixture of two or more of these. The white cements have very low to no iron content (e.g., <1% C4AF) and include white Portland cement, hydrated white Portland cement, white aluminate cement, hydrated white aluminate cement, white calcium sulfo-aluminate cement, and hydrated white calcium sulfo-aluminate cement. Most preferred inorganic particles are the ground hydrated white cements. White Portland cement is similar to gray Portland cement except that it has much lower level (<1%) of iron-rich ferrite (C4AF) and a higher level (typically 12-15%) of aluminate (C3A).

Reflectivity can be measured with a NOVO-SHADE 45/0 Reflectometer. The test surface is illuminated from a 45° angle and the intensity of scattered light at the perpendicular (i.e., 0°) is measured. Data is recorded on a grey scale where black is 0% and white is 100%. Only shading is measured, irrespective of color, and is referred to as % whiteness. The reflective surface of the membrane of the present invention (i.e., the reflective particulate layer) exhibits a whiteness value that is greater than 55%, preferably greater than 65%, more preferably at least about 70% or greater, up to about 85%.

The substantially reflective inorganic particles preferably have an average diameter approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer. The use of relatively large diameter particles has the advantage of preventing blocking, where the surface of the membrane comprising the inorganic particles will adhere to the carrier surface **17** when the membrane is rolled up. By eliminating blocking, this eliminates the need for a release liner, the removal of which creates waste as well as an extra step during installation. A particle size analyzer that measures the volume percentage of particles as a function of particle diameter can be used to determine average particle size diameter.

Hydrated white Portland cement particles are preferably produced by mixing white Portland cement with water at a water to cement ratio of 0.22 to 0.50 with a dispersant, allow-

US 8,713,879 B2

**7**

ing the cement to cure, preferably, for seven days or more, milling, and sieving to achieve the appropriate range of particle sizes. Polycarboxylate dispersants are preferred. Most preferred are ethylene oxide-based polycarboxylates like ADVA 120 produced by W.R. Grace. The level of dispersant is 0.1% to 1% active surfactant based on dry cement. Hydrated aluminate cement particles may be produced in a similar manner.

Hydrated white cement particles may also include one or more additives such as admixtures, antioxidants, UV stabilizers, and white pigments blended therewith. Various admixtures may be added to the hydrated cement particles for one or more of the following purposes: (1) to enhance the bond of the particles to concrete; (2) accelerate the time of initial setting of concrete at the membrane interface; (3) to accelerate the rate of strength development of concrete at the membrane interface; (3) to increase the strength of the particles and the concrete at the membrane interface; (4) to decrease the capillary flow of water within the particles and concrete at the membrane interface; (5) to decrease permeability of the particles and concrete at the membrane interface to liquids; and (7) to inhibit the corrosion of embedded metal, such as to protect steel reinforcement in a concrete matrix.

Bonding admixtures are usually added to cement mixtures to increase the bond strength between old and new concrete. These include aqueous emulsions including polyvinyl acetate, acrylics, and styrene butadiene copolymers. Spray dried versions of these polymers may be used as well. Set accelerators include triethanolamine, sodium thiocyanate, calcium formate, calcium nitrite, calcium nitrate, calcium chloride, nitrite, chloride, formate, nitrate or mixture thereof. Antioxidants and UV absorbers are operative to protect the pressure sensitive adhesive against degradation. UV absorbers are selected from a list including benzotriazoles, hydroxyphenyl-triazines, and benzophenones. Antioxidants are selected from a list including hindered amines and hindered phenols. Pigments are operative to increase the reflectivity of the white hydrated cement particles and may be selected from a list including titanium dioxide, zinc oxide, white silica sand, calcium carbonate, and alumina trihydrate.

The membrane can be manufactured as follows. Pressure sensitive adhesive is hot melt coated onto the carrier sheet by any one of a number of coaters including knife over roll coater, slot die coater, roll coater, or curtain coater. The particles are applied to the adhesive while it is still warm and soft. To enhance adhesion of the particles to the pressure sensitive adhesive, the particle-coated membrane may be passed through a nip. Excess particles are removed by gravity, vacuum, brushing, or a combination of these methods. The membrane is then wound into a roll.

### EXAMPLE 1

The effect of particle size of the particulate layer to prevent blocking was tested with a membrane comprising a particulate inorganic layer, a pressure sensitive adhesive and a 400 μm HDPE carrier. Four different particle sizes were evaluated, namely particles with an average particle size of 10 μm, 80 μm, 250 μm and 343 μm, on three different thicknesses of pressure sensitive adhesive, namely 125 μm, 250 μm and 375 μm. The pressure sensitive adhesive was hot melt coated onto the carrier, then the particles were coated onto the adhesive by applying an excessive amount by hand. The particles were embedded into the adhesive by applying pressure of 30 lbs/ft$^2$ (0.0014 megapascal) at a temperature of 65° C. The membrane, covered with a plastic film, was placed between two sheets of glass, a weight was placed on the upper sheet of glass, and the assembly was placed in an oven.) Excess particles were removed with a vacuum. A layer of untreated 400

**8**

μm HDPE carrier sheet was placed on top of the particle coated face of 5 cm×15 cm samples of the various particle coated membranes described above. A pressure of 2 psi (0.014 megapascal) at 65° C. was applied for 24 hrs. The samples were cooled and 180 degree peel adhesion was measured at 5 cm/min with an Instron mechanical tester. The results are reported in pounds per lineal inch (pli or lb/in) (also converted to kg/cm) and shown in Table 1 below. As will be evident, blocking resistance is excellent (i.e., the HDPE carrier sheet releases easily from the particle coated membrane surface) for those samples where the average particle size is larger than the thickness of the pressure sensitive adhesive.

TABLE 1

| | Peel Adhesion pli (kg/cm) Particle size | | | |
| Adhesive thickness | 10 μm | 80 μm | 250 μm | 343 μm |
|---|---|---|---|---|
| 125 μm | 9.5 (1.7) | 8 (1.4) | 0.2 (0.04)* | 0* |
| 250 μm | | | | 0* |
| 375 μm | | | 13.3 (2.4) | 0.5 (0.09)* |

*acceptable blocking resistance

### EXAMPLE 2

The effect of particle reflectivity on bond to concrete after UV exposure was evaluated. All specimens comprise a 400 μm high-density polyethylene carrier sheet coated with 125 μm of pressure sensitive adhesive B or pressure sensitive adhesive C. The surface of each pressure sensitive adhesive was coated with particles of ground hydrated white cement or ground hydrated gray cement using the technique described in Example 1. The particles were prepared by blending cement with water at a water cement ratio of 0.25 along with 0.25% (wt. % solids on dry cement) of dispersant ADVA 120 (W.R. Grace). The cement pastes were cured for seven days and milled. The milled particles were sieved and the fraction falling through a 600 μm sieve onto a 300 μm sieve were used. The whiteness of the particles as measured with a NOVO-SHADE 45/0 Reflectometer was 70 for the white particles and 25 for the gray particles. Four sets of membrane specimens were prepared, each cut into four 2.5 cm×15 cm samples. The samples were sent to Atlas Material Testing Technology for EMMAQUA (accelerated outdoor UV) exposure. Each of the four sets were exposed for 0 mj, 28, mj, 56 mj, and 84 mj of solar radiation. Concrete was cast against the exposed particle surface and allowed to cure for seven days. Peel adhesion was evaluated with an Instron mechanical tester at a peel angle of 90° and a peel rate of 5 cm/min. Results are shown in pounds per lineal inch (pli or lb/in) (also converted to kg/cm) in Table 2.

TABLE 2

| | Peel Adhesion (pli) UV exposure | | | |
| Sample | 0 mj | 28 mj | 56 mj | 84 mj |
|---|---|---|---|---|
| Gray part on psa B | 8.6 (1.6) | 12.0 (2.2) | 11.1 (2.0) | 5.2 (0.9) |
| Gray part on psa C | 11.4 (2.1) | 10.3 (1.9) | 10.1 (1.8) | 8.5 (1.5) |
| White part on psa B | 9.7 (1.7) | 17.0 (3.1) | 13.6 (2.4) | 11.6 (2.1) |
| White part on psa C | 11.6 (2.1) | 15.9 (2.9) | 13.6 (2.4) | 8.2 (1.5) |

Note that bond to concrete after UV exposure is better for samples comprising the highly reflective white particles ver-

US 8,713,879 B2

**9**

sus corresponding samples made with the gray particles. Also, note that bond to concrete improves after early exposure (particularly after 28 mj) versus that for the unexposed samples. Without being bound by any theory, it appears that there are likely two processes occurring simultaneously. First the particles become better attached to the pressure sensitive adhesive after UV and heat exposure versus the level of attachment for the unexposed samples. This process causes the bond level to concrete to increase. Second, the pressure sensitive adhesive undergoes degradation with UV and heat exposure. This process causes the bond level to concrete to decrease.

EXAMPLE 3

The procedure of Example 2 was repeated during a warmer time of year using a membrane coated with pressure sensitive adhesive C. Results are shown in pounds per lineal inch (pli) (also converted to kg/cm) in Table 3.

TABLE 3

| Sample | Peel Adhesion pli (kg/cm) UV exposure | | | |
| --- | --- | --- | --- | --- |
|  | 0 mj | 28 mj | 56 mj | 84 mj |
| Gray part on psa C | 9.7 (1.7) | 2.8 (0.5) | 1.3 (0.2) | 0.9 (0.2) |
| White part on psa C | 14.9 (2.7) | 17.5 (3.2) | 16.5 (3.0) | 17.0 (3.1) |

Note that bond to concrete after UV exposure is better for samples comprising the highly reflective white particles versus corresponding samples made with the gray particles. In comparison to the results for Example 2, there is no dramatic increase in bond to concrete after short-term UV exposure. Bond values for the highly reflective samples comprising white particles change little with UV exposure. In contrast, bond values for samples comprising the gray particles decrease significantly even after short-term UV exposure. Without being bound by any theory, it appears that, although the exposure levels (solar radiation as measured in mj) were the same in both Examples 2 and 3, the samples in Example 3 were likely exposed to higher temperatures that resulted in more rapid degradation of the pressure sensitive adhesive coated with the gray particles.

The invention claimed is:

**1**. A waterproofing membrane comprising a flexible carrier sheet with two opposed surfaces, an approximately uniform layer of a waterproofing pressure sensitive adhesive on one surface of the carrier sheet such that the pressure sensitive adhesive has an average thickness in the range of 75 μm to 500 μm and has an outer exposed surface, and substantially reflective inorganic particles adhered directly to the outer exposed surface of the pressure sensitive adhesive, wherein the substantially reflective inorganic particles have an average diameter of about 100 μm to about 600 μm that is approximately equal to or greater than the average thickness of the pressure sensitive adhesive layer, wherein the substantially reflective particles cover approximately 70% to 100% of the outer exposed surface of the pressure sensitive adhesive so as to provide the membrane with a substantially reflective surface, and wherein the waterproofing membrane does not include a removable release sheet.

**2**. The waterproofing membrane of claim **1** wherein the substantially reflective inorganic particles comprise ground white cement, ground hydrated white cement, ground partially-hydrated white cement or a mixture of two or more of these.

**10**

**3**. The waterproofing membrane of claim **2** wherein the pressure sensitive adhesive has an average thickness in the range of 125 μm to 375 μm.

**4**. The waterproofing membrane of claim **3** wherein the substantially reflective particles cover approximately 80% to 100% of the outer exposed surface of the pressure sensitive adhesive.

**5**. The waterproofing membrane of claim **3** wherein the substantially reflective particles cover approximately 90% to 100% of the outer exposed surface of the pressure sensitive adhesive.

**6**. The waterproofing membrane of claim **2** wherein the substantially reflective inorganic particles additionally comprise one or more additives blended therewith.

**7**. The waterproofing membrane according to claim **1** wherein the reflective surface of the membrane exhibits a whiteness value greater than 55%.

**8**. The waterproofing membrane according to claim **1** wherein the reflective surface of the membrane exhibits a whiteness value greater than 65%.

**9**. The waterproofing membrane according to claim **1** wherein the reflective surface of the membrane exhibits a whiteness value of at least about 70%.

**10**. The waterproofing membrane of claim **1** wherein the substantially reflective inorganic particles cover approximately 80% to 100% of the outer exposed surface of the pressure sensitive adhesive, and provide a reflective surface that exhibits a whiteness value greater than 65%.

**11**. The waterproofing membrane according to claim **1** wherein the carrier sheet has a thickness of about 0.05 to 2.0 mm.

**12**. The waterproofing membrane according to claim **11** wherein the carrier sheet comprises a polymer film or a polymer coated fabric.

**13**. The waterproofing membrane according to claim **11** wherein the carrier sheet comprises polyethylene, polypropylene, ethylene-propylene copolymers, ethylene-olefin copolymers, ethylene-vinyl acetate copolymers, polyvinyl acetate, polyethyl acrylate, polytetrafluoroethylene, polyvinylidene fluoride, polyethylene terephthalate, polyvinyl chloride, polyamides or a combination of two or more of these materials.

**14**. The waterproofing membrane according to claim **1** wherein the pressure sensitive adhesive comprises a butyl rubber based adhesive, a polyisobutylene based adhesive, a butyl based adhesive, an acrylic based adhesive, a styrene-isoprene-styrene (SIS) based adhesive, a styrene-ethylene-butylene-styrene (SEBS) based adhesive, a styrene-butadiene-styrene (SBS) based adhesive, a styrene-butadiene rubber (SBR) based adhesive, or a combination of two or more of these materials.

**15**. A method of waterproofing a concrete structure comprising applying to a substrate the waterproofing membrane of claim **1**, and casting concrete such that it contacts the substantially reflective particles of the membrane.

**16**. The method of claim **15** wherein the substantially reflective inorganic particles of the waterproofing membrane comprise ground white cement, ground hydrated white cement, ground partially-hydrated white cement or a mixture of two or more of these.

**17**. The method of claim **16** wherein the substantially reflective particles cover approximately 90% to 100% of the outer exposed surface of the pressure sensitive adhesive so as to provide a reflective surface that exhibits a whiteness value greater than 65%.

\* \* \* \* \*

Exhibit 24

US009476196B2

(12) **United States Patent**
Wiercinski et al.

(10) **Patent No.: US 9,476,196 B2**
(45) **Date of Patent: *Oct. 25, 2016**

(54) **WATERPROOFING MEMBRANE**

(71) Applicant: **W. R. Grace & Co.-Conn.**, Columbia, MD (US)

(72) Inventors: **Robert A. Wiercinski**, Lincoln, MA (US); **Anandakumar Ranganathan**, Lexington, MA (US); **Xia Cao**, Acton, MA (US); **Robert Paul**, Maynard, MA (US)

(73) Assignee: **GCP Applied Technologies Inc.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 51 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/353,676**

(22) PCT Filed: **Oct. 25, 2012**

(86) PCT No.: **PCT/US2012/061802**

§ 371 (c)(1),
(2) Date: **Apr. 23, 2014**

(87) PCT Pub. No.: **WO2013/063197**

PCT Pub. Date: **May 2, 2013**

(65) **Prior Publication Data**

US 2015/0052847 A1    Feb. 26, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/551,092, filed on Oct. 25, 2011.

(51) **Int. Cl.**
*E04B 1/66*     (2006.01)
*C09J 7/02*     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. *E04B 1/665* (2013.01); *B32B 5/022* (2013.01); *B32B 5/024* (2013.01); *B32B 11/046* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ......... E04B 1/665; E04B 1/64; B32B 27/08; B32B 27/12; B32B 27/302; B32B 27/322; B32B 27/304; B32B 5/022; B32B 11/10; B32B 11/046; B32B 5/024; B32B 38/10; B32B 37/24; E04C 2/24; C09J 133/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,900,102 A     8/1975  Hurst
4,172,830 A    10/1979  Rosenberg
(Continued)

FOREIGN PATENT DOCUMENTS

EP      0610008     10/1994
JP      1214654     8/1989
(Continued)

OTHER PUBLICATIONS

Andriollo, Form PCT/ISA/210, International Search Report for PCT/US2012/061802, dated Mar. 25, 2013, 3 pages.
(Continued)

*Primary Examiner* — Joshua J Michener
*Assistant Examiner* — Keith Minter
(74) *Attorney, Agent, or Firm* — Craig K. Leon

(57) **ABSTRACT**

Disclosed is a waterproofing membrane that comprises a carrier sheet (layer A); a waterproofing adhesive (layer B); a protective coating (layer C), wherein the protective coating is substantially free of surfactant and comprises an acrylic or methacrylic polymer or copolymer, an inorganic filler and a white pigment; and a releasable material (layer D), wherein the releasable material comprises amorphous nanoscale silica and a polymeric binder. The waterproofing membrane does not require a release liner, binds strongly to concrete cast against it (even after UV exposure), tolerates foot traffic, and withstands immersion in water over an extended period.

**19 Claims, 1 Drawing Sheet**



**Exhibit**
GCP vs. AVM
Robert Wiercinski
**0024**

**US 9,476,196 B2**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *E04B 1/76* | (2006.01) |
| *E04G 21/00* | (2006.01) |
| *C09D 131/04* | (2006.01) |
| *C09D 133/08* | (2006.01) |
| *C09J 133/08* | (2006.01) |
| *C09J 135/06* | (2006.01) |
| *B32B 37/24* | (2006.01) |
| *B32B 38/10* | (2006.01) |
| *E04B 1/64* | (2006.01) |
| *E04C 2/24* | (2006.01) |
| *B32B 5/02* | (2006.01) |
| *B32B 11/04* | (2006.01) |
| *B32B 11/10* | (2006.01) |
| *B32B 27/08* | (2006.01) |
| *B32B 27/12* | (2006.01) |
| *B32B 27/30* | (2006.01) |
| *B32B 27/32* | (2006.01) |

(52) **U.S. Cl.**

CPC .............. *B32B 11/10* (2013.01); *B32B 27/08* (2013.01); *B32B 27/12* (2013.01); *B32B 27/302* (2013.01); *B32B 27/304* (2013.01); *B32B 27/322* (2013.01); *B32B 37/24* (2013.01); *B32B 38/10* (2013.01); *C09D 131/04* (2013.01); *C09D 133/08* (2013.01); *C09J 7/0228* (2013.01); *C09J 133/08* (2013.01); *C09J 135/06* (2013.01); *E04B 1/64* (2013.01); *E04C 2/24* (2013.01); *B32B 2037/243* (2013.01); *B32B 2255/10* (2013.01); *B32B 2255/26* (2013.01); *B32B 2260/021* (2013.01); *B32B 2260/046* (2013.01); *B32B 2307/728* (2013.01); *B32B 2419/00* (2013.01); *C08L 2201/52* (2013.01); *Y10T 428/24942* (2015.01); *Y10T 428/24967* (2015.01); *Y10T 428/259* (2015.01); *Y10T 428/31667* (2015.04)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,215,160 A | | 7/1980 | Rosenberg |
| 4,751,122 A | | 6/1988 | May |
| 4,994,328 A | | 2/1991 | Cogliano |
| 5,254,661 A | | 10/1993 | Wilson |
| 5,316,848 A | | 5/1994 | Bartlett |
| 5,496,615 A | | 3/1996 | Bartlett |
| 5,687,517 A | * | 11/1997 | Wiercinski et al. ........... 52/177 |
| 5,824,401 A | * | 10/1998 | Jenkins ................. B32B 11/04 |
| | | | 428/215 |
| 6,335,083 B1 | * | 1/2002 | Kasai et al. ................ 428/143 |
| 6,500,520 B1 | | 12/2002 | Wiercinski |
| 6,514,892 B1 | * | 2/2003 | Kasai et al. .................. 501/34 |
| 2003/0215594 A1 | * | 11/2003 | Hamdar et al. ............ 428/40.1 |
| 2005/0196590 A1 | * | 9/2005 | Seth et al. .................. 428/174 |
| 2008/0152867 A1 | * | 6/2008 | Di Pede ...................... 428/141 |
| 2010/0167047 A1 | * | 7/2010 | Ise ........................... C08J 7/047 |
| | | | 428/336 |
| 2011/0185666 A1 | * | 8/2011 | Russell ........................... 52/408 |
| 2013/0104495 A1 | * | 5/2013 | Wiercinski ............ C09J 7/0207 |
| | | | 52/741.41 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2010048198 | 4/2010 |
| WO | 2011041263 | 7/2011 |
| WO | 2011139455 | 11/2011 |

OTHER PUBLICATIONS

Andriollo, Form PCT/ISA/237, Written Opinion of the International Searching Authority for PCT/US2012/061802, dated Mar. 25, 2013, 5 pages.

* cited by examiner



**1**

## WATERPROOFING MEMBRANE

### FIELD OF THE INVENTION

The present invention relates to a waterproofing membrane that does not have a removable release sheet to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

### BACKGROUND OF THE INVENTION

Sheet-like waterproofing membrane laminates are well-known for application to concrete and other substrates. These laminates typically comprise a carrier sheet and a pressure sensitive adhesive layer. In many applications, the waterproofing sheet material is applied to a concrete substrate that has been formed, such as a building foundation. In such a case, the adhesive layer of the membrane is applied against the cured concrete surface. In another technique, the waterproofing membrane is affixed to the concrete form or lagging with the carrier sheet against the lagging and the adhesive portion facing toward the cavity in which the concrete is poured. The adhesive portion of the membrane will adhere to the freshly poured concrete, thus providing a fully adhered waterproofing membrane on the cured concrete surface after the lagging is removed. This technique is sometimes referred to as "blind side" (or pre-applied) waterproofing. A similar process may be used on horizontal surfaces where the membrane is applied to compacted soil or gravel or to a concrete slab, with the adhesive portion facing upward, then casting concrete against the membrane.

In addition to the carrier sheet and pressure sensitive adhesive layer, typical commercial waterproofing membranes include a removable release sheet that is used to prevent the adhesive portion of the membrane from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up. This release sheet must be removed from the membrane prior to or during installation and disposed in the trash, thus creating environmental waste.

U.S. Pat. No. 3,900,102 (Hurst) discloses one such membrane comprising a polyethylene support sheet, a bituminous adhesive and a releasable siliconized paper for protecting the adhesive. The release paper is removed as the membrane is unrolled and adhered to a building substrate (see Hurst FIG. 4). U.S. Pat. No. 4,751,122 (May) discloses a membrane laminate that includes a sheet-like paper substrate with a release coating (e.g., silicone) on one face and a waterproofing pressure sensitive adhesive on the other face. This membrane also includes a removable strip along the edge which, when removed, permits overlapping seams to adhere. U.S. Pat. No. 4,172,830 (Rosenberg) and U.S. Pat. No. 4,215,160 (Rosenberg) disclose paperless membrane laminates that include a silicone release coating on the outer surface of the carrier sheet to prevent the adhesive layer from adhering to the carrier sheet when the membrane is rolled up. U.S. Pat. No. 5,254,661 (Wilson) discloses a similar type of paperless membrane laminate in which the release coating is a water-based silicone emulsion. During installation, edge portions of the release coating may be removed by wet abrasion to permit adhesion of overlap seams of adjacent membranes.

U.S. Pat. No. 4,994,328 (Cogliano) discloses a waterproofing membrane capable of adhering to freshly poured concrete (i.e., blind-side or pre-applied waterproofing). The membrane has a bituminous adhesive layer that is coated

**2**

with a non-tacky, water-insoluble polymeric coating such as, for example, a polyvinyl alcohol, silica, and glycerin mixture in a weight ratio of 1:10:0.5. The coating purportedly protects the adhesive layer while permitting a strong adhesive bond to freshly poured concrete. However, the coating can be slippery when wet and, thus, not suitable for foot traffic. U.S. Pat. No. 5,316,848 (Bartlett) discloses a similar blind-side waterproofing membrane that includes a carrier layer, a pressure sensitive adhesive layer, and a protective coating on the adhesive layer, wherein the coating may be selected from various types of polymers, preferably an acrylic-based elastomer, such as styrene butyl acrylate. U.S. Pat. No. 5,496,615 (Bartlett) discloses a similar membrane laminate where the protective coating has a finely divided particulate material, such as sand, calcium carbonate, cement, titanium dioxide, etc., dusted thereon. The Bartlett patents suggest it is preferred that the protective coating is elastomeric (meaning it will stretch to at least twice its original length and return to approximately its original length), has a penetration greater than 30 dmm, and includes carbon black. The exemplified Bartlett membranes exhibit poor bond to concrete after exposure to UV radiation.

U.S. Pat. No. 6,500,520 (Wiercinski) discloses a membrane laminate having a carrier support sheet, an adhesive layer, and embedded on the adhesive layer a layer of granulated inorganic particulates capable of reacting with concrete, such as aluminum oxide trihydrate, silica dioxide, fly ash, blast furnace slag, alkali or alkaline earth metal salts, etc. The particles may be attached to the adhesive layer using a water-soluble material such as ethylene vinyl acetate or polyvinyl alcohol.

Typical commercial waterproofing membranes used for blind-side (or pre-applied) applications include a release sheet and unroll wrong side up with the adhesive portion facing outward. This forces the installer to first unroll then flip over a large, unwieldy membrane prior to installing it. Alternatively, two installers are needed to lift the heavy roll so that it may be unrolled from the top. The need to remove and dispose of a release liner requires additional labor and creates a considerable amount of trash, the disposal of which has significant monetary and environmental costs.

WO 2010/0488198 (Wiercinski) discloses a waterproofing membrane that does not require a release liner. The membrane comprises four laminated layers that may be arranged in various ways, including one embodiment (embodiment C-D-A-B) where the layers are arranged in the following sequence: carrier sheet, waterproofing adhesive, protective coating and releasable bonding material. The releasable bonding material may comprise a water-soluble polymer, an alkali soluble polymer, or a homopolymer or copolymer of polyvinyl acetate. The protective coating comprises a particulate inorganic material and a weatherable elastomer or weatherable pressure sensitive adhesive. It has been found that some of these four layer membranes can potentially delaminate when subjected to an unusually extreme condition of water immersion over an extended period.

WO 2011/041263 (Wiercinski) discloses a three-layer waterproofing membrane that comprises a carrier sheet, a waterproofing adhesive, and a protective coating layer comprising a homopolymer of polyvinyl acetate. The waterproofing membrane may or may not include a release liner.

It would be advantageous to provide a waterproofing membrane that binds strongly to concrete cast against its surface, even after UV exposure. In addition, it would be advantageous to provide a waterproofing membrane that has an outer surface that will tolerate foot traffic. It would also

US 9,476,196 B2

**3**

be advantageous to provide a waterproofing membrane that does not require a release sheet that must be removed and disposed of at the job site. In addition, it would be advantageous to provide a waterproofing membrane that is right side up (i.e., carrier sheet facing down and adhesive/protective coating facing up) when it is unrolled at the job site. More importantly, it would be advantageous to provide a waterproofing membrane that will withstand extraordinary environmental conditions such as water immersion over an extended period.

SUMMARY OF THE INVENTION

The present invention embraces a waterproofing membrane comprising the following laminated layers:

layer A comprising a carrier sheet;

layer B comprising a waterproofing adhesive;

layer C comprising a protective coating; and

layer D comprising a releasable material.

The membrane preferably does not include a removable release sheet that is typically used to prevent the adhesive from adhering to the carrier sheet or other portion of the membrane when the membrane is rolled up.

In a preferred embodiment, the releasable material (layer D) comprises amorphous nanoscale silica and a polymeric binder. Preferably, the binder comprises a water soluble polymer, an alkali soluble polymer, or a homopolymer or copolymer of polyvinyl acetate. In a preferred embodiment, the protective coating (layer C) comprises an acrylic or methacrylic polymer or copolymer, an inorganic filler, and a white pigment, and will also be substantially free of surfactant.

The present invention also embraces a method of waterproofing a concrete structure comprising applying a waterproofing membrane as described herein to a building substrate or concrete form with the releasable material (layer D) of said membrane facing the area into which the concrete will be cast, and casting concrete such that it contacts the releasable material of the membrane.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts a cross-section of an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

One embodiment of the waterproofing membrane of the present invention is depicted in FIG. 1, which shows a cross-section of the membrane taken along the width of the membrane. Typical commercial membranes will have a width in the range of 30 to 185 cm, more typically 60 to 140 cm, preferably 80 to 130 cm. They typically will have a length of from 5 to 60 m, more typically 15 to 36 m, and are rolled up into a roll.

As shown in FIG. 1, the waterproofing membrane comprises four laminated layers arranged in the sequential order A-B-C-D wherein

layer A comprises a carrier sheet 2;

layer B comprises a waterproofing adhesive 4;

layer C comprises a protective coating 6; and

layer D comprises a releasable material 8.

Layer A comprises a carrier sheet 2. The carrier sheet provides mechanical strength and waterproofing integrity for the membrane. The carrier sheet typically will have a thickness of about 0.05 to 2.0 mm, preferably about 0.3 to

**4**

1.0 mm. Generally, it is preferred that the bottom face of the carrier sheet (i.e., the face that contacts the releasable material 8 (layer D)) have a surface tension of 40 dynes/cm or less, preferably 35 dynes/cm or less. The carrier sheet should comprise a generally smooth surface to provide for easy release of the bonding material. Smooth surfaces include films, sheets, and extrusion coated woven and nonwoven fabrics. Suitable materials for films and extrusion coatings include polypropylene, polyethylene, ethylene-propylene copolymers, ethylene-olefin copolymers, ethylene-vinyl acetate copolymers, polyvinyl acetate, polyethyl acrylate, polytetrafluoroethylene (PTFE), polyvinylidene fluoride (PVDF), polyethylene terephthalate (PET), polyvinyl chloride (PVC) and combinations thereof. Polyethylene and polypropylene are preferred. A preferred carrier sheet comprises a thermoplastic film of high density polyethylene (HDPE).

Generally, the carrier sheet is not surface treated to increase the surface tension. However, in some cases it may be desirable to treat the surface of the carrier sheet on which the adhesive will be applied in order to enhance adhesion of the adhesive to the carrier sheet. One such surface treatment option is corona treatment. Preferably, the carrier sheet will not be corona treated, particularly the surface of the carrier sheet that comes in contact with the releasable material 8.

Additives may be incorporated into the carrier material to reduce surface tension. These may be incorporated into the bulk of the material in a separate compounding step. The additives may also be incorporated into the bulk of the material during the melt extrusion process to produce a sheet, film, or extrusion coated fabric.

Layer B comprises a waterproofing adhesive 4, which provides waterproofing integrity for the waterproofing membrane. It also bonds the protective coating to the carrier sheet. The waterproofing adhesive may comprise a synthetic (non-bituminous) pressure sensitive adhesive or a rubber modified bitumen pressure sensitive adhesive. The adhesive layer typically will have a thickness of about 0.05 to 2.5 mm, preferably about 0.07 to 2.0 mm, more preferably about 0.1 to 1.0 mm, most preferably about 0.2 to 0.8 mm.

Suitable non-bituminous, or synthetic, pressure sensitive adhesives include butyl rubber based adhesives, polyisobutylene based adhesives, butyl based adhesives, acrylic based adhesives, vinyl ether based adhesives, styrene-isoprene-styrene (SIS) based adhesives, styrene-ethylene-butylene-styrene (SEBS) based adhesives, styrene-butadiene-styrene (SBS) based adhesives, styrene-butadiene rubber (SBR) based adhesives, and combinations thereof. Preferably, the synthetic adhesive is a pressure sensitive hot melt adhesive block copolymer of SIS, SBS or SEBS, most preferably SIS block copolymer. For a more detailed description of pressure sensitive adhesives, see Satas, Handbook Of Pressure Sensitive Adhesive Technology, by Van Nostrand Reinhold Company, Inc. (1982), incorporated herein by reference. Other rubbers include polyisoprene, polybutadiene, natural rubber, polychloroprene rubber, ethylene-propylene rubber, ethylene alpha olefin, nitrile rubbers, and acrylic rubber.

The non-bituminous or synthetic pressure sensitive adhesive can optionally contain typical additives, such as light absorbers (e.g., carbon black, benzotriazoles, etc.), light stabilizers (e.g., hindered amines, benzophenones), antioxidants (e.g., hindered phenols), fillers (e.g., calcium carbonate, silica, titanium dioxide, etc.), plasticizers, rheological additives, and mixtures thereof. Preferred synthetic adhesives contain light absorbers, light stabilizers, and antioxidants.

US 9,476,196 B2

**5**

A rubber modified bitumen pressure sensitive adhesive may also be used. All of the rubbers listed above (e.g., SIS, SBS, SEBS, SBR, etc.) may be blended with bitumen to produce a pressure sensitive adhesive. The rubber modified bitumen may also typically include a processing oil such as an aromatic, naphthenic or paraffinic oil. For unfilled adhesives, the wt. % rubber is about 10% to 22%; the wt. % bitumen is about 43% to 90%; and the wt. % processing oil is about 0% to 35%. The pressure sensitive adhesive may also comprise an inorganic filler such as silica, calcium carbonate, talc, or clay. If present, the wt. % filler may be about 0% to 50% of the total.

Generally, for improved adhesion to post cast concrete it is preferred that the pressure sensitive adhesive has a penetration greater than about 30 decimillimeters (dmm) (150 g, 5 sec., 70° F.) as measured according to ASTM D 5-73, incorporated herein by reference.

The protective coating (layer C) has several functions. It bonds well to both the waterproofing adhesive (layer B) and to the releasable material (layer D). It also is highly reflective and protects the waterproofing adhesive (layer B) against exposure to weather and resulting degradation. It is also operable to bond to concrete in the event that the concrete diffuses through and/or absorbs the releasable layer during the concrete curing process.

To provide for good bond under water immersion conditions and thereby prevent any delamination under such conditions, the protective coating should be substantially free, and preferably completely free, of surfactant. By substantially free is meant that the amount of surfactant should comprise, by weight of polymer in layer C, from 0 to 1.0%, preferably from 0 to 0.5%, more preferably from 0 to 0.1%.

A surfactant is not to be confused with a dispersant. As used herein, a surfactant comprises a hydrophobic moiety (e.g., alkyl, aryl, alkylaryl, and poly-alkoxyl (C3 and higher) groups) and a hydrophilic moiety and is typically used to stabilize an emulsion (e.g., a polymer emulsion during emulsion polymerization). A dispersant, by contrast, does not comprise a hydrophobic moiety and may be included in the protective coating to aid in the dispersion of inorganic particulates, such as fillers and pigments.

It is theorized that the presence of surfactant in the protective coating (layer C) is detrimental to adhesion of the layers under water immersion conditions and can lead to delamination. Surfactant can be introduced inadvertently in layer C depending on the source of the polymer utilized in manufacturing layer C. For example, if one included a polymer made by emulsion polymerization, such polymer necessarily will include high levels of surfactant, which will then become included in layer C. For this reason, it is critical that the protective coating comprises a polymer that is substantially free of surfactant. Such polymer should be manufactured by a process that uses little or no surfactant, such as bulk polymerization, solvent polymerization, or suspension polymerization.

The protective coating is produced from an acrylic or methacrylic polymer (or copolymer), a filler and a white pigment, wherein the pigment volume concentration of the filler plus white pigment is 30% to 80%, preferably 40% to 70%, more preferably 50% to 65%, by volume of total solids (dry). Preferably, the protective coating layer has a penetration ≤20 dmm (ASTM D5, 150 g, 5 sec, 70° F.) and a reflectivity ≥55%, measured by a reflectometer perpendicular to a surface illuminated at a 45° angle. Preferably, the acrylic or methacrylic polymer (or copolymer) has at least 50 wt % acrylic or methacrylic monomer units and has a Tg of −40° C. to 0° C.

**6**

Preferably, the polymer comprises, as polymerized units, at least 50 wt %, more preferably at least 75 wt %, of the acrylic or methacrylic monomer. Preferably, the polymer emulsion is prepared by polymerizing one or more alkyl acrylates and/or alkyl methacrylates containing 1-18 carbons per alkyl group. Suitable monomers include, for example, methyl acrylate, ethyl acrylate, propyl acrylate, isopropyl acrylate, butyl acrylate, pentyl acrylate, hexyl acrylate, 2-ethyl hexyl acrylate, nonyl acrylate, lauryl acrylate, methyl methacrylate, ethyl methacrylate, propyl methacrylate, isopropyl methacrylate, butyl methacrylate, pentyl methacrylate, hexyl methacrylate, 2-ethyl hexyl methacrylate, nonyl methacrylate, lauryl methacrylate, behenyl methacrylate, and the like. "Alkyl", as used herein, includes straight chain, branched and cyclic alkyl groups.

In one embodiment of the invention, the (meth)acrylic monomer is co-polymerized with at least one different monomer. By (meth)acrylic is meant herein an acrylic monomer or methacrylic monomer, or combination thereof. Suitable co-monomers include, for example, alpha olefinically unsaturated carboxylic acids containing 3-5 carbons, and esters thereof containing 4-20 carbons; mono-unsaturated dicarboxylic acids containing 4-8 carbons; nitriles selected from alpha olefinically unsaturated nitriles containing 3-5 carbons; polymerizable ethylenically unsaturated mono- and di-carboxylic acids containing 3-8 carbons, and esters thereof containing 4-20 carbons; vinyl esters of carboxylic acids containing 4-22 carbons; a olefins containing 2-12 carbons; styrene and styrene derivatives; and other polyfunctional monomers. Preferred co-monomers include styrene, acrylonitrile, and acrylic acid.

The polymer (or copolymer) in the protective coating layer has a glass transition temperature (Tg) of from −40° C. to 0° C., as calculated using the Fox equation (T. G. Fox, Bull. Am. Physics Soc., Volume 1, Issue No. 3, page 123 (1956)). That is, for calculating the Tg of a copolymer of monomers M1 and M2,

$$1/Tg(calc.)=w(M1)/Tg(M1)+w(M2)/Tg(M2)$$

wherein

Tg(calc.) is the glass transition temperature calculated for the copolymer;

w(M1) is the weight fraction of monomer M1 in the copolymer;

w(M2) is the weight fraction of monomer M2 in the copolymer;

Tg(M1) is the glass transition temperature of the homopolymer of M1; and

Tg(M2) is the glass transition temperature of the homopolymer of M2; with all temperatures being measured in ° K.

Examples of suitable polymers include acrylic elastomers such as HyTemp® polyacrylate elastomers sold by Zeon Chemicals, e.g. HyTemp® 4051.

The protective coating (layer C) provides for good bond to concrete after UV exposure because it is a highly reflective layer that provides for a cooler membrane and, thus, minimizes the rate of pressure sensitive adhesive degradation. In the absence of a highly reflective protecting coating layer, degradation of the pressure sensitive adhesive will occur upon exposure to sunlight, thus reducing the bond to concrete.

Reflectivity is gauged with a reflectometer (NOVO-SHADE **45/0** reflectometer), with the test surface illuminated from a 45° angle and the intensity of scattered light measured at the perpendicular (i.e. 0°). Data is recorded on a grey scale where black is 0% and white is 100%. Only

**7**

shading is measured, irrespective of color, and is referred to as whiteness. Reflective coatings of the present invention exhibit a value that is greater than or equal to 55%. Preferred coatings exhibit a value that it is greater than or equal to 65%, e.g., 65% to 85%.

The protective coating layer comprises inorganic filler and white pigment. The volume fraction, in the protective coating layer, of filler plus white pigment as a volume % of total solids is referred to as the pigment volume concentration (PVC) and is 30% to 80%. The preferred PVC is 40% to 70%. A most preferred PVC is 50% to 65%.

Suitable inorganic fillers include calcium carbonate, silica, diatomaceous earth, barytes, magnesium silicates, talc, clay, and alumina trihydrate, and mixtures of two or more of these materials. White fillers are preferred. Calcium carbonate is a preferred inorganic filler. The average particle size of the filler is 1 μm to 50 μm, preferably 3 μm to 25 μm.

White pigments are included to increase the reflectivity of the protective coating. A pigment that efficiently scatters visible light, thereby imparting whiteness, brightness and opacity when incorporated into a coating is preferred. Preferred pigments include titanium dioxide, antimony oxide, zinc sulfide, and zinc oxide. An organic hollow sphere pigment, Ropaque, produced by Rohm and Haas, may also be used. Titanium dioxide is most preferred. Titanium dioxide ($TiO_2$) and other white pigments opacify paint films primarily by diffusely reflecting light. This reflection occurs because the white pigment scatters or bends light strongly. If there is enough white pigment in a paint film, almost all visible light striking it (except for a very small amount absorbed by vehicle or pigment) will be reflected, and the film will appear opaque, white, and bright. The volume % of white pigment as a volume % of filler plus white pigment is 5% to 30%.

Generally, the dry coating weight of the protective coating (layer C) will be about 20 $g/m^2$ to 90 $g/m^2$ on a dry solids basis, preferably about 40 $g/m^2$ to 70 $g/m^2$ on a dry solids basis. Typically, layer C will have a thickness (dry) of about 0.005 to 0.10 mm, preferably about 0.008 to 0.08 mm, more preferably about 0.01 to 0.05 mm.

The protective coating may optionally contain typical additives, such as, light absorbers (i.e., carbon black, benzotriazoles, etc.), light stabilizers (i.e., hindered amines, benzophenones), concrete admixtures (e.g., set accelerators, set retarders, superplasticizers, water reducers, shrinkage reducers, corrosion inhibitors, biocides, etc.), dispersants, antifoams, antioxidants (i.e., hindered phenols), and mixtures thereof. Preferred protective coatings will contain light stabilizers and light absorbers.

Layer D comprises a releasable material **8**. The releasable material may be any suitable material that will strongly adhere to the protective coating **6**, but which will releasably adhere (e.g., minimally adhere or not adhere) to the carrier sheet **2**. In other words, the releasable material **8** (layer D) should be capable of being easily detached from carrier sheet **2** (layer A) when the membrane is unrolled. This means that the adhesion of layer D to layer A should be substantially less than the adhesion of layer D to layer C (and also less than the adhesion of layer C to layer B) when the membrane is unrolled. Typically, layer D will have a thickness (dry) of about 0.1 to 20 μm, preferably about 0.5 to 15 μm, more preferably 1 to 10 μm.

In a preferred embodiment, the releasable material (layer D) comprises amorphous nanoscale silica and a polymeric binder. Nanoscale silica typically has a particle size of 0.1 to 100 nm, preferably 1 to 50 nm, more preferably 5 to 30 nm. It has been found that amorphous nanoscale silica provides

**8**

for maintenance of a good bond between the membrane and concrete cast against it after immersion in water. To test this advantageous property, concrete is cast against a membrane strip and allowed to cure for seven days. The assembly is then immersed in water for 30 days. Bond to concrete after a period of water immersion is measured and compared to that for an assembly that has not been immersed in water. Without being bound by theory, it is believed that the amorphous nanoscale silica particles form hydration products in an alkaline environment like concrete comprising Portland cement. The formation of hydration products during the curing process likely enhances the bond of the membrane to concrete cast against it. The use of amorphous nanoscale silica in the releasable material (layer D) also provides for enhanced blocking resistance (i.e., lower adhesion to the carrier sheet (layer A)) as well as enhanced skid resistance (i.e., resistance to slipping by applicators walking on the wet membrane). Preferably, the coating weight (on the membrane surface) of the releasable material layer comprising nanoscale silica plus binder is 1 $g/m^2$ to 15 $g/m^2$, preferably 2 $g/m^2$ to 10 $g/m^2$, more preferably 3 $g/m^2$ to 6 $g/m^2$.

The binder for use in the releasable material layer may include a water soluble polymer, an alkali soluble polymer, or a homopolymer or copolymer of polyvinyl acetate. The polymer binder should be soluble or dispersible in water because an aqueous mixture of the silica dispersion and binder is needed to produce the releasable material layer. Preferred binders include polyvinyl acetate homopolymer emulsion such as that produced by Celanese under the trade name Dur-O-Set and polyvinyl alcohol. The volume percentage of silica, as a percentage of silica plus polymer binder, is 30% to 90%, preferably 60% to 90%.

Aqueous amorphous nanoscale silica dispersions are sold by W.R. Grace & Co. under the brand name Ludox®. The nanoscale silica particles in LUDOX colloidal silica are discrete uniform spheres of silica with no porosity or detectable crystallinity. Most are dispersed in an alkaline medium which reacts with the silica surface to produce a negative charge. Because of the negative charge, the particles repel one another resulting in stable products at pH 8-11. Some grades contain silica with specially modified surfaces to give broader stability (pH 4-11). During drying, the hydroxyl groups on the surface of the particles condense by splitting out water to form siloxane bonds (Si—O—Si), resulting in coalescence and interbonding. Particle size ranges from 5 nm (nanometers) to 30 nm.

As mentioned above, the binder may include a water soluble polymer, an alkali soluble polymer, or a homopolymer or copolymer of polyvinyl acetate.

In one embodiment, the binder may comprise a water soluble polymer. Suitable water soluble polymers may include polyvinyl alcohol (PVOH), polyethylene oxide (PEO), water soluble cellulosic polymers (e.g., hydroxypropyl methyl cellulose, hydroxyethyl cellulose), hydrolyzed maleic anhydride polymers and copolymers, polyvinylpyrrolidone, sulfonated polystyrene, polysulfoethyl acrylate, poly(2-hydroxyethylacrylate), polyacrylamide, poly(acrylic acid) and alkali metal salts thereof, natural or synthetically modified polysaccharides, proteins, alginates, xanthan gums, and guar gums. The preferred water soluble polymer is polyvinyl alcohol.

In another embodiment, the binder may comprise an alkali soluble polymer. An alkali soluble polymer is defined as a polymer that is insoluble below pH 5 and soluble, or at least partially soluble or swellable, above pH 8. An alkali soluble polymer is a preferred material for the binder

9

because it improves the bond to concrete. Without being bound by any theory, it is postulated that when concrete is cast against the alkali soluble polymer, it may dissolve, partially dissolve, swell, or partially swell by reaction of the hydrophilic monomers with alkaline species like calcium hydroxide within the concrete. The polymer layer may diffuse or partially diffuse into the concrete and bind to the concrete when it sets.

The alkali soluble polymer may comprise one or more hydrophilic monomers and one or more hydrophobic monomers. Hydrophilic monomers are selected from a list including maleic anhydride, a combination of maleic anhydride and a mono-ester/monocarboxylic acid, methacrylic acid, acrylic acid, and vinyl phenol. Hydrophobic monomers are selected from a list including acrylic esters, methacrylic esters, styrene, alpha methyl styrene, alkenes, ethylene, propylene, isobutylene, vinyl chloride, and octadecene.

One type of preferred alkali soluble polymer includes copolymers of styrene and maleic anhydride such as those manufactured by Sartomer. The ratio of styrene to maleic anhydride ranges from 1:1 to 8:1. The number average molecular weight ranges from 2000 to 12,000. Most preferred is SMA 3000 with a styrene:maleic anhydride ratio of 3:1.

Another type of preferred alkali soluble polymer includes copolymers of styrene, maleic anhydride and mono-ester/ monocarboxylic acid (e.g., half-ester of maleic anhydride) such as those manufactured by Sartomer. The acid value in milligrams of KOH per gram of polymer ranges from 90 to 300. The number average molecular weight ranges from 2000 to 6000. Most preferred are SMA 2625 and SMA 3840.

A further type of preferred alkali soluble polymer includes acrylic acid and styrene and/or alpha-methyl styrene type polymers manufactured by BASF under the trade name of Joncryl. Most preferred are Joncryl 680 and Joncryl 682.

An additional type of preferred alkali soluble polymer includes reaction products of hydroxypropyl-methyl cellulose such as those manufactured by Shin-Etsu under the trade name of AQOAT. The most preferred is AQOAT ASHG. This is hydroxypropyl methylcellulose acetate succinate.

Another type of preferred alkali soluble polymer includes copolymers of methacrylic acid and methylmethacrylate such as those manufactured by Evonik under the trade name EUDRAGIT®. Most preferred is EUDRAGIT® S 100.

Another type of preferred alkali soluble polymer includes acrylic acid-ethyl acrylate-methyl methacrylate copolymer such as that manufactured by Lubrizol under the trade name Avalure. Most preferred is Avalure 315. A further type of preferred alkali soluble polymer is a copolymer of methyl methacrylate, ethyl methacrylate and acrylic acid. This is commercially available from Lubrizol as Carboset 526. An additional type of preferred alkali soluble polymer is a copolymer of ethyl acrylate, methyl methacrylate, and acrylic acid. This is commercially available from Lubrizol as Carboset 525.

Another example of an alkali soluble polymer is a rosin acid. Yet another example of an alkali soluble polymer is a phenolic resin, such as a condensation product of phenol and formaldehyde. Suitable phenolic resins include phenolic novolac resins such as those manufactured by Georgia-Pacific. Most preferred is Georgia-Pacific resin CK-2400.

Accordingly, a preferred alkali soluble polymer may be selected from the group consisting of copolymers of styrene and maleic anhydride, copolymers of styrene, maleic anhydride and half-ester of maleic anhydride, copolymers of acrylic acid and styrene and/or alpha-methyl styrene,

10

hydroxypropyl methylcellulose acetate succinate, copolymers of methacrylic acid and methyl methacrylate, copolymers of methyl methacrylate, ethyl methacrylate and acrylic acid, copolymers of ethyl acrylate, methyl methacrylate, and acrylic acid, a rosin acid, a phenolic resin, and combinations of one or more of these.

Releasable coating material comprising nanoscale (colloidal) silica and an alkali soluble polymer is preferably applied as a mixture of an alkaline solution of the polymer and colloidal silica. The preferred base to produce a solution of the alkali soluble polymer is aqueous ammonia.

In a further (and most preferred) embodiment, the binder may comprise a homopolymer or a copolymer of polyvinyl acetate (PVAc). Polyvinylacetate homopolymer emulsions are produced by Celanese under the trade name of Dur-O-Set®.

The proposed mechanism by which polyvinyl acetate homopolymer bonds to concrete cast against it is somewhat different than the mechanism proposed above for bonding of copolymers comprising acrylic acid, methacrylic acid, vinyl phenol, or maleic anhydride. While not being bound by any theory, it is believed that the polyvinyl acetate hydrolyzes to form polyvinyl alcohol while in contact with highly alkaline concrete. The water soluble polyvinyl alcohol dissolves in the concrete and becomes intimately bonded with the concrete once the concrete has set. Since the polyvinyl acetate is not easily hydrolyzed at lower pH, e.g. pH 7, it cannot be washed off by rain. The polyvinyl acetate binder is also non-tacky and will not bond well to the carrier sheet (layer A), thus permitting easy unrolling of the membrane and eliminating the need for a release liner.

The binder may also comprise a copolymer of vinyl acetate (i.e., polyvinyl acetate copolymer). Such copolymers preferably have a glass transition temperature greater than or equal to 5° C., more preferably greater than or equal to 10° C. Such copolymers preferably comprise at least 50%, more preferably at least 70%, vinyl acetate.

Copolymers of vinyl acetate include copolymers of vinyl acetate with ethylene, copolymers of vinyl acetate with acrylic esters, including methyl acrylate, ethyl acrylate, butyl acrylate, and ethyl-hexyl acrylate, copolymers of vinyl acetate and vinyl versatate, and copolymers of vinyl acetate and vinyl laurate.

Copolymers of vinyl acetate and acrylic ester are available from several commercial sources, including, for example, UCAR 162 and UCAR 357 (Dow Chemical) and Flexbond® 325 and Flexbond® 381 (Air Products). Copolymers of vinyl acetate and ethylene with high vinyl acetate content are available from Air Products under the tradename Airflex®. Copolymers of vinyl acetate and vinyl versatate are available from Celanese under the trade names Celvolit 2456 and Mowilith LDM 2110.

Releasable material comprising nanoscale (colloidal) silica and an aqueous emulsion of polyvinyl acetate homopolymer or copolymer may be applied to a web in a continuous process.

A suitable process to manufacture a waterproofing membrane of the present invention comprises the steps:

(S1) coating the releasable material (layer D) onto a plastic film and drying;

(S2) coating the protective coating (layer C) onto the releasable material (layer D), drying and winding into a roll;

(S3) coating the waterproofing adhesive (layer B) onto the carrier sheet (layer A);

(S4) unwinding the three layer roll comprising layer C, layer D, and the plastic film and laminating layer C to layer B; and

US 9,476,196 B2

**11**

(S5) removing the plastic film from layer D and winding the four layer construction comprising layer D, layer C, layer B, and layer A into a roll (layer A is on outside of roll).

The releasable material **8** (layer D) (e.g., as a mixture of colloidal silica and an aqueous emulsion or an aqueous solution of the binder, depending on the binder type) may be applied to the plastic film by any one of a variety of applicators, including wire wound rod, roll coater, knife over roll coater, gravure, or slot die coater. If the plastic film is not very smooth, a slot die coater is preferred in order to apply a uniformly thick coating. The coated releasable material is typically dried in a forced hot air oven.

The protective coating **6** (layer C) may be applied to the releasable material **8** (layer D) by any one of a variety of applicators including wire wound rod, roll coater, knife over roll coater, gravure, or slot die coater. If the carrier sheet is not very smooth, such as an extrusion coated fabric, a slot die coater is preferred in order to apply a uniformly thick protective coating. The coated protective coating is typically dried in a forced hot air oven. The protective coating may be applied as a solution comprising an organic solvent, polymer, pigment, and filler (i.e., particulate inorganic material); or as a 100% solids composition comprising polymer, pigment, and filler. An organic solvent composition is preferred.

The waterproofing adhesive **4** (layer B) may be applied as a hot melt, an organic solvent based coating, or an aqueous coating. Hot melt coating is preferred. A hot melt coating may be applied by slot die, knife over roll coater or hot melt coater. Solvent or water based coatings may be applied by the same methods as well as wire wound rod application.

When the roll of waterproofing membrane is unwound, the releasable bonding material (layer D) releases from the carrier sheet (layer A) and remains adhered to the protective coating (layer C), which is now adhered to the adhesive (layer B). Thus, after unrolling, the membrane has its layers arranged in the order D-C-B-A (with layer A on the bottom and layer D facing upward). This is a particularly unique feature of the present invention. Unrolling is affected without the need for a silicone treated surface and or a separate silicone coated release liner. The first and last unwraps from the roll may need to be discarded.

EXAMPLES

The invention may be further illustrated by the following examples, which are not to be construed as limiting the scope of the invention. In these examples, the following materials are used:

HyTemp® 4051 acrylic rubber (Tg −18° C.)

Ludox® AS 40 amorphous colloidal silica dispersion (40% solids, average particle size 22 nm)

Dur-O-Set® C-310 is a 55% solids polyvinyl acetate emulsion (Celanese).

Celvol® 203-24 is a 24% solids solution of polyvinyl alcohol and water

Tinuvin® 292 is a hindered amine light stabilizer (Ciba-Geigy).

Dispers-ayd® 15 is a dispersant

Calcium carbonate with an average particle size of 5 μm Titanium dioxide

Ethyl acetate

Heptane

UCAR®123 is an acrylic emulsion

Rhoplex® 1791 is an acrylic emulsion

Acronal® 5400 is a styrene acrylic emulsion

Acronal® 567 is a styrene acrylic emulsion

ADVA 190 is a dispersant

**12**

Tamol 165 is a dispersant

RM 825 is a thickener

KTPP is potassium pyrophosphate

Tinuvin® 400 DW is a UV absorber

In addition, the following test procedures are used:

Bond to Concrete: Since waterproofing membranes are normally subject to exposure to sunlight prior to concrete being cast, it is highly desirable that such membranes maintain their ability to adhere to concrete after such exposure. Adhesion of the membranes to concrete is tested by casting concrete against the outer face (i.e., the releasable material layer) of 2 in×6 in (5 cm×15 cm) membrane samples, allowing the concrete to cure for seven days, then measuring peel adhesion with an Instron mechanical tester at a peel angle of 90° and a peel rate of 2 in (5 cm)/min. Bond to concrete is measured for samples not exposed to UV radiation (initial) and for samples exposed to UV radiation prior to casting concrete, where the UV exposure uses the EMMAQUA accelerated test in which the exposure corresponds to the equivalent of one month UV exposure (28 mj) or two months UV exposure (56 mj).

Blocking Resistance: Since waterproofing membranes are normally wound into a roll, it is highly desirable to insure that one surface of the membrane (i.e., the releasable material layer) does not strongly adhere to the other surface of the membrane (i.e., the carrier sheet). Otherwise, it will be difficult to unwind the roll. To test blocking resistance, a layer of 16 mil (0.4 mm) HDPE is placed on the outer surface (i.e., the releasable material layer) of a 1.25 in×7 in membrane sample, a 5 psi (70 g/cm²) load is placed on top, then this assembly is placed in an oven at 150° F. (66° C.) for 10 days. After cooling to room temperature, each sample is tested with a T-peel test using an Instron mechanical tester using a cross head speed of 2 in (5 cm)/min. Blocking is measured as pounds per lineal inch (pli).

Water Immersion: Since waterproofing membranes may be immersed in water after being cast against concrete, it is highly desirable that such membranes maintain their ability to adhere to concrete after such exposure. An extremely severe test has been devised to illustrate the exceptional performance of membranes of the present invention. Adhesion of the membranes to concrete is tested by casting concrete against the outer face (the releasable material layer) of 0.5 in×6 in (1.3 cm×15 cm) membrane samples, allowing the concrete to cure for seven days, immersing the assembly in water for 30 days, then measuring peel adhesion with an Instron mechanical tester at a peel angle of 90° and a peel rate of 2 in (5 cm)/min. Water may infiltrate between any of the interfaces of the assembly including the concrete/releasable material layer interface, the releasable material/protective coating interface, or the protective coating/pressure sensitive adhesive interface. This test is considered severe because in normal usage of the membrane these interfaces would not be exposed to infiltration by water.

Coatings: coatings used to prepare membranes are described below. The substantially surfactant-free protective coating (layer C) used for all membranes of the invention comprises 7% acrylic rubber (HyTemp® 4051), 34.7% calcium carbonate, 5% titanium dioxide, 2% Tinuvin® 292, 0.3% Dispers-ayd® 15, and 51% organic solvent (ethyl acetate/heptane 3/1). The dry coating (free of solvent) has a pigment volume concentration (PVC) of 61.4. This is referred to as coating number P1 in results tables below.

For comparison, a number of protective coatings comprising surfactant are formulated with aqueous polymer emulsions, as shown in Table 1 below, and identified as P2c to P6c.

US 9,476,196 B2

13

TABLE 1

| | Comparative Protective Coating No. | | | | |
|---|---|---|---|---|---|
| | P2c | P3c | P4c | P5c | P6c |
| Emulsion type | UCAR | Rhoplex | Rhoplex | Acronal | Acronal |
| Polymer Tg ° C. | 123 –17 | 1791 –40 | 1791 –40 | S400 –6 | 567 –6 |
| Emulsion wt. | 17.1 | 28.4 | 18.2 | 26.2 | 25.7 |
| TiO₂ | 16.1 | 14.0 | 15.8 | 14.2 | 14.3 |
| CaCO₃ 5 μm | 48.2 | 41.9 | 47.4 | 43.6 | 42.8 |
| Adva 190 | 0.3 | | | | |
| Tamol 165 | | 0.6 | 0.5 | 0.5 | 0.5 |
| Tinuvin 292 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 |
| Tinuvin 400 DW | 1.0 | 1.4 | 1.0 | 1.4 | 1.4 |
| RM 825 thickener | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| KTPP 20% soln | 0.3 | | 0.3 | | 0.3 |
| Water | 16.8 | 13.3 | 16.5 | 13.7 | 14.7 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| PVC | 68.3 | 57.2 | 67.9 | 57.1 | 57.9 |

Comparative protective coatings P2c to P6c are prepared by first preparing a pigment grind comprising water dispersant, titanium dioxide and calcium carbonate at 2500 RPM with a Cowles dissolver with a 3 inch blade. The KTPP solution is then added and mixed for 5 min at low speed. The remaining ingredients are added and mixed at low speed for 5 min.

Three different coatings are used for the releasable material (layer D). The first comprises 25% Dur-O-Set® C-310 and 75% water. The dry coating (free of water) has a pigment volume concentration of zero. This is referred to in the tables below as PVAc. The second comprises 30.8% Ludox® AS 40, 7.7% Dur-O-Set® C-310, and 61.5% water. This has a pigment volume concentration of 62 and is referred to in the tables below as PVAc-silica. The third comprises 46.7% Ludox® AS 40, 6.7% of the 24% polyvinyl alcohol solution (Celvol® 203), and 46.7% water. This has a pigment volume concentration of 87 and is referred to in the tables below as PVOH-silica.

Membrane preparation: To prepare a membrane, the the releasable material (layer D) is coated onto an untreated 4

14

mil (0.1 mm) HDPE film with a wire wound rod. The rod is selected to achieve the desired coating weight. The coated sheet is dried for 5 minutes in an oven at 150° F. (66° C.). The protective coating (layer C) is coated onto the dry releasable material layer with a drawdown bar. The gap for the drawdown bar is selected to achieve the desired coating weight. The coated sheet is dried for 5 minutes in an oven at 150° F. (66° C.) to produce a three layer laminate comprising protective coating layer, releasable material layer, and HDPE film.

A sheet of 16 mil (0.4 mm) HDPE is coated with 15 mils (0.38 mm) of SIS based pressure sensitive adhesive (formulation shown below).

TABLE 2

| Kraton 1163 | 27.3 |
|---|---|
| Escorez 1310-LC | 56.5 |
| Shellflex 371 Oil | 14.7 |
| Irganox 1010 | 1.0 |
| Tinuvin 328 | 0.5 |

The adhesive face of this coated sheet is applied to the protective coating layer on the three layer laminate described above to produce a five layer construction comprising HDPE carrier sheet, waterproofing pressure sensitive adhesive, protective coating layer, releasable material layer, and HDPE film. The HDPE film is peeled from this five layer construction, whereby the highly releasable material releases easily from the HDPE leaving a four layer structure comprising HDPE carrier sheet, waterproofing adhesive, protective coating, and releasable material.

Results for initial bond to concrete, bond to concrete after one month water immersion including failure mode, and blocking resistance are listed in Table 3 below.

TABLE 3

| No. | Protective Coating Wt g/m² | Protective Coating No. | Releasable Coating Composition | Releasable Coating PVC | Releasable Coating Wt g/m² | Initial BTC pli | Blocking (pli) | BTC after Immersion ½" pli | Failure Mode |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 53 | P1 | PVAc/Silica | 30 | 2.5 | 11.6 | 0.08 | NT | NT |
| 2 | 54 | P1 | PVAc/Silica | 80 | 2.5 | 16.0 | NT | NT | NT |
| 3 | 65 | P1 | PVAc/Silica | 62 | 2 | 15.3 | 0.06 | NT | NT |
| 4 | 32 | P1 | PVOH/Silica | 87 | 2.5 | NT | 0.05 | 8.9 | C/B |
| 5 | 37 | P1 | PVOH/Silica | 87 | 2.5 | 10.0 | 0.034 | 10.4 | C/B |
| 6 | 50 | P1 | PVOH/Silica | 87 | 2.9 | 10.5 | Fall off | 12.2 | C/B |
| C1 | 32 | P1 | PVAc | 0 | 2 | NT | 0.04 | 2.4 | D/cc |
| C2 | 35 | P1 | PVAc | 0 | 2 | 7.5 | NT | NT | NT |
| C3 | 36 | P1 | PVAc | 0 | 2 | 7.9 | 0.06 | 0.9 | D/cc |
| C4 | 40 | P1 | PVAc | 0 | 6 | 10.1 | 0.03 | 0.2 | D/cc |
| C5 | 41 | P1 | PVAc | 0 | 3.3 | 8.5 | 0.04 | 1.3 | D/cc |
| C6 | 41 | P1 | PVAc | 0 | 15 | 11.6 | 0.02 | 0.1 | D/cc |
| C7 | 42 | P1 | PVAc | 0 | 2 | NT | 0.03 | 2.8 | D/cc |
| C8 | 48 | P1 | PVAc | 0 | 2 | 6.6 | 0.06 | 1.9 | D/cc |
| C9 | 40 | P2c | PVAc/Silica | 62 | 3.2 | 11.4 | 0.04 | 2.2 | C/B |
| C10 | 76 | P3c | PVAc/Silica | 62 | 2 | 12.7 | Fall off | 4.3 | C/B |
| C11 | 55 | P4c | PVAc/Silica | 62 | 2 | 10.4 | NT | 4.1 | C/B |
| C12 | 55 | P5c | PVAc/Silica | 62 | 2 | 12.9 | 0.06 | 1.9 | C/B |
| C13 | 80 | P5c | PVAc/Silica | 62 | 2 | 14.8 | Fall off | 2.6 | C/B |
| C14 | 57 | P6c | PVAc/Silica | 62 | 2 | 11.0 | Fall off | 3.1 | C/B |

NT = not tested

C/B = failure at layer C/layer B interface

D/cc = failure at layer D/concrete interface

Formulations 1 to 6 comprise a protective coating (layer C) that is substantially free of surfactant and comprise a releasable material (layer D) that includes nanoscale silica. These formulations exhibit excellent initial bond to concrete and very good blocking resistance (anything less than 0.1 pli is acceptable). Formulations 4, 5 and 6 also exhibit excep-

**15**

tional retention of bond to concrete after one month water immersion. Even though the releasable material layer comprises a water soluble polymer (polyvinyl alcohol), a high level of nanoscale silica provides for good bond to concrete and to the protective coating layer. Although not tested, it is expected that formulations 1, 2 and 3 would similarly exhibit good bond to concrete after water immersion. Formulations comprising polyvinyl alcohol alone in the releasable material layer were not tested because the surface of the membrane is slippery when wet, which makes the membrane somewhat undesirable from a commercial standpoint. This disadvantage is remedied by addition of nanoscale silica to the releasable material layer.

In contrast to the above, the comparative examples C9 to C14 include a surfactant in the protective coating layer (since these were all formulated with aqueous polymer emulsions) and exhibit poor retention of bond to concrete after water immersion. Failure occurs at the interface (C/B) between the protective coating (layer C) and the adhesive (layer B). Presumably water diffuses into this interface because of the hydrophilic nature of the protective coating resulting from the presence of the surfactant. Comparative examples C1 to C8 comprise a relatively surfactant free polymer in the protective coating. However, these examples do not comprise nanoscale silica in the releasable material layer. Failure occurs at the interface (D/cc) between the releasable material (layer D) and concrete (cc). Presumably water diffuses into this interface because of the hydrophilic nature of the releasable material layer.

Embodiments of the invention also exhibit good bond to concrete after UV exposure. For example, formulation 6 exhibited bond to concrete of 10.5 pli, 12.1 pli and 8.0 pli after exposure to 0, 28 and 56 mj, respectively, of UV radiation prior to casting concrete against the membrane.

The invention claimed is:

**1**. A waterproofing membrane comprising the following laminated layers:

    layer A comprising a carrier sheet;

    layer B comprising a waterproofing adhesive;

    layer C comprising a protective coating, wherein the protective coating is substantially free of surfactant and comprises an acrylic or methacrylic polymer or copolymer, an inorganic filler and a white pigment, the protective coating having a penetration ≤20 dmm and a reflectivity greater than or equal to 55% as measured by a reflectometer perpendicular to a surface illuminated at a 45° angle, and wherein the protective coating has a pigment volume concentration in terms of filler plus white pigment in the range of 30% to 80%; and

    layer D comprising a releasable material, wherein the releasable material comprises amorphous nanoscale silica and a polymeric binder; and

    wherein the laminated layers are arranged in the sequential order A-B-C-D.

**2**. The waterproofing membrane according to claim **1** wherein the nanoscale silica is present in an amount of 30% to 90% by volume of the silica plus polymeric binder.

**3**. The waterproofing membrane according to claim **1** wherein the nanoscale silica has a particle size of 0.1 nm to 150 nm.

**4**. The waterproofing membrane according to claim **1** wherein the polymeric binder in the releasable material comprises a water soluble polymer, an alkali soluble polymer, or a homopolymer or copolymer of polyvinyl acetate.

**5**. The waterproofing membrane according to claim **4** wherein the polymeric binder comprises a water soluble polymer selected from the group consisting of polyvinyl

**16**

alcohol (PVOH), polyethylene oxide (PEO), water soluble cellulosic polymers including hydroxypropyl methyl cellulose and hydroxyethyl cellulose, hydrolyzed maleic anhydride polymers and copolymers, polyvinylpyrrolidone, sulfonated polystyrene, polysulfoethyl acrylate, poly(2-hydroxyethylacrylate), polyacrylamide, poly(acrylic acid) and alkali metal salts thereof, natural or synthetically modified polysaccharides, proteins, alginates, xanthan gums, and guar gums.

**6**. The waterproofing membrane according to claim **5** wherein the polymeric binder comprises polyvinyl alcohol.

**7**. The waterproofing membrane according to claim **4** wherein the polymeric binder comprises an alkali soluble polymer selected from the group consisting of copolymers of styrene and maleic anhydride, copolymers of styrene, maleic anhydride and half-ester of maleic anhydride, copolymers of acrylic acid and styrene and/or alpha-methyl styrene, hydroxypropyl methylcellulose acetate succinate, copolymers of methacrylic acid and methyl methacrylate, copolymers of methyl methacrylate, ethyl methacrylate and acrylic acid, copolymers of ethyl acrylate, methyl methacrylate, and acrylic acid, a rosin acid, a phenolic resin, and combinations of one or more of these.

**8**. The waterproofing membrane according to claim **4** wherein the polymeric binder comprises a homopolymer or copolymer of polyvinyl acetate.

**9**. The waterproofing membrane according to claim **1** wherein the carrier sheet has a thickness of about 0.05 to 2.0 mm; the waterproofing adhesive has a thickness of about 0.07 to 2.0 mm; the protective coating has a thickness of about 0.008 to 0.08mm; and the releasable material has a thickness of about 0.5 to 15 μm.

**10**. The waterproofing membrane according to claim **1** wherein the protective coating) has a dry coating weight of about 20 g/m² to 90 g/m² on a dry solids basis; and wherein the releasable material has a dry coating weight of 1 g/m² to 15g/m².

**11**. The waterproofing membrane according to claim **1** wherein the filler in the protective coating is selected from the group consisting of calcium carbonate, silica, diatomaceous earth, barytes, magnesium silicates, talc, clay, and alumina trihydrate, and mixtures of two or more of these materials.

**12**. The waterproofing membrane according to claim **1** wherein the white pigment in the protective coating comprises titanium dioxide, and wherein the volume percent of white pigment comprises 5% to 3% by volume of filler plus white pigment.

**13**. The waterproofing membrane according to claim **1** wherein the carrier sheet comprises polyethylene, polypropylene, ethylene-propylene copolymers, ethylene-olefin copolymers, ethylene-vinyl acetate copolymers, polyvinyl acetate, polyethyl acrylate, polytetrafluoroethylene, polyvinylidene fluoride, polyethylene terephthalate, polyvinyl chloride or a combination of two or more of these materials.

**14**. The waterproofing membrane according to claim **1** wherein the waterproofing adhesive comprises a synthetic pressure sensitive adhesive or a rubber modified bitumen pressure sensitive adhesive.

**15**. The waterproofing membrane according to claim **14** wherein the waterproofing adhesive comprises a synthetic pressure sensitive adhesive comprising a butyl rubber based adhesive, a polyisobutylene based adhesive, a butyl based adhesive, an acrylic based adhesive, a vinyl ether based adhesive, a styrene-isoprene-styrene (SIS) based adhesive, a styrene-ethylene-butylene-styrene (SEBS) based adhesive, a styrene-butadiene-styrene (SBS) based adhesive, a styrene-

17

butadiene rubber (SBR) based adhesive, or a combination of
two or more of these materials.

**16**. The waterproofing membrane according to claim **1**
wherein the membrane does not include a removable release
sheet.

**17**. The waterproofing membrane according to claim **1**
wherein

the nanoscale silica is present in an amount of 60% to
90% by volume of the silica plus polymeric binder;

the nanoscale silica has a particle size of 1 nm to 50 nm;
and

the protective coating has a reflectivity from 65% to 85%
as measured by a reflectometer perpendicular to a
surface illuminated at a 45° angle, and wherein the
pigment volume concentration of the filler plus white
pigment is 40% to 70% based on total solids in the
protective coating.

**18**. A method of waterproofing a concrete structure com-
prising applying a waterproofing membrane according to
claim **1** to a building substrate or concrete form with the
releasable material of said membrane facing the area into
which the concrete will be cast, and casting concrete such
that the concrete contacts the releasable material of the
membrane.

18

**19**. A method of making a waterproofing membrane
according to claim **1**, comprising the following steps:

(S1) coating the releasable material layer onto the plastic
film and drying;

(S2) coating the protective coating layer onto the releas-
able material layer, drying, and winding the releasable
material layer, the plastic film, and the protective
coating layer into a roll;

(S3) coating the waterproofing adhesive layer onto the
carrier sheet;

(S4) unwinding the three layer roll comprising the pro-
tective coating layer, the releasable material layer, and
the plastic film and laminating the protective coating
layer to the waterproofing adhesive layer; and

(S5) removing the plastic film from the releasable mate-
rial layer and winding the four layer construction
comprising the releasable material layer, the protective
coating layer, the waterproofing adhesive layer, and the
carrier sheet into a roll, whereby the carrier sheet is
located outwardly of the roll.

* * * * *

Exhibit 66

Exhibit

GCP vs AVM
Robert Wiercinski

0066



# White

# Cement

# Concrete

Highly Confidential - Attorney's Eyes Only

GCP00002876

**KEYWORDS:** abrasive blasting, admixtures, aggregates, architectural concrete, batching, cleaning, colored concrete, decorative concrete, finishing, light reflective floors, mixing, pigments, placing, portland cement, pozzolans, proportioning, release agents, sealers, slag, stains, standards, surface blemishes, white cement

**ABSTRACT:** White cement is a key ingredient in architectural and decorative concrete. This publication provides architects, ready mix producers, and contractors with the information needed to design, mix, and place attractive white cement concrete. Technical information presented in this text is applicable to cast-in-place, precast, and tilt-up construction.

**REFERENCE:** Farny, James A., *White Cement Concrete*, EB217, Portland Cement Association, Skokie, Illinois, U.S.A., 2001.

Highly Confidential - Attorney's Eyes Only

**ENGINEERING BULLETIN**

# White Cement Concrete

### by James A. Farny



**PORTLAND CEMENT ASSOCIATION**

An organization of cement companies to improve and extend the uses of portland cement and concrete through market development, engineering, research, education, and public affairs work.

5420 Old Orchard Road, Skokie, Illinois 60077-1083 USA

Highly Confidential - Attorney's Eyes Only

**About the author:** The author of this engineering bulletin is James A. Farny, Program Coordinator, Masonry and Special Products, Portland Cement Association.

**On the cover:** Illustrations on the cover are (1) (overall cover shot) Elihu M. Harris Office Building Tower and Base, Oakland, California (69361); (from left to right on photo strip) (2) a panel of a tilt-up wall being erected (65871); (3) exposing aggregate on a concrete walkway (58960); (4) office building (55828); (5) Art Institute Dormitory, Chicago (69528); and (6) finishing the interior of a swimming pool.

**First Edition**

© Portland Cement Association 2001

All right reserved. No part of this book may be reproduced in any form without permission in writing from the publisher, except by a reviewer who wishes to quote brief passages in a review written for inclusion in a magazine or newspaper.

ISBN 0-89312-206-8

Printed in the United States of America

This publication is intended SOLELY for use by PROFESSIONAL PERSONNEL who are competent to evaluate the significance and limitations of the information provided herein, and who will accept total responsibility for the application of this information. The Portland Cement Association DISCLAIMS any and all RESPONSIBILITY and LIABILITY for the accuracy of and the application of the information contained in this publication to the full extent permitted by law.

**WARNING**: Contact with wet (unhardened) concrete, mortar, cement, or cement mixtures can cause SKIN IRRITATION, SEVERE CHEMICAL BURNS (THIRD-DEGREE), or SERIOUS EYE DAMAGE. Frequent exposure may be associated with irritant and/or allergic contact dermatitis. Wear waterproof gloves, a long-sleeved shirt, full-length trousers, and proper eye protection when working with these materials. If you have to stand in wet concrete, use waterproof boots that are high enough to keep concrete from flowing into them. Wash wet concrete, mortar, cement, or cement mixtures from your skin immediately. Flush eyes with clean water immediately after contact. Indirect contact through clothing can be as serious as direct contact, so promptly rinse out wet concrete, mortar, cement, or cement mixtures from clothing. Seek immediate medical attention if you have persistent or severe discomfort.

EB217.01

**ACKNOWLEDGMENTS**
Though not all of the people involved with bringing this technical handbook to print can be mentioned here, I would like to recognize the following individuals who provided special assistance. This document is actually an updated and expanded version of *White Concrete* (IS175.01A), by Sidney Freedman, the former Manager of Concrete Technology and Services Section, PCA. Ray Pisaneschi of Lehigh Cement provided numerous photographs and white cement concrete project leads. Bernie Igusky, Federal White Cement, provided project leads and technical review of the text. A knowledgeable architectural consultant, Al Litvin, formerly of Construction Technology Laboratories, reviewed the text and suggested many improvements. Susan Newman and Steven Kosmatka, PCA's Marketing Specialist and Managing Director of Research and Technical Services, respectively, provided assistance throughout development of the document, then gave detailed reviews of the final draft. Given the aesthetic nature of this topic, it is essential to acknowledge PCA's desktop publishers, Wes Ikezoe and Arlene Zapata, for their work on the layout of the publication. Thank you all.

ii

# White Cement Concrete

## TABLE OF CONTENTS

**INTRODUCTION** ........................................................ 1
   Special Properties ........................................... 3

**MATERIALS** ............................................................. 5
   White Portland Cement .................................... 5
   Aggregates ..................................................... 6
   Fine Aggregate ............................................... 6
   Coarse Aggregate .......................................... 6
   Chemical Admixtures ..................................... 7
   Pozzolans and Slag ........................................ 7
   Color: Pigments, Chemical Stains,
      and Stain Sealers ..................................... 7
   Water .............................................................. 8

**MIXING AND HANDLING** ......................................... 8
   Proportioning .................................................. 8
   Batching ......................................................... 9
   Mixing ............................................................ 9
   Placing ......................................................... 10

**FORMS AND FORM RELEASE AGENTS** ............. 10

**FINISHING** ............................................................ 11
   Curing and Protection ................................... 12

**PATCHING** ........................................................... 12
   Cleaning ....................................................... 12
   Sealers ......................................................... 13

**FINISHES** ............................................................. 13
   Exposed Aggregate Concrete ...................... 13
   Form Liners .................................................. 16
   Other Textured Finishes .............................. 16
   Smooth Finishes........................................... 17
   Overall Surface Patterns:
      Jointing, Rustications, Shape, and Size ............. 18

**SURFACE BLEMISHES** ......................................... 18

**LIGHT REFLECTIVE FLOORS** ............................... 21

**REFERENCES**....................................................... 23

**ASTM AND OTHER STANDARDS** ......................... 24

Highly Confidential - Attorney's Eyes Only

# White Cement Concrete

## INTRODUCTION

White and colored concrete are materials of choice for use in architectural concrete (see Fig. 1). Architects, engineers, specifiers, and designers appreciate the incomparable versatility of concrete. Contractors like the ease of construction and the familiarity of the material. Consequently, ready mix producers who learn about the production and handling of white and colored concrete are best prepared to take advantage of construction opportunities.

Though decorative concrete is more expensive than plain concrete, it is also more affordable than natural materials like limestone, cut stone, field stone, cobblestone, marble, and granite. Concrete emulates these materials—and many others—to create durable structures with an attractive appearance. Projects made with decorative concrete often become signature jobs, advertisements for designers and builders who construct them. Their high visibility can lead to additional work.

White and colored concretes are suitable for cast-in-place, precast, or tilt-up elements. Most ready mix concrete producers have the skills needed to produce material for use in architectural concrete structures. To achieve good results consistently and economically, however, requires some additional knowledge and care.

This handbook is intended to improve white and colored concrete construction by providing technical information for each of the following members of the design/build team:

- *the architect/specifier* can take control of the look of the finished project, from colors to finishes to joints and patterns
- *the ready mix producer* can provide consistent, superior concrete mix through proper material storage and handling, concrete mixing, and equipment maintenance
- *the contractor* can gain a competitive edge by becoming a white concrete expert—placing, finishing, and consistently building attractive white or colored concrete structures

White cement or a mixture of white and gray cement can be specified to provide a consistent color of choice. White portland cement has less color variation than gray portland cement. Though both are made from similar raw materials, the white raw materials are closely monitored



**Fig. 1. The exterior of a building looks impressive in white concrete.**

1

Highly Confidential - Attorney's Eyes Only

GCP00002881



**Fig. 2. From 1962 to 2000, architectural panels on display at the Portland Cement Association headquarters demonstrated concrete's long term durability in severe winter climates. (69526)**



**Fig. 4. White cement and colored aggregates are regularly used for polished terrazzo surfaces, which are well suited to high-traffic indoor areas where a decorative finish is desired. (69558)**

for minerals that impart the usual color to gray portland cement. These materials are not used to make white portland cement.

Like other natural materials—for example, wood, leather, and stone—concrete is not perfect. It may have variations in color and texture. This is normal. Often, the minor surface imperfections are considered to give the material its characteristic appearance. If this is understood from the outset, owners will be better prepared to assess the finished product and to appreciate it.

In the 1960s, extensive work was done on architectural panels to show the wide variety of surface colors and finishes possible (PCA 1966) (see Fig. 2). Improvements in form liners have simplified the casting of architectural concrete while expanding the variety of surface textures available. New stamps and techniques have increased the popularity of colored, pattern-stamped concrete for both indoor and outdoor applications (see Fig. 3). Many stamped finishes are suitable for any type of climate, even the most severe conditions where freezing and thawing temperatures require that deicers be used.

White cement can be used wherever white or colored concrete or mortar is desired, both in horizontal and vertical applications. The uses are endless. Flatwork applications encompass all types of floors and pavements, including terrazzo surfaces and overlays (see Figs. 3 and 4). In these applications, decorative concrete handles heavy traffic and is easy to maintain. Formed, or vertical, applications include architectural and structural panels like tilt-up and glass fiber reinforced concrete (GFRC) (see Figs. 5 and 6), traffic barriers (see Fig. 7) and safety curbs, decorative and ornamental concrete (see Fig. 8), countertops, and concrete masonry and mortar. White cement is also used for applications that may require both vertical and horizontal surfaces like stucco (see Fig. 9), swimming pools (see Fig. 10), cement paint, and tile grout. White cement is often necessary for repair work (to match the color of existing finishes) and for building additions. Where a natural appearance is desired, such as in parks or other recreation areas, concrete made with white cement can match the surrounding terrain.



**Fig. 5. Tilt-up construction is not only fast, it also allows easy application of architectural finishes. (65871)**

Concrete construction is always a team effort, requiring good design, good materials, and proper placing and finishing techniques. In every project, past experience working with white or colored concrete is helpful.



**Fig. 3. Whether inside or outside, pattern-stamped concrete makes an attractive and durable surface for concrete slabs. (60012)**

Highly Confidential - Attorney's Eyes Only

GCP00002882



**Fig. 6. Glass fiber reinforced concrete panels offer the look of stone in a thin lightweight panel. (69528)**

This document discusses production and placement of both white and colored cast-in-place and precast concrete made with white cement. Emphasis is given to achieving uniform surface appearance (color, texture) through proper attention to materials selection, mixing, formwork, placing, finishing, and curing—in short, everything needed for good quality control.

## Special Properties

Though white cement is most often used for aesthetic purposes, the resulting white concrete can provide enhanced performance for the finished structure. Potential benefits of white concrete include:

- energy conservation
- safety
- low maintenance
- long-term appearance
- a low life-cycle cost

There are many aspects of energy conservation attributable to white concrete surfaces. To begin with, white



### WHITE TILT-UP CARRIES ITS LOADS BEAUTIFULLY

There are many benefits of tilt-up construction:

- Fast-track schedule
- Cost effective finish (use only for facing mix)
- Long life
- Low maintenance

cement concrete requires less energy per ton to produce than other major building materials such as steel and glass. White concrete reduces energy requirements and lowers operating expenses. Due to thermal mass, concrete reduces peak heating and cooling loads in buildings. White concrete floors also save energy because they require less building lighting due to high reflectance. One study estimated that the number of light fixtures needed to illuminate a white concrete floor area could be reduced by 20% compared to a gray concrete floor area of equal size (Berns 1942, ENR 1942). This reduces the initial cost of the fixtures and the energy costs of operating the lights, and improves safety in industrial and public buildings such as factories, warehouses, and supermarkets. Though a white finish could be achieved with other materials, white concrete floors offer the added benefit of low maintenance. White concrete ceilings have been used in laboratories to improve lighting efficiency.



**Fig. 7. Concrete median barriers, especially white ones, improve roadway visibility and increase safety.**



**Fig. 8. Precast architectural pieces, such as this white balustrade, add detail to this house and surrounding garden.**

3

GCP00002883

## LOW ENVIRONMENTAL IMPACT



Heat image photography shows the urban heat island effect. A "cool community" benefits from concrete's light color and lower heat absorption (as compared to darker colored materials like asphalt roads or roof shingles). Lighter colored materials, like concrete, help reduce heat gain in cities. Concrete is good for the environment in many ways:

• Low embodied energy
• Reduced heating and cooling (and cost)
• Reduced lighting required at night

Go to www.ghcc.msfc.nasa.gov/urban for additional information.



**Fig. 10. Swimming pools made with white cement plaster improve the water's appearance and increase safety. (52983)**

In factories, good illumination helps workers perform their best. Properly illuminated work spaces result in reduced eye strain, headaches, and absenteeism. Both the quality and quantity of production are increased. There is a reduction in accidents, errors, and damaged materials or finished products (Berns 1942).

Safety improvements are not limited to building interiors. Outdoors, using white or colored concrete for transportation projects has various benefits. Concrete that is white or light colored has high visibility and often stands



**Fig. 9. Portland cement plaster is a versatile facing material that can be applied to any flat, curved, horizontal, or vertical surface, inside or outside any structure or building. This residence is covered with a bright white plaster. (67897)**

out from its surroundings. For example, at-grade rail crossings can be made from colored, stamped concrete. This delineates the crossing from the rest of the pavement for pedestrians, while providing a uniform surface for motorists. As another example, median ("Jersey") barriers made of white concrete not only physically separate vehicles from hazards, but have the added benefit of improved safety because they are highly visible, even at night (see Fig. 7) (Rennilson 2000).

Cost is always a concern for the agencies and people who maintain buildings and other structures. White concrete should be assessed on its life-cycle cost because it saves money over the long term. Other types of structures (made of steel or wood) require painting. Concrete structures can also be painted, but the added expense is not necessary. Painted structures require periodic repainting, which involves both material and labor costs. It is easier and more efficient to add color directly to the concrete mixture, where it is permanent. For minimum maintenance, white and colored concrete have no equals, requiring only periodic cleaning to maintain their appearance.

White concrete also enhances the visibility of surface detail. Ornamental concrete pieces—statuary, bird baths, architectural shapes—are used in gardens and as building accents (see Fig. 8). Architectural precast pieces can be color matched to the building by using a combination of white and gray cement and pigments.

Advances in material technology have led to development of high-performance concrete (HPC), a modern building material capable of meeting special needs. Applications for HPC include high-rise buildings, bridges, and parking structures. Special ingredients (additives and admixtures) make it possible to modify the fresh or hardened properties of the concrete. White concrete can be formulated to be high performance just as easily as gray. High-performance white concrete (such as high strength or very low permeability concrete) is made with white portland cement and white or light-colored supplementary cementing materials like metakaolin (a calcined clay), slag, or white silica fume.

4

GCP00002884

| SAFETY INSIDE | SAFETY OUTSIDE |
|---|---|
|  |  |
| | (69531) |
| In manufacturing environments, light reflective floors provide many benefits: | Highway appurtenances made with white cement concrete, like median barriers and bridge parapets (shown here) improve roadway safety: |
| • Lower lighting requirements<br>• Better visibility<br>• Improved worker health<br>• Fewer accidents<br>• Better product quality | • Better visibility<br>• Passive maintenance<br>• Less disruption to motorists<br>  (less frequent maintenance is required) |

## MATERIALS

Each ingredient of white or colored concrete has an effect on the resulting color. Mix designs must consider the effect of all of them:

- type and color of cement
- type, gradation, color, and cleanliness of fine and coarse aggregate
- type and dosage of chemical admixtures
- type and dosage of pigment
- water

Mockups or sample panels should be constructed at the jobsite to serve as reference panels for comparison. In addition to using the specified materials and the correct mixture proportions, the handling and placing procedures should be the same as those that will be used on the job. By constructing these at least one month before beginning the project, they can be adequately cured and aged.

For uniform color, adequate quantities of all materials—cements, supplementary cementing materials, and aggregates—should be stockpiled on the job to ensure a single source. Cement of the same type and brand from the same mill should be used throughout the entire job to minimize color variation. If a change is needed, additional test panels should be fabricated.

### White Portland Cement

Except for color, white portland cement has essentially the same properties as gray portland cement. A controlled manufacturing process—including selecting raw materials with negligible amounts or iron and manganese—is the primary method of ensuring that the finished product is white.

White cement was first made in the United States in York, Pennsylvania, in 1907. Currently, it is manufactured to conform to ASTM C 150, *Specification for Portland Cement*. Types I, II, III, and V white cements are produced, although Types I and III are the most common. Table 1 compares the chemical compositions of white and gray cements. In fineness, some white cements resemble Type III cements more than Type I. As a result, these white cements can have good early strength gain characteristics.

Color is a very important quality control issue in the white cement industry. The color of white cement depends on raw materials and the manufacturing process. The metal oxides (especially iron and manganese) influence the whiteness and undertone of the material. These inherent color characteristics have been described as a buff or cream undertone, or a blue or green undertone, and, particularly where pastel colors are concerned, may affect the desired color of the concrete.

Buff-colored cements are also commercially available. Some of these cements are made with select raw materials, and some are made according to an innovative manufacturing process that does not require special raw materials (CC 1973). Buff cements also fall under the ASTM C 150 specification. Like white cements, the buff cements are lighter in color than gray cements and are suitable for many architectural projects. Buff cements can be pigmented and work well with browns and yellows, but they cannot give the same bright white properties that white portland cement does.

White cements typically have very low alkali contents. As such, there is little cause for concern about alkali-silica reaction.

5

GCP00002885

*White Cement Concrete*

**Table 1. Typical Chemical and Compound Composition and Fineness of Cements***

| Type of portland cement | Chemical composition, % | | | | | | Loss on ignition, % | Na$_2$O eq | Potential compound composition, % | | | | Blaine fineness, m$^2$/kg |
| | SiO$_2$ | Al$_2$O$_3$ | Fe$_2$O$_3$ | CaO | MgO | SO$_3$ | | | C$_3$S | C$_2$S | C$_3$A | C$_4$AF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White I | 22.5 | 4.5 | 0.4 | 66.3 | 1.0 | 2.8 | 1.7 | 0.17 | 60 | 19 | 11 | 1 | 464 |
| Gray I | 20.5 | 5.4 | 2.6 | 63.9 | 2.1 | 3.0 | 1.4 | 0.61 | 54 | 18 | 10 | 8 | 369 |

*Values represent the mean of combined statistics. Air-entraining cements are not included. Adapted from Gebhardt 1995.

Cement of the same type and brand from the same mill should be used for white concrete on a given project to minimize color variation. If storage areas permit, some ready mix concrete operators prefer to obtain a single, one-time shipment for a given project.

Cement storage is a consideration for ready mix producers. Portable silos can meet the demand for temporary storage. Large soft-sided containers called supersacks are also available for shipping white cement and storing it at a site. For smaller jobs or intermittent use, bagged white cement may be the best option.

## Aggregates

The choice of aggregates has a considerable effect on the color of white concrete. White cement has less ability than gray cement to form an opaque film over the aggregates and prevent the aggregate color from showing through. Thus special consideration must be given to the selection of suitable aggregates to ensure against variations in color and grading.

Aggregates should meet the requirements of ASTM C 33 for normal weight or ASTM C 330 for lightweight aggregates. All aggregates must be clean and free from clay, mineral dust, organic impurities, and the like. These may affect both the strength and final color of the concrete. Aggregates should be stockpiled in a clean area set aside for that purpose and separate from normal concrete aggregates. Stockpiles may be placed on boards or other sheet material to protect the aggregate from dirt. Precautions should be taken to avoid contamination by keeping the stockpiles covered at all times.

## Fine Aggregate

The type of sand to be used greatly affects the color of the white concrete and offers an additional opportunity to vary the color effect. The fine sand particles act as a pigment to color the cement paste. If maximum whiteness is desired, a white or light yellow sand should be used. Most naturally occurring sands lack the required whiteness, and the ready-mix concrete producer usually must look to the various manufactured aggregates for the white base desired. Generally, these consist of crushed limestone (dolomite or calcite) or quartzite sands. The gradation provided in Table 2 can be used as a starting point for the sand. Proper gradation and an adequate quantity of sand

are necessary for a dense, durable concrete with a minimum of bugholes on the surface.

## Coarse Aggregate

Any coarse aggregate can be used but it should be reasonably uniform in color. For white and light-colored concrete, a light-colored aggregate is preferable to a dark aggregate to avoid the possibility of aggregate transparency. However, if the surface of the concrete is to be treated in some way to reveal the aggregate, special colors or gradations may be required. These color contrasts can create dramatic effects.

Gap-graded aggregates are sometimes specified for exposed aggregate concrete, because a gap-graded aggregate provides a more uniform appearance after the paste is washed away.

Coarse aggregates that contain particles with an iron oxide content should be avoided to prevent unsightly stains. A simple test for gravels or crushed carbonate rock is to immerse the aggregate in a lime slurry. If staining particles are present, a blue-green gelatinous precipitate will form within 5 to 10 minutes; this will rapidly change to a brown color on exposure to air and light. The reaction should be complete within 30 minutes. If no brown gelatinous precipitate is formed when a suspect aggregate is placed in the lime slurry, there is little likelihood of any reaction taking place in concrete. This test should be required if the aggregate does not have a record of successful prior use. There is little concern about alkali-silica reaction in the concrete, due to the low alkali content of white cement.

Lightweight aggregates meeting ASTM C 330 can be used to make white concrete (PQ 1969). These aggregates are porous, crushable, and produce dull surfaces with muted tones of reddish brown, yellow, gray, or black. These aggregates should be tested for staining characteristics.

**Table 2. Fine Aggregate Gradation**

| Nominal size | Percent passing |
|---|---|
| 4.75 mm (No. 4) | 95 to 100 |
| 2.36 mm (No. 8) | 80 to 100 |
| 1.18 mm (No. 16) | 50 to 85 |
| 600 µm (No. 30) | 25 to 60 |
| 300 µm (No. 50) | 10 to 30 |
| 150 µm (No. 100) | 2 to 10 |

6

Highly Confidential - Attorney's Eyes Only

GCP00002886

## Chemical Admixtures

Water reducers and retarders can be used with white cement concrete mixes to enhance workability. Admixtures that contain lignosulfonates (typically water reducers and high-range water reducers) can cause discoloration of the surface. It is recommended to check with the manufacturer about the contents of the admixture. Alternately, workability can be maintained without admixtures by decreasing the sand content and increasing the coarse aggregate content, or by proportioning the mix with a little more water than might be needed for a comparable gray cement concrete (as long as strength and durability can still be met). Air-entraining agents are regularly used in white concrete and do not cause discoloration. Admixtures used in white or light-colored concrete should be non-yellowing and non-reactive to sunlight.

Trial mixes then should be made with the admixture and job materials at temperatures and humidities anticipated on the job. These mixtures should be cast into forms to create mockups, which will serve many purposes, including assessing the potential for discoloration.

## Pozzolans and Slag

White pozzolans and slag can be used in white and colored concrete to add strength and improve durability. These materials are often used in high-performance concrete and include white silica fume, metakaolin, and blast-furnace slag. They can increase concrete strength to values in excess of 70 MPa (10,000 psi). They also can decrease permeability to negligible values, keeping out water and chlorides to protect reinforcing steel from corrosion. Silica fume should conform to ASTM C 1240, *Specification for Silica Fume for Use as a Mineral Admixture in Hydraulic-Cement Concrete, Mortar, and Grout*; Metakaolin should conform to ASTM C 618, *Specification for Fly Ash and Raw or Calcined Natural Pozzolan for Use as a Mineral Admixture in Portland Cement Concrete*; and slag should conform to ASTM C 989, *Specification for Ground Granulated Blast-Furnace Slag for Use in Concrete and Mortars*.

Common pozzolans and slag for gray concrete are often excluded from white and colored concrete. As a byproduct material, fly ash is produced without regard to color. Because fly ash has the potential to discolor concrete, its use in white or colored concrete is not recommended. Slag, which has been successfully used in white and colored concrete, can initially impart a bluish or greenish undertone that may be undesirable and inconsistent. If gray cement, pozzolans, or slag are added to white cement concrete, some method of assuring color uniformity should be employed throughout the project.

## Color: Pigments, Chemical Stains, and Stain Sealers

Color is added to concrete in different ways. Pigments for coloring concrete are natural or synthetic metal oxides



**STORING WHITE CEMENT**

(36052)

Bags should be stored on pallets and covered with tarps. Other methods of storing white cement at a job include:

- Bulk bags
- Portable silos
- Dedicated silos

conforming to ASTM C 979, *Specification for Pigments for Integrally Colored Concrete*. They can be supplied as liquids or powders. In general, the finer a pigment is ground, the greater its coloring ability: less pigment will be required to produce a given shade. It is preferable to achieve a desired color by using smaller amounts of darker pigments rather than larger amounts of lighter pigments.

Another way of coloring concrete flatwork is to apply a dry shake to the freshly floated surface. A dry shake consists of color pigments and cement with other proprietary ingredients. Adding color to concrete in this way reduces the amount of coloring material needed, but requires an extra step in the finishing process. In addition, the color is located only at the surface, so if any damage occurs to the concrete, the color of the underlying material could be exposed.

Hardened concrete—both horizontal and vertical surfaces—can be colored with a chemical stain or with a stain sealer. Stains can be layered to achieve variegated or mottled effects to add character to a surface. Generally, the colors are not as bold as they are with pigments. Combining layered staining techniques with other effects (like sandblasting) allows for much creativity.

Chemical stains are water solutions of metallic salts that penetrate and react with the concrete to produce insoluble abrasion-resistant color deposits in the pores. They also contain dilute acid to etch the surface, which allows better penetration and more uniform reaction. New concrete should be at least one month old before it is stained. The stain is typically applied with a medium-stiff brush but can be sprayed on vertical surfaces. Coverage is about 6 m$^2$ to 10 m$^2$ per L (250 sq ft to 400 sq ft per gal). The second coat can be applied after 8 hours. All residue and salts must be removed

7

GCP00002887



## COLOR IN CONCRETE

Adding color to concrete made with white cement defines walkways and adds interest to street-scapes.

White cement allows for:

• Broad color range—pastels to deep colors to bright whites
• Efficient use of pigments when blending with white cement
• Aggregate matching/contrast

**Table 3. Pigments for Coloring Concrete**

| Desired color | Use |
|---|---|
| Blue | Cobalt oxide |
| Brown | Brown oxide of iron |
| Buff* | Synthetic yellow oxide of iron |
| Green | Chromium oxide |
| Red | Red oxide of iron |
| Gray or slate** | Black iron oxide |
| | Carbon black† |

\* Buff can also be obtained with yellow or brown sand and no mineral pigment.
\*\* Gray cements or a combination of gray and white cements can also be used.
† Carbon black may leach out of concrete in wet environments.

by wet scrubbing after the final coat of stain. After at least 24 hours of drying time, a color-matched wax can be applied to intensify the color and gloss of the treated concrete.

Stain sealers are low-viscosity, tinted acrylic emulsion sealers. These penetrating sealers contain finely ground pigments to provide color coverage at the same time they impart a water repellency to the surface. New concrete must be fully cured before sealer application. Etching the surface is recommended—especially for old concrete, though it is also helpful on new concrete—as it opens the pores and aids proper penetration. The sealer should be applied when the ambient temperature is between about 4 ℃ and 32 ℃ (40 ℉ and 90 ℉). Low pressure spraying is preferred, but brushes or rollers can be used. Most sealer formulations cover about 6 m² to 7.5 m² per L (250 sq ft to 300 sq ft per gal). Usually, one coat is applied, allowed to dry for at least 2 to 12 hours, then the second coat is applied.

Stain sealers achieve good penetration into the substrate and are often used for color uniformity and protection against dirt and other staining materials. While they are designed to alter the color of the concrete surface, they do not change surface texture or sheen. They have good resistance to ultraviolet light and are breathable. Some are not suited for horizontal surfaces while others have good traffic resistance.

Though colored concrete work can be done with gray cement and pigments, white concrete requires white cement. And white cement (with pigment added) is essential for producing clean, bright colors, especially for light pastels such as the buffs, creams, and ivories, as well as the pale pink and rose tones. Combining two or more pigments provides a wide range of color choices (see Table 3).

Common addition rates for pigments are approximately 5% or less by mass (weight) of cement, beyond which there is little increase in color intensity. The dosage of pigment used in pastel work is surprisingly low. Buffs, creams, and ivory tints, for example, when used with white aggregate and white cement may require only 1% or less pigment by mass of cement, depending upon the depth of pastel desired. Pigment dosage is generally limited to a maximum of 10% to ensure that the concrete strength is maintained.

In exterior environments, pigments based on carbon black can leach out of concrete that is not adequately sealed. Also, carbon black can cause loss of air in air-entrained concrete, resulting in decreased freeze-thaw durability. For these reasons, black iron oxide is frequently the black pigment of choice. Whenever adding color to concrete, observe the recommendations of the pigment manufacturer.

Titanium dioxide pigment in quantities of 1% to 3% is sometimes used to further intensify the whiteness of white concrete. The whitening effect of titanium dioxide provides a slight lightening effect even when yellow or brown sand is used, but may not be great enough to completely mask the color of the fine aggregate. For these same reasons, titanium dioxide cannot be used instead of white cement to produce white concrete. In addition, the practice would not be economically feasible and uniform color would be extremely difficult to obtain.

## Water

Almost any water that is drinkable and has no pronounced taste or odor is satisfactory as mixing water for making concrete. A simple inspection should be adequate to ensure that the water does not contain iron or rust, which will cause staining.

## MIXING AND HANDLING

### Proportioning

For uniform color, a mix should be rich in cement, with a high fine-sand content and continuously graded coarse

8

GCP00002888

aggregate. Cement contents may be considerably higher than normally required to achieve a specified strength, but the additional fine material helps ensure more uniform appearance. Although a high proportion of sand is recommended to reduce color variation, a low proportion of sand helps inhibit bugholes—small rounded cavities that result from air trapped at the form surface during placement. It is necessary, therefore, to decide which potential blemish is of less concern. Gap-graded aggregates in which the coarser particles of sand and finer particles of coarse aggregate are omitted can produce a surface free from bugholes, but may also allow greater color variation and some aggregate transparency. However, gap-graded aggregate greatly improves the appearance of exposed-aggregate surfaces.

The decision on the cement content and proportion of fine sand to use in the mix also must take into account mixture economy and the tendency for crazing.

Concrete placement now occurs throughout the year due to the availability of special construction techniques. With white and colored concrete, however, even though placement conditions vary, the concrete mixture should not be modified. Any change to materials or procedures might lead to color differences.

## Batching

During batching, one of the most important considerations for white or colored concrete is to measure ingredients accurately and consistently. This is essential in order to produce concrete of uniform quality and color for each batch. Whatever storage arrangement is used, white cement should be kept separate from gray cement. If layout of the mixing facility permits, a dedicated silo prevents



contamination from other materials. Bulk white cement is also handled in soft-sided bulk bags.

For smaller operations or for intermittent projects, standard-sized bags of 42 kg or 94 lb (40 kg in Canada) can be added directly to the ready mix truck. No foreign materials should get into the concrete. Many ready mix concrete producers simply clean out one or two truck mixers, discharge all raw materials into the trucks, and mix their

**Fig. 11. These mortar discs demonstrate color differences due to different water-cement ratios and wet versus dry surfaces. (18780)**



## EASY BATCHING

(69557)

White cement concrete is easy to mix. You need:

• Clean equipment
• Consistent proportions
• Consistent mixing time

white concrete right in the transit mixer. For truck mixing to be effective, the aggregates should have a reasonably uniform moisture content throughout the stockpile. Mobile batchers can also be used for small projects.

The water-dispensing device must be accurate, which will require periodic calibration. Variations in water or cement content can have a considerable effect upon the color of concrete (see Fig. 11). A low water-cement ratio paste is almost always darker than a high water-cement ratio paste made with the same cement (Greening and Landgren 1966). Batch to batch variations in water content, therefore, are potential causes of color variation. Curing has an effect on the relative lightness or darkness, too, so minimizing color differences requires consistency with each step of construction.

## Mixing

Good clean equipment should be used with special attention being given to prevention of oil, grease, dirt, and other contaminants. Unless a truck mixer will be used exclusively for white or colored concrete, extra care should be taken to remove all loose gray cement concrete that may be in the mixer drum.

The mixing time should be the same for each batch. It must be sufficient to obtain a uniform dispersion of the cement throughout the mixture. Because the concrete may contain a higher-than-normal cement content and because dispersion affects color, it may be necessary to extend the mixing time beyond that normally specified. Varying the length of mixing from batch to batch should be avoided. Variable mixing might cause different degrees of dispersion and could lead to different shades of color. Thorough mixing is particularly important when the colors of the sand and cement are different. If streaking is a problem,

9

GCP00002889

dry cement and pigment should be thoroughly blended before adding them to the mix.

Mixing white concrete is like mixing any other concrete. Generally, the coarse aggregate is added first along with part of the mix water. This is followed by cement, sand, pigment, and additional water (some of the water can be held back to adjust the mix toward the end of mixing.) Admixtures can be added along with the mixing water. If more than one admixture is used, they must be compatible. The supplier should be able to give guidance. To achieve uniform blending, slightly longer mixing times may be required, especially if using water-resistant white cement.

## Placing

White and colored concrete should be placed with care. The fresh mixture should be deposited in the forms as close as possible to its final position. Placing concrete this way encourages minimum handling and minimizes segregation. In addition to making the best use of mechanical equipment, this approach to handling fresh concrete also leads to the most uniform surface appearance.

A fresh mixture having a slump of about 100 mm (4 in.) works well for many projects. Admixtures, including water reducers and air-entraining chemicals, may provide added workability without sacrificing strength. Moderate slump concretes also lead to uniform aggregate distribution. Overly wet mixtures with high slumps are not suggested for architectural concrete projects. They will delay, rather than speed up, placing procedures. For vertical applications, the form pressures will be increased; for horizontal applications, finishing operations cannot begin until the concrete supports the equipment and workers.

In general, concrete should be placed in uniform horizontal layers, each layer being about 150 mm to 500 mm (6 in. to 20 in.) in depth for reinforced members. Both the width between forms and the amount of reinforcement influence the layer depth. One layer should be thoroughly consolidated before the next layer is placed. Progressing this way prevents segregation and sloping lift lines.

With care, it is possible to prevent concrete splatter. If fresh concrete is dropped from a great height, or if it is too wet, mortar may splash the forms or reinforcement. Dried mortar that adheres to bars may lead to a poorer bond, and dried mortar that sticks to forms can create uneven or blemished surfaces. A moderate slump mixture decreases the possibility of splashing mortar. A set-up of a hopper with an elephant trunk (a canvas or plastic chute) can be used to guide the concrete into place without splatter or segregation.

Internal vibrators must not come in contact with the face of the forms. If the concrete is to have an exposed aggregate finish, the vibrators should be kept at least 75 mm (3 in.) away from the face. Otherwise, there will be a tendency to produce local pockets of fine materials near the face. This localized lack of coarse aggregate will give the surface a nonuniform appearance. When proper placing techniques are combined with suitable form materials and release agents, bugholes on a surface can be made less noticeable in size and in number.

## FORMS AND FORM RELEASE AGENTS

Formwork for white or colored concrete is like any other formwork for finished architectural surfaces (CCA 1967). However, untreated wood must be avoided because it can discolor white or colored concrete. Formwork faces that contact fresh concrete should be clean and free of any material that might cause staining. Forms should be tight, adequately braced, and constructed of materials that will impart the desired texture to the finished surface. Tight forms ensure no leakage, which could compromise the uniformity of color and texture, resulting in sand streaks. A light coating of form release agent on the form face protects both the concrete and the formwork and makes for easier form removal.

The form face against which the concrete is cast has an appreciable influence on the resultant color of the concrete. As a general rule, the greater the amount of water absorbed by the formwork, the darker the tone of the hardened concrete. Materials that absorb water from the concrete reduce its water content at the surface. In addition, finer cement particles are brought to the concrete surface during moisture movement, but are too large to enter the pores of the form face material. With a higher cement content and lower water content, the surface becomes darker. This phenomenon is called *hydration discoloration*. Where uniform color is important, nonabsorbent linings should be used. Once form materials are chosen for a particular job, they should be used consistently.

With all other factors constant, there is a significant reduction in the number and size of bugholes with increasing absorbency of form materials (Bidel and Blanks 1942). With each reuse, however, the pores become blocked by form release agent and cement particles, changing the absorbency and producing lighter colored concrete with a greater tendency for bugholes.

Special proprietary form lining materials have been developed to improve concrete surface characteristics and durability. This sheet material is attached to the form faces before erection. The liner acts like a wick to draw moisture away from the concrete surface. The rippled texture imparts a uniform appearance to the concrete and minimizes irregularities. By drawing water away from the surface, the lining decreases the water-cement ratio, which densifies the surface and improves its strength. As a result, it is claimed to improve concrete durability (E.I. du Pont de Nemours and Co. 1999).

The color of concrete cast against untreated plywood will vary from sheet to sheet, depending upon the type of wood used. To avoid this, the plywood should have a factory-impregnated high-density veneer or be treated

10

GCP00002890

with a sodium hydroxide solution prior to use. The veneer also completely hides the timber grain of the plywood and increases the form life. During the first use, the veneer may turn to a reddish mahogany color, which can be transferred to the concrete surface the first time (decreases with use). This discoloration is called *concrete pinking* and is more apparent on a white background.

Any substance or coating which will form an alkali-resistant film between the concrete and the overlaid form surface will significantly reduce or eliminate pinking. Some form release agents are effective barriers.

Uncoated plastic forms may be used many times but will last longer if form release agents are used. If extensive reuse is anticipated, forms should be treated from the start of placement to insure uniformity of surfaces.

Steel forms must be carefully maintained to avoid discoloration from iron oxides. When using steel forms, choose a form release agent that contains rust-inhibiting compounds.

Hard-compressed fiberboard may cause brownish stains when used for white concrete, and for this reason it is recommended that the form face be treated with a clear lacquer. This treatment also increases the board life.

Just as the form faces should be nonabsorbent, form joints should meet tightly to eliminate leakage. In addition to a tight fit (watertight if possible), form edges and joints should be sealed with materials such as caulk or pressure-sensitive plastic tape. The use of tape on the face of the formwork is not recommended for smooth-surfaced concrete because it will be reflected in the surface as a slight depression. Also, if it is wrinkled, it will leave a surface blemish.

Pattern staining, a dark line between adjoining form sections, is a result of hydration discoloration due to improperly sealed forms. It has two primary causes: leakage at the joint or shrinkage of the formwork, which permits rapid drying to occur at the joint line. To prevent pattern staining:

• make sure joints are tight

• restrain shrinkage of the formwork by keeping it sufficiently wet until the time of stripping

Form release agents have many chemical formulations. Oil-based agents are probably the leading causes of discoloration on concrete, whether white, colored, or gray. Most suppliers of release agents can offer a non-staining type for use on jobs involving white or other architectural concrete. A good approach is to evaluate several different materials by casting mockups from small-scale trial mixes to find the mix that best suits job conditions. Non-staining chemically active agents are preferable to oil-type form coatings (Chusid and Paris 1997).

The amount of release agent application normally depends on the type of formwork material and its surface condition. In most cases, more is not better. A light, even coating yields a better surface finish than heavier, uneven coatings, but the film must be a complete one. It helps if the coating is applied with clean brushes. Excessive use or



**Fig. 12. Light-colored finishes, such as this light reflective surface, may require hand finishing or very light machine finishing to protect the surface color.**

uneven application of the release agent can cause discoloration. Heavy coatings of petroleum-based release agents may cause serious staining, so their use should be prohibited for architectural concrete.

## FINISHING

Experience with white and colored concrete finishing is varied. Some contractors treat it the same as gray concrete with excellent results. Other contractors give it special handling. For placement and finishing, white concrete should receive at least the same care that is given to gray concrete (CCP 1965).

As a general rule, a textured surface is aesthetically more satisfactory than a smooth surface. Very smooth surfaces are the most difficult to create. Textures are better able to camouflage normal imperfections and minor variations in concrete color.

A great deal of cast-in-place concrete has an off-the-form finish. With the wide variety of form liners available, it is possible to create almost any texture imaginable. For vertical concrete work, choosing the form liner is the major step in finishing concrete. Following form stripping, minor repairs can be made. Whether a surface remains off-the-form or is mechanically textured, it often needs cleaning followed by sealing, before it is ready for service.

When mechanical texturing is performed on a white cement matrix, for example to expose the aggregate, the abrasive grits should not cause any color contamination.

Unlike vertical concrete members that take their surface appearance from a form face, concrete flatwork made from white or colored concrete requires finishing to impart a texture. Following consolidation, the concrete is floated and troweled (see Fig. 12). Working with architectural flatwork requires some expertise that finishers of gray concrete may not necessarily have. Experience and training help them create attractive work without difficulty.

Finishing operations smooth out minor rough textures and bring cement paste to the surface. Because

Highly Confidential - Attorney's Eyes Only

GCP00002891

the paste portion contains the pigment, bringing paste to the surface causes white concrete surfaces to appear whiter and more reflective and colored concrete surfaces to intensify in color (Muhlenbruch and Miller 1942).

Concrete needs to stiffen before troweling can begin. But if too much stiffening occurs, attempts to hard trowel concrete can cause a burning or blackening of the surface. A conventional explanation for trowel burns is that metal is abraded from the tool face as it is rubbed over the stiff concrete. Concrete, however, can be burned simply by rubbing vigorously with a plate glass. Therefore, the primary cause of trowel burning appears to be overfinishing concrete (to the point where the water-cement ratio is drastically reduced). Using non-metal trowels removes the concern about abraded metal. Depending on the type of finish required, finishing tools can be made of plastic or wood. To minimize trowel burns on white and colored concrete flatwork, the contractor should:

- time the finishing operations properly
- use non-metal tools
- have an experienced finishing crew
- use sunshades and windbreaks to reduce evaporation losses
- not use calcium chloride (on architectural concrete)
- eliminate the troweling pass if floating is sufficient

## Curing and Protection

Curing concrete is an important consideration on any job, and architectural jobs require an emphasis on non-staining methods.

Many contractors use a strong, durable non-staining waterproof paper. Edges of adjacent sheets should be overlapped several inches and the seams sealed, care again being taken to ensure that the sealing medium is non-staining. A layer of clean, dry sand (about 25 mm, or 1 in.) over the paper is recommended as an additional safeguard to prevent damage both to the paper and to the finish. Boards or a canvas hood are also suitable ways of guarding against defacement during other construction operations.

Plastic sheets should not be used for curing since incomplete contact with the concrete surface can result in a mottled effect. This is especially true when the concrete surface has been steel-troweled to a hard finish. Plastic-backed burlap, however, can be used because the plastic is not in direct contact with the concrete surface. Fog spray and ponding are good wet curing methods. Clear curing compounds pose little risk of discoloration.

Concrete that has been allowed to dry quickly will initially have a lighter color than concrete that has been kept moist. This color difference may persist although it may become less marked in time (Taylor and Hills 1999). Where appearance is important, formwork should not be removed until 4 days after placing the concrete. This period should be extended in cold weather and when drying winds could cause rapid evaporation from the surface. Care should be taken not to touch or rub the moist concrete surface after the forms have been removed, because this can result in permanent marking.

## PATCHING

Some bolt holes become part of the surface design. These do not require patching. Otherwise, bolt holes and tie-rod holes should be filled with mortar as soon as possible after removing forms. This allows the patch and the surrounding concrete to age together, thereby minimizing color variations (Chusid and Paris 1997). The mortar is mixed with just enough water so that it can be tightly compacted. Troweling should be avoided, since this darkens the color of the patch. Concrete patches should be cured as long as possible—at least several days.

Patches should be matched to the surrounding concrete both in color and texture. Test mixes made prior to patching will determine the correct proportions of white cement to gray cement that yield the closest matching color of patch. For white concrete, it may be necessary to mix in a small amount of gray cement so the patch is not too bright. A rule of thumb is to add about 25% gray cement as a starting point, then adjust from there. For smooth surfaces, white concrete sand may be too sharp to use in the mortar. Sharp sand will impart coarse grain texture to the concrete and this will be conspicuous against the smooth surrounding concrete. Therefore, limestone or marble dust should be added to the sand, which will produce a whiter surface, but also, will increase the water requirements of the mortar.

Ideally, patches can be placed on the mockup panels and allowed to cure and dry with the mockup for at least 28 days. If this is not feasible, apply sample patches to the finished surface in an inconspicuous location to determine the most suitable mortar proportions. This should be done early enough in the construction process to allow timely patching of the holes.

## Cleaning

Cleaning is one of the final procedures in creating attractive architectural concrete surfaces. It is an important step that may not always receive enough attention. All other surface treatments such as repair, patching, and mechanical tooling should be completed. Following this, a cleaning will remove dust, dirt, or light layers of release agent. It is essential to remove all materials that might obscure the desired surface texture and color.

There are many techniques and materials to clean architectural concrete. Both wet and dry methods are available. The choice of one or the other depends

Highly Confidential - Attorney's Eyes Only

GCP00002892



**Fig. 13. Spraying sealers onto a building façade will help prevent moisture intrusion and surface staining. (69628)**

partially on whether or not a sealer will be used. If a sealer is to be applied following cleaning, wet methods are a better choice for thoroughly removing all fine particles. But, depending on the type of sealer, the wall may need time to dry (at least partially) before the sealer can be applied. The wet methods include rinsing or pressure washing with plain water or hot water with detergents or other commercial cleaners; acid cleaning; and steam cleaning. Pressure washing should be done at less than 70 MPa (1000 psi) to prevent damage to the surface. Dilute hydrochloric acid may leave a yellow stain on white concrete, and therefore phosphoric acid is preferable. However, working with any acid is dangerous. Also, acids may etch the surface, resulting in a non-uniform texture. Steam is better at removing dirt or stains in the surface pores, but it is not generally used as a preparation before sealing. As a rule, dry methods are not as effective as wet methods at removing dust left behind after patching. For specific information on removing stains from concrete see PCA 1988.

## Sealers

Maintaining the original appearance of architectural concrete requires consideration. All exposed surfaces are susceptible to discoloration by atmospheric contaminants. White and light colors show color changes more readily than darker surfaces. Smooth surfaces may be more difficult to keep clean. While the rough texture of exposed aggregate concrete tends to trap dirt particles, the irregularities and shadows on the surface also tend to mask the discoloration. In areas of little or no air pollution, it may be unnecessary to use any coatings on architectural concrete. Buildup of dirt is usually a gradual process, and a periodic flushing with plain water may be an adequate maintenance program.

Coatings permit relatively easy cleaning of surface dirt. They may also help prevent surface etching from atmospheric exposure, such as mild acid rain. There are both clear and tinted sealers. See "Pigments" for a descrip-

tion of the tinted sealers. The sealer should be a non-yellowing formulation. The acrylic resins made with methyl methacrylate are among the best coatings (see Fig. 13). The use of some coating materials, however, may result in permanent discoloration of the concrete surface. Any material that penetrates the concrete matrix can cause staining. Some can discolor the surface immediately, while others can change color over time. Long-term color stability is important. Product manufacturers can supply help in this area but a test application is always recommended. Tests on commercial coatings can determine their ability to maintain the initial surface appearance of smooth and exposed aggregate concrete (Litvin 1968).

## FINISHES

There are many surface finishes and textures that can be achieved with decorative concrete. Mixing colors, textures, shapes, sizes, and patterns of panels provides limitless combinations. Many finishes are appropriate for both vertical and horizontal applications.

By far, one of the most popular concrete finishes is exposed aggregate. Other finishes discussed throughout this document include smooth, lightly textured, medium textured, and heavily textured surfaces. Finishes can be obtained either directly off the form, by chemical methods, or by mechanical methods. Different flatwork finishes can be achieved by modifying the timing or amount of finishing procedures like troweling and brooming.

Ready-made form liners are available in a wide range of finishes. Custom-made liners extend the options. Chemical methods include the use of surface retarders and acid etches. Mechanical methods include water blasting, abrasive blasting, tooling, and polishing. The cost and ease of use of each method should be weighed against the importance of the structure and the effect the finish will have on its intended use.

## Exposed Aggregate Concrete

In addition to being quite durable, exposed aggregate concrete is available in a wide range of textures and colors. It is an attractive decorative finish for concrete slabs and walls. In horizontal applications, these surfaces are slip resistant, rugged, and long wearing. On vertical applications, the shadows help conceal dirt and imperfections in surface finish or color. The cement matrix can be colored to match the aggregates or to contrast with them. For these reasons, exposed aggregate concrete is a popular finish.

An exposed aggregate finish means that coarse aggregate particles can be seen at the concrete surface. On vertical applications, the typical method of creating exposed aggregate surfaces is to apply a surface retarder to the form face, then after the concrete has gained sufficient strength and forms have been

13

Highly Confidential - Attorney's Eyes Only                                                                    GCP00002893



**Fig. 14. Washing and brushing with water to remove surface paste exposes the decorative aggregates on this concrete slab. (58960)**

removed, wash away the surface paste. On slabs, this finish is achieved by one of the following:

- exposing the coarse aggregate by removing surface paste (see Fig. 14)
- seeding the coarse aggregate (carefully spreading it over the surface)
- using special topping courses (generally containing gap-graded aggregates)

Popular decorative aggregates are the natural materials such as quartz, granite, marble, limestone, and gravels. Aggregates should be selected on the basis of:

- color
- hardness
- size
- shape
- gradation
- method of exposure
- durability

***Color***—The colors of natural aggregates vary considerably according to their geological classification and even among rocks of one type.

Quartz aggregates are generally available in several varieties—clear, white, yellow, green, gray, and light pink or rose. Clear quartz is widely used as a sparkling surface to complement the color effect created by pigmented concrete. Clear quartz is also used in combination with other colored aggregates to emphasize the color of the matrix. White quartz ranges from a translucent white, verging on the clear type, to a deep milky white. Rose quartz gives finishes ranging from a delicate pink to a warm rose color.

Granite is available in shades of pink, red, gray, dark blue, black, and white. Trap rocks such as basalt can be used for gray, black, or green colors. Among the natural aggregates, marble probably offers the widest selection of colors, ranging from green, yellow, red and pink to gray,

white, and black. Crushed limestone is available in white, gray, or pink colors.

Gravels vary widely in color depending upon the area in which the pits are situated. Certain gravels, after being washed and screened, can be used to provide attractive brown or reddish-brown finishes. Yellow ochers, umbers, and sandy shades are abundant in riverbed gravels. An almost pure white gravel comes from several sedimentary rock formations.

Lightweight aggregates meeting ASTM C 330 may be used to produce colors that are reddish brown, yellow, gray, or black. These materials are porous and crushable, producing a dull surface with soft colors. These aggregates should be tested for iron-staining characteristics. Mockups provide the best assessment of the influence of lightweight aggregate on panel color.

After installation, the appearance of large areas tends to be lighter than indicated by trial samples. A producer of exposed aggregate concrete can offset this discrepancy by selecting an aggregate that is darker than that specified by the customer. Make the mockup large enough to give a good feel for the appearance of the finished surface.

The relative importance of aggregate versus cement in determining the color of exposed aggregate concrete depends largely upon the treatment given to the face of the concrete. In most exposed aggregate finishes, the color of the cement is less important because a major part of the visible area is covered by the aggregate. Nevertheless, the cement has an effect on the general tone value of the element, and for this reason it should be considered when the aggregate is chosen. While gray cement can be combined very effectively with a number of aggregates, the use of white cement, with or without color pigments, greatly extends the range of possible color combinations.

***Hardness***—Aggregate hardness and density must be compatible with structural requirements and with durability under anticipated weathering conditions. Quartz aggregates are very hard, with a hardness rating of 7 on Moh's scale—about equal to carbon steel. Granite, composed of 30% quartz and 70% feldspar, has a rating nearly as high as quartz. Gravel and marble may vary from 3 to 7 on Moh's scale.

Due to their hardness, granite and quartz are difficult to bushhammer uniformly. Using a gap-graded material will improve the surface appearance and uniformity. If sandblasting is the specified exposure technique, the hard aggregates work best: granite, quartz, and also siliceous gravel. For easy grinding, the softer aggregates, such as marble, work well. Quartzite, limestone, and basalt are too soft and cannot be polished. If polishing is desired, the hard aggregates generally take a better polish. Granites, quartz, and some river gravels (that are predominantly quartz) can be highly polished. The granites offer the best range of colors.

***Size***—Aggregates may vary from 5 mm (1/4 in.) up to stones and rubble, 150 mm to 175 mm (6 in. to 7 in.) in diameter, and larger. The extent to which they are exposed or revealed is largely determined by their size. Reveal

14

GCP00002894

 

**Figs. 15a, b. Exposed aggregate panels viewed from 9 m and 23 m (30 ft and 75 ft). (69529, 69530)**

should be about $1/3$ of the average diameter of the aggregate particle.

Aggregate size is selected on the basis of the:

- method of construction (integrally mixed aggregate or seeded)
- total area to be cast
- distance from which it is to be viewed
- end use (wall, floor, other pavement)
- compatibility with placing equipment (size of pump line, etc.)

Larger aggregates are required on large areas for any degree of apparent relief. When surfaces are some distance from the main flow of traffic, large aggregate is required for a rough-textured look. A suggested visibility scale is given in Tables 4a and b, and example panels are shown in Figs. 15a and b.

**Shape—**Aggregate shape will affect surface pattern and texture, and may affect color slightly. Large irregular-shaped aggregate may permit more of the concrete matrix to show, changing the overall effect. Cubical or rounded aggregates will give the best area coverage. Flat pieces and slivers do not hold well in the concrete matrix and should not be used.

Aggregates with rough surfaces have better bonding properties than those with slick or glassy surfaces. For example, bond problems have occurred with some milky white quartz aggregates. Bond is affected by particle size. Smaller aggregate pieces may be only half embedded in the cement matrix. With larger aggregate sizes, say 13 mm ($1/2$ in.) or larger, enough of each piece will be embedded to create good bond, even in the case of glassy, smooth aggregates.

Aggregate shape affects the tone of a surface after weathering. Rounded aggregates are largely self cleaning, while angular aggregates of rough texture tend to collect dirt. This dirt pickup is generally confined to the matrix. For this reason, as well as architectural appearance, the area of exposed matrix between the pieces of stone should

**Table 4a. Suggested Visibility Scale (Metric Units)**

| Aggregate size, mm | Distance at which texture is visible, m |
|---|---|
| 6–12 | 6–10 |
| 12–25 | 10–20 |
| 25–50 | 20–40 |
| 50–75 | 40–50 |

**Table 4b. Suggested Visibility Scale (In.-Lb Units)**

| Aggregate size, in. | Distance at which texture is visible, ft |
|---|---|
| 1/4–1/2 | 20–30 |
| 1/2–1 | 30–75 |
| 1–2 | 75–125 |
| 2–3 | 125–175 |

(Note: these tables are to be used separately. The units are not exact equivalents.)

be minimized. It may be advisable for the matrix to be darker than the aggregate for structures subjected to considerable atmospheric pollution. Also, see "Sealers."

**Gradation—**Close control over gradation of aggregates is essential to avoid variations in surface texture in the finished product. Rough handling during shipment could cause changes in gradation. Though the aggregate supplier provides a sieve analysis, the ready mix producer may want to perform his own tests to ensure uniformity of materials received. Sieve analyses are advisable once weekly when receiving more than one carload per week of a given aggregate type and size, or for each car when receiving less than a carload per week.

**Exposure Technique—**The method used to expose the aggregate in the finished product should be considered when selecting the aggregate. It is primarily the aggregate hardness that affects the ease or difficulty of exposure.

Bushhammering, which was a common exposure method in the past, is no longer used. It is labor intensive and time consuming. In addition, similar effects can be

Highly Confidential - Attorney's Eyes Only

GCP00002895



**Fig. 16a. Prior to abrasive blasting, variations in color and texture detract from this concrete wall.**



**Fig. 16b. After abrasive blasting, imperfections are less visible and the appearance of architectural concrete is improved.**

achieved with form liners. Hard aggregates such as granite and quartz are difficult to bushhammer uniformly, and natural gravels are inclined to shatter when bushhammered. Shattered aggregates experience bond failure and can fall off the surface. Softer aggregates, such as marble, calcite, and limestone, are no longer bushhammered, either.

Sandblasting works well with hard aggregates. Sandblasting is suitable for limestone, but other soft aggregates may be too easily eroded. For soft aggregates, consider instead the comb chisel or grinding and polishing, which work especially well on marble.

When an acid-etched finish is employed, or a solution of muriatic acid is used to wash an exposed aggregate surface to bring out its full color, only acid-resistant aggregates, such as quartz or granite, are recommended. Aggregates with a high calcium content such as limestones, dolomites, and marbles will discolor and dissolve in muriatic acid. Even a relatively mild acid solution may affect the color of marbles or limestones and may cause wearing away. If acid must be used, it should be carefully applied and washed off immediately with plenty of water.

**Durability—**Any aggregate for exterior use should be thoroughly evaluated for the climatic conditions to which it will be exposed. Local experience with an aggregate may provide enough information about the aggregate's behavior to determine its durability. Otherwise, a petrographic analysis should be made according to ASTM C 295 to ensure that the aggregates selected are durable, inert, and free from iron oxide and other deleterious materials.

If needed, the specific gravity and absorption of the coarse aggregates can be determined according to ASTM C 127. Moisture absorption rates for quartz, granite, marble, and gravel generally vary from 0.05% to 1.50%, a negligible amount.

Exposed aggregate panels might be subjected to wet-dry cycling, but the panels do not usually undergo the more aggressive freezing and thawing or salting common on highway pavements. Aggregates that have a wet-dry sensitivity, such as some shales, are generally detected in the unconfined aggregate freeze-thaw test. Even small quanti-ties of wet-dry sensitive coarse aggregates may crumble and cause noticeable problems. Use of these materials should be avoided on exposed-aggregate surfaces.

Aggregate type affects concrete shrinkage. Restraint to shrinkage depends on mineralogical and physical properties of the aggregate. Generally speaking, hard, dense aggregates with low absorption and high modulus of elasticity produce concrete with minimum shrinkage.

## Form Liners

Plastic form liners and elastomeric form liners are available in hundreds of patterns. These include brick, stone, and wood, in addition to various textures like fractured fin, fluted, and rope pull. The plastic materials are stiff or rigid and the elastomeric ones are rubbery. Both types are generally provided as sheets that are attached to wooden forms on the job. Most liners are reusable, provided they are treated with form release agent before each use and cleaned after stripping from the concrete. Liners are an efficient method of providing texture to large areas of concrete. For more information on form liners, see PCA 1995.

## Other Textured Finishes

Textured finishes are appealing because they have the most uniform appearance and because they are easier to construct than smooth finishes. Textured finishes may be created off-the-form or may require an extra step after form removal. Like exposed aggregate concrete, textured finishes can be achieved either chemically or mechanically. Acid etching is more common on precast elements, while mechanical methods are more common on cast-in-place members.

The mechanical methods involve tooling the surface or blasting it with water and/or an abrasive medium. No matter what method is chosen, the concrete strength (age) and the aggregate hardness and strength both have an effect on the amount of work required to achieve a given finish. While lower strengths and softer aggregates re-

**16**

GCP00002896

quire less effort for either tooling or blasting, the concrete must be proportioned to serve its structural purpose.

Of the many tools for creating textures on concrete, the bushhammer was one of the most common. A number of hammers could be rigged together to semi-automate the tooling process and speed up the work.

Abrasive blasting methods, which have replaced bushhammering in popularity, can be done with or without water. The resulting surface is generally referred to as a light, medium, or heavy blast (see Figs. 16a and b). Mockups are extremely helpful in establishing the desired surface characteristics. In addition to the concrete and aggregate strength, the depth of reveal depends on:

- the hardness of the blast medium
- the force (pressure) of the material being shot at the surface
- the distance of the blasting nozzle from the surface
- the length of time the surface is exposed to the blasting medium

In the dry process, abrasives such as sand, shot, or slag are blown by air pressure towards the surface to remove a layer of cement paste. With increasing effort, more paste is removed and more aggregate is revealed. Softer aggregates, such as limestone and marble, can be abraded to be level with the surrounding cement paste. Water is itself an effective blasting medium, but its cutting power can be increased by adding sand or other grit. Water pressure must be closely controlled and the passes over the surface must be uniform to ensure that no more than the appropriate amount of surface is removed. Generally, high pressures are needed to expose aggregates with waterblasting.

The timing of blasting is critical to achieving uniform removal of surface paste. The heavier the desired reveal, the earlier sandblasting should be done and the more the coarse aggregate will dominate the color. For heavy blasting, the surface should be treated within 24 hours of casting. For medium blasting, the surface should be sandblasted at an age between 1 and 7 days. A surface retarder is helpful in delaying the set of surface paste for medium and heavy sandblasting. For light abrasive blasting (and for acid etching), the concrete surface should age at least 7 days after casting, but no more than 45. With light and medium blasting, the sand and fine aggregate dominate the color of the resulting surface.

When tooling concrete surfaces, it is important for the concrete to be treated at the proper age. The concrete must have adequate strength to sustain the effects of tooling, yet it must not be so hard that the tooling produces little effect. If the surfaces will be cast at vastly different times, it may be appropriate to specify the proper age for surface finishing rather than wait until the structure is completed. The depth of reveal or some other measure of surface profile should be specified.



**ABRASIVE BLASTING**

(38162)

Following form removal, the appearance of decorative surfaces can be improved by abrasive blasting:

- Unifies overall color/texture
- Surface is cleaned and prepared for sealer application in one operation

Form liners can simulate textured finishes without the added step of tooling the formed surface. These liners save time and create uniform surfaces. Examples of the possible textures include: fractured fin, rope pull, and even light sandblasting.

## Smooth Finishes

Smooth finishes are more difficult to achieve than textured finishes. Without texture on the face, any non-uniformity in color is readily apparent. Minor imperfections of texture are noticeable. This makes textured finishes for vertical applications more appealing from everyone's point of view. They are easier to construct and have a more uniform appearance.

Where smooth finishes can do well is in combination with patterned form liners. The pattern adds variation and shadows that mask potential surface defects that might otherwise be noticed on large expanses of smooth areas. Multiple-use form liners provide economical and consistent forming results.

On horizontal surfaces, smooth finishes are created either before or after concrete hardens. Repeated troweling leads to smooth surfaces. In extreme cases, the repeated troweling technique is called burnishing. It is generally used to create very hard, dense surfaces. Each troweling pass is more forceful than the previous pass. This finish is not suited to white or colored surfaces because the act of burnishing can discolor or "burn" a finish. Instead, smooth finishes for decorative floors are usually achieved by grinding and polishing after concrete has hardened. This is how terrazzo floors are constructed. Smooth surfaces are not suited to floors that will be wet in service.

Grinding and polishing can also be used on precast panels. These methods are labor intensive but yield excel-

Highly Confidential - Attorney's Eyes Only

GCP00002897

lent results. The earlier the concrete can be treated, the less effort will be required. As concrete strength increases, the surface hardness increases and makes grinding and polishing harder to accomplish.

## Overall Surface Patterns: Jointing, Rustications, Shape, and Size

Concrete has a low tensile strength, which can result in drying shrinkage cracking of reinforced concrete structures. A concrete building must contain contraction joints to handle movements and to prevent unsightly cracking. As color and texture influence the wall's appearance, so do panel shape and size.

For instance, the pattern of joints and rustications can be made to give an overall horizontal or vertical look to a structure. Rustications are grooves in a concrete surface used as decoration (even where no joint is needed), but are very often located concurrently with joints. After placing joints where they are needed, rustications are added to help improve the wall's architectural appearance. To be effective, joints are typically spaced no more than about 6 m (20 ft) apart in exterior walls with frequent openings, and about 7-1/2 m (25) apart in walls without frequent openings. Rustications may be placed at any distance as they are cosmetic.

A rule of thumb for jointing concrete panels is to create rectangular areas limited to about 14 m$^2$ (150 sq. ft). This has been determined by experience to help reduce unwanted cracking. The ratio of one side to the other should not exceed 1-1/2:1 to prevent cracking at the center of the panel. A square (1:1 ratio) is ideal but not always workable with the overall look of the wall. Rustications can be added to unify the appearance of joints and to hide tie holes.

Before concrete is placed into the forms, strips are attached to the panel face to create exposed joints and rustications. Wood, plastic, or noncorrosive metal can be used for the strips. For joints, a companion strip is placed on the interior wall face to reduce the wall section thickness and force the crack at that location. Rustications require a strip only on the face panel because they act as dummy joints.

Surface joints should be filled with a nonstaining joint sealant that is color matched to the concrete wall. This prevents water penetration without detracting from the appearance of the wall.

Rustications are commonly 25 mm to 75 mm (1 in. to 3 in.) wide and 19 mm ($^3$/$_4$ in.) or more in depth, with a slight taper for easy removal. If wood is used, it should be presoaked. Not only does this ease removal from the concrete surface (by allowing the wood to expand before contacting wet concrete), but is also prevents water absorption that might change the concrete color.

## SURFACE BLEMISHES

Table 5 presents an extensive grouping of blemishes along with their most common causes (CCA 1967). Many of these imperfections are cosmetic and do not affect the performance of the structure. But since architectural concrete is chosen for its attractive appearance, blemishes should be avoided as best as possible. Some blemishes are discussed in detail in the following paragraphs.

*Crazing* or *map cracking* consists of numerous fine cracks that divide the surface into areas ranging from 5 mm to 75 mm ($^1$/$_4$ in. to 3 in.) across. Crazing is particularly likely to occur when concrete having a high water and cement content is cast against an impermeable glossy form face, such as plastic. The smooth finish is created by a thin layer of rich paste forming at the surface (during troweling or against a smooth form). The primary cause of crazing is the shrinkage of the surface with respect to the mass of the concrete. This thin layer dries and shrinks at a faster rate than the interior concrete. On exterior surfaces, accumulated dirt accentuates the tiny crazing cracks.

Form release agents help reduce the crazing tendency, probably by breaking the contact with the glossy form surface . The use of plastic forms with a matte finish, which is smooth but not glossy, will also help prevent crazing. The best way to achieve a very smooth or glossy surface finish is to grind and polish the concrete.

*Aggregate transparency* is a surface discoloration phenomenon. The size and shape of dark spots resemble coarse aggregate particles in the concrete mixture. Aggregate transparency is not common and rarely occurs on surfaces formed with rough or absorptive form liners. When it does occur, it usually appears on surfaces formed with smooth, non-absorptive liners, such as steel, plastic-coated plywood, or plastic.

Aggregate transparency is thought to be caused by localized segregation during compaction of concrete (CCA 1967). As concrete is vibrated, particles of coarse aggregate near the form face tend to move slightly away from it. As each particle is displaced, fine material fills the area between it and the face of the form. The movement is so small, however, that only the finest mortar components can flow into the space. As a result, following vibration, the area between the coarse aggregate particle and the face of the form is filled with fine mortar rich in cement.

Aggregate transparency blemishes may be readily visible through the clear calcium hydroxide coating developed by smooth forms. Such blemishes are less noticeable in concrete cast against absorptive or rough forms because the rough texture of the calcium hydroxide layer covering the surface diffuses light passing through it. The situation is similar to that encountered with a glass pane; it is easy to distinguish light and dark areas in any scene behind smooth (clear) glass, but the same scene viewed through a roughened (ground-glass) surface has a comparatively uniform overall hue.

Aggregate transparency is more of a concern when making white concrete with darker-colored aggregates. This might lead to an overall mottled coloring with a darker tinge. The darker areas appear where the formwork is especially smooth and provides a particularly good surface

Highly Confidential - Attorney's Eyes Only

GCP00002898

finish. Smooth surface areas are coated with highly oriented calcium hydroxide crystals that appear translucent and transmit the darker hue of the underlying dark-colored aggregate particles. Washing the surface with a 2% to 3% phosphoric acid solution should disrupt the calcium hydroxide layer and remove the uneven color. Using white aggregates usually alleviates concerns about the transparency effect.

Alternate wetting and drying of the surface will allow the calcium hydroxide crystals to dissolve and carbonate. The surface becomes uniformly white when sufficient carbonate is deposited. When purposely wetting the surface, if more than minimal amounts of water are used, the calcium carbonate crystals could be washed off the surface. Otherwise, normal weathering may also produce sufficient carbonation to bring the concrete color to acceptable uniformity.

Smooth finishes tend to yield mottled colors; matte surfaces tend to produce more uniform colors. Using an appropriate release agent should prevent the appearance of translucent blemishes. To obtain the most uniform surface with the whitest color, use a parting agent that causes the surface to dust lightly. The harder, non-dusting surfaces given by some parting agents are usually more discolored.

**Table 5-1. "Early" Concrete Color Variations and Probable Causes***

| Description | Common term | Most probable causes | |
|---|---|---|---|
| Variation in color of the surface | Inherent color variation | Materials:<br>Concrete mix: | Inconsistent grading or color<br>Incomplete mixing, segregation, or variation in proportions |
| Dark areas of size and shape similar to the coarse aggregate, mottled appearance | Aggregate transparency | Formwork:<br>Concrete mix:<br>Placing methods: | Too flexible<br>Low sand content, gap-graded<br>Excessive vibration, external vibration |
| Light areas of size and shape similar to the coarse aggregate, mottled appearance | Negative aggregate transparency | Materials:<br>Curing: | Aggregate dry or highly porous<br>Too-rapid drying |
| Variation in shade of the surface | Hydration discoloration (due to moisture movement within or from the fresh concrete) | Formwork:<br><br>Release agent:<br><br>Curing: | Variable absorbency, leakage through joints<br>Uneven or inadequate application<br>Uneven |
| Variation in color or shade, giving a flecked appearance | Segregation discoloration (separation of fine particles due to bleeding parallel to the form face) | Formwork:<br>Concrete mix:<br>Placing methods: | Low absorption<br>Lean<br>Excessive vibration, low temperature |
| Discoloration foreign to the constituents of the mix | Dye discoloration | Formwork:<br><br>Release agent:<br>Materials: | Stains, dyes, or dirt on the form face<br>Impure<br>Dirty |
| Cream or brown discoloration, sometimes showing sand or aggregate | Oil discoloration | Release agent: | Excessive, low viscosity, impure, applied too late |
| Light-colored dusty surface, which may weather to expose aggregate | Dusting | Curing:<br>Release agent: | Inadequate (very rapid drying)<br>Excessive application of chemical agent |
| Matrix near the color of sand and lacking in durability | Retardation | Formwork:<br>Release agent: | Retarder in or on form face<br>Water soluble emulsion,<br>Cream or oil with excessive surfactant,<br>Unstable cream: unsuitable or excessive chemical release agent |

*Visible immediately or within a few hours of removing formwork

**19**

Highly Confidential - Attorney's Eyes Only

**Table 5-2. "Late" Concrete Color Variations and Probable Causes\***

| Description | Common term | Most probable causes | |
|---|---|---|---|
| Variation in shade of the surface, from light to dark | Drying discoloration | Curing: | Different (climatic) conditions |
| White powder or bloom on the surface | Lime bloom or efflorescence | Design: | Permitting uneven washing by rain |
| | | Release agent: | Type |
| | | Curing: | Uneven conditions |
| Discoloration foreign to the color of constituent materials | Contamination | Materials: | Pyrites, clay, or other impurities |
| | | Reinforcement: | Inadequate cover, rust from steel above |
| | | Curing: | Impure curing compounds, dirty covers |

\*Visible some time after removing formwork

**Table 5-3. "Early" Concrete Blemishes (Physical Irregularities) and Probable Causes\***

| Description | Common term | Most probable causes | |
|---|---|---|---|
| Coarse stony surface with air voids and lacking in fines | Honeycombing | Concrete mix: | Insufficient fines, too low workability |
| | | Formwork: | Joints leaking |
| | | Placing methods: | Causing segregation, compaction inadequate |
| | | Design: | Highly congested reinforcement, too narrow section |
| Individual cavities usually less than 12 mm ($1/2$ in.) in diameter, small cavities approximately semispherical, larger cavities often bounded by stone particles | Blowholes or bugholes | Formwork: | Form face impermeable, with poor wetting characteristics, inclined, too flexible |
| | | Release agent: | Neat oil without surfactant |
| | | Concrete mix: | Too lean, too coarse a sand, too low a workability |
| | | Placing methods: | Improper vibration, inadequate compaction, too slow rate of placing, external vibration |
| Sand textured areas, devoid of cement, usually associated with dark color on adjoining surface | Grout loss | Formwork: | Leaking at joints, tie holes, etc. |
| Irregular eroded areas and channels having exposed stone or sand particles | Scouring | Concrete mix: | Excessively wet, insufficient fine particles, too lean |
| | | Placing methods: | Water in formwork, excessive vibration on wet mix, low temperature when placing |
| | | Formwork: | Leaking |
| Step, wave, or other deviation from the intended shape | Alignment or profile variation | Formwork: | Damaged, deformed under load, joints not tightly butted |
| | | Placing methods: | Too rapid or careless |
| Short cracks often varying in width along their length; with vertical casting, cracks more often horizontal than vertical | Plastic cracking | Concrete mix: | High water/cement ratio, low sand content |
| | | Formwork: | Poor thermal insulation, irregular shape (restraining settlement) |

\*Visible immediately or within a few hours of removing formwork

**20**

Highly Confidential - Attorney's Eyes Only

**Table 5-4. "Late" Concrete Blemishes (Physical Irregularities) and Probable Causes\***

| Description | Common term | Most probable causes | |
|---|---|---|---|
| Thin layer of hardened mortar removed from the concrete surface, exposing mortar or stone | Freeze-thaw scaling | Formwork: | Relaxing after compaction, form face excessively rough |
| | | Release agent: | Inadequate application or removed during subsequent operations, ineffective |
| | | Concrete mix: | Low strength, lack of air |
| | | Striking time: | Too early |
| Parts of the form face, including barrier paint, adhering to the concrete | Form scabbing | Formwork: | Form face excessively rough, weak, or damaged |
| | | Release agent: | Inadequate application or removed during subsequent operations, ineffective |
| | | Striking time: | Too late |
| Pieces of concrete removed from the hardened surface, deeper and unusually more severe than scaling | Spalling or chipping | Formwork: | Difficult to strike |
| | | Release agent: | Inadequate application or removed during subsequent operations, ineffective |
| | | Concrete mix: | Low strength, aggregates susceptible to damage by frost or water, lack of air |
| | | Striking time: | Too early, mechanical damage after striking |
| | | Weathering: | Frost action, corrosion of reinforcement |
| A network of fine cracks in random directions, breaking the surface into areas from about 5 mm to 75 mm (1/4 in. to 3 in.) across | Crazing | Formwork: | Form face of low absorbency, smooth or polished |
| | | Concrete mix: | Too rich in cement, too high water/cement ratio |
| | | Curing: | Inadequate |
| | | Striking time: | Too early, especially in cold weather |

\*Visible some time after removing formwork

## LIGHT REFLECTIVE FLOORS

One of the primary uses of a white floor surface is to improve illumination (see Fig. 17). Although another option to increase visibility is to increase the number or intensity of lighting units, this can be costly to install and operate. Light reflecting surfaces are beneficial because they reflect light from the ceiling and provide a background that reduces shadows from large machinery, stacked goods, and tall racks.

White concrete floors reflect light significantly better than most other types of floors. Even after a year in service, there is little change in light reflecting ability.

The largest size aggregate for a concrete topping depends on the topping thickness. White concrete floor toppings can be made without any coarse aggregate if the topping is thin, or with both fine and coarse aggregate if the topping is thick—for heavy-duty applications. Thin toppings can be practical for slabs that carry foot traffic or light trucks. Thicker toppings, more than 25 mm (1 in.) thick, contain coarse aggregate and resist wear from heavy trucks. If the toppings are to be unbonded, they must be

thick enough to support loads on their own. See *Resurfacing Concrete Floors* (PCA 1996). Otherwise, thin toppings have to be bonded to a properly prepared concrete slab. Table 6 provides grading recommendations for aggregates in a thin topping course of white concrete.



**Fig. 17. The floor of this retail establishment is not only hard-wearing; its light reflective surface improves visibility in the aisles and requires less overhead lighting.**

21

GCP00002901

**Table 6. Aggregate Grading for Thin Topping of White Concrete**

| Passing sieve | Percent by mass |
|---|---|
| Fine aggregate | |
| 9.5 mm (3/8 in.) | 100 |
| 4.75 mm (No. 4) | 95–100 |
| 1.18 mm (No. 16) | 45–65 |
| 300 µm (No. 50) | 5–15 |
| 150 µm (No. 100) | 0–5 |
| Coarse aggregate | |
| 12.5 mm (1/2 in.) | 100 |
| 9.5 mm (3/8 in.) | 95–100 |
| 4.75 mm (No. 4) | 40–60 |
| 2.36 mm (No. 8) | 0–5 |

New concrete base slabs are ready for topping as soon as they permit walking on without leaving appreciable footprints and before final set. If the topping is to be placed on a hardened concrete slab, the slab should be brushed with a stiff-bristled broom before final hardening. This will remove laitance, loose aggregate, and scum and leave the coarse aggregate slightly exposed. If the base slab has hardened before being prepared this way, the surface should be cleaned and chipped. Before the topping is placed, the surface should be saturated with water if it has dried out, but no puddles of water should remain. A coat of neat portland cement grout should be scrubbed into the surface and the topping placed before the grout dries.

White mortar proportions are generally such that the mixture is about 60% fine aggregate by volume; white concrete proportions work out to be 25% to 30% fine aggregate and 50% to 55% coarse aggregate by volume.

White floors and toppings are placed and finished in the same manner as gray floors with attention given to using clean equipment and non-metal finishing tools.

White concrete should be protected during curing. Once it is hard enough to resist damage, the surface can be covered with non-staining waterproof paper or plastic coated burlap. Because plastic sheeting does not always lie flat against the surface, it is more difficult to use correctly, and there is an increased potential for discoloration. Curing compounds can be used if they do not interfere with the floor color. They must also be compatible with the sealer if one is to be applied. Protecting the concrete temperature during curing is no different for white or gray floors. This is generally not a concern for floors since the walls and roof of the building are often constructed first. Precautions should be considered when the average air temperature is 4 °C (40 °F) or below for at least 3 consecutive days. See ACI 306R, *Cold Weather Concreting* for additional information (ACI 1989). Curing is recommended for at least 7 days.

After curing and before being put into service, white concrete floors should be cleaned. Water and a neutral soap should be scrubbed into the surface with a rotary scrubber. After rinsing and drying, a colorless liquid floor hardener or sealer can be applied to help keep the floor clean and white. Normal maintenance includes regular sweeping, damp mopping about once a month, and rotary brush scrubbing about every 2 to 3 months depending on use. Sealers should be reapplied at intervals suggested by the manufacturer.

Highly Confidential - Attorney's Eyes Only

GCP00002902

# REFERENCES

ACI 1989, *Cold Weather Concreting*, ACI 306R, American Concrete Institute, Farmington Hills, Michigan, 1989.

ACI 1991a, *Guide to Cast-In-Place Architectural Concrete Practice*, ACI 303R, American Concrete Institute, Farmington Hills, Michigan, 1991.

ACI 1991b, *Hot Weather Concreting*, ACI 305R, American Concrete Institute, Farmington Hills, Michigan, 1991.

ACI 1997, *Standard Specification for Cast-In-Place Architectural Concrete*, ACI 303.1, American Concrete Institute, Farmington Hills, Michigan, 1997.

ASCC, *Guide for Surface Finish of Formed Concrete*, American Society of Concrete Contractors and Hanley-Wood, LLC (formerly The Aberdeen Group), Addison, Illinois, 1999.

Berns, M. A., "Light-Reflecting Concrete for Factory Floors," *Civil Engineering*, October 1942.

Bidel, E.N., and Blanks, R.F., "Absorptive Form Lining," *Journal of the American Concrete Institute*, Vol. 13, No. 3, American Concrete Institute, Farmington Hills, Michigan, January 1942.

CC, "Special Cements and Their Uses," *Concrete Construction*, Hanley-Wood, LLC (formerly The Aberdeen Group), Addison, Illinois, 1973.

CCA, *Recommendations for the Production of High Quality Concrete Surfaces*, Cement and Concrete Association, Great Britain, Bv. 29, March 1967.

CCP, *Ready Mixed Concrete*, Concrete Construction Publications, Elmhurst, Illinois, June 1965.

Chusid, M., and Paris, N., "Color in Architectural Concrete," *Architectural Record*, McGraw-Hill Companies, Inc., New York, June 1997.

ENR, "White Cement Floor Successful Light Reflector," *Engineering News-Record*, June 25, 1942, page 9.

Freedman, S., *White Concrete*, Portland Cement Association, IS175, Skokie, Illinois, 1971.

Gebhardt, R. F., "Survey of North American Portland Cements: 1994," *Cement, Concrete, and Aggregates*, Vol. 17, No. 2, ASTM, West Conshohocken, Pennsylvania, December 1995, pages 145–189.

Greening, N.R., and Landgren, R., *Surface Discoloration of Concrete Flatwork*, Portland Cement Association Research Bulletin RX203, Skokie, Illinois, 1966.

Hurd, M. K., "White Concrete Brightens 'Highways of Hope,' " *Concrete Construction*, Hanley-Wood LLC (formerly The Aberdeen Group), Addison, Illinois, January 2001, pages 52–55.

Litvin, A., *Clear Coatings for Exposed Architectural Concrete*, Portland Cement Association Development Bulletin DX137, Skokie, Illinois, 1968.

Muhlenbruch, C.W., and Mille, E.H., *Factors Influencing the Reflectivity of White Portland Cement Concretes*, American Society for Testing and Materials, Proceedings, Vol. 42, 1942, pages 775–786.

PCA 1966, *Exploring Color and Texture*, Portland Cement Association, PA020, Skokie, Illinois, 1966.

PCA 1968, *White Concrete Floors*, Portland Cement Association, IS068, Skokie, Illinois, 1968.

PCA 1988, *Removing Stains and Cleaning Concrete Surfaces*, Portland Cement Association, IS214, Skokie, Illinois, 1988.

PCA 1991, *Finishing Concrete Slabs with Color and Texture*, Portland Cement Association, PA124, Skokie, Illinois, 1991.

PCA 1995, *Color and Texture in Architectural Concrete*, Portland Cement Association, Skokie, Illinois, 1995.

PCA 1996, *Resurfacing Concrete Floors*, Portland Cement Association, Skokie, Illinois, IS144, 1996.

PCA 1999a, "What is White Cement?" *Concrete Technology Today*, Vol. 20, No. 1, PL991, Portland Cement Association, Skokie, Illinois, April 1999, 4 pages. Available for viewing at http://www.portcement.org/pdf_files/PL991.pdf.

PCA 1999b, "White Cement Concrete and Colored Concrete Construction" *Concrete Technology Today*, Vol. 20, No. 3, PL993, Portland Cement Association, Skokie, Illinois, November 1999, 4 pages. Available for viewing at http://www.portcement.org/pdf_files/PL993.pdf.

PQ, *Modern Concrete*, Pit & Quarry Publications, Chicago, 1969.

Reichhold, *Technical Service Bulletin*, Reichhold Chemicals, Inc., Tacoma, Washington, 1965.

Rennilson, J. J., "Are Your Roads Safe at Night?" *Standardization News*, Vol. 28/No. 2, American Society for Testing and Materials, Conshohocken, Pennsylvania, February 2000, pages 26–29.

Shilstone, J. M., Sr., "Architectural Concrete Contract Documents," *Concrete International*, Vol. 7, No. 11, American Concrete Institute, Farmington Hills, Michigan, November 1985.

Shilstone, J. M., Sr., "Surface Blemishes in Formed Concrete," *Concrete Construction*, Vol. 24, No. 11, Hanley-Wood, LLC, Addison, Illinois, November 1979, 9 pages.

Highly Confidential - Attorney's Eyes Only

GCP00002903

Shilstone, J. M., "How to Obtain Predictable Architectural Concrete," *Concrete Construction*, Vol. 18, No. 8, Hanley-Wood, LLC, Addison, Illinois, August 1973, pages 363–366, 412–413.

Shilstone, J. M., "Achieving High-Quality Architectural Concrete by Understanding Details of the Construction Process," *Architectural Record*, Vol. 153, No. 5, The McGraw-Hill Companies, New York, May 1973, pages 161-164.

Taylor, P. C. and Hills, L. M., "Factors Influencing Color," *Concrete Technology Today*, Vol. 20, No. 2, PL992, Portland Cement Association, Skokie, Illinois, August 1999, 3 pages. Available for viewing at http://www.portcement.org/pdf_files/PL992.pdf.

## ASTM STANDARDS

C 33, *Specification for Concrete Aggregates*
C 127, *Test Method for Specific Gravity and Absorption of Coarse Aggregate*
C 150, *Specification for Portland Cement*
C 295, *Practice for Petrographic Examination of Aggregates for Concrete*
C 330, *Specification for Lightweight Aggregates for Structural Concrete*
C 494, *Specification for Chemical Admixtures for Concrete*
C 618, *Specification for Fly Ash and Raw or Calcined Natural Pozzolan for Use as a Mineral Admixture in Portland Cement Concrete*
C 979, *Specification for Pigments for Integrally Colored Concrete*
C 989, *Specification for Ground Granulated Blast-Furnace Slag for Use in Concrete and Mortars*

## CSA STANDARDS

CAN/CSA-A5/A8/A362, *Portland Cement/Masonry Cement/Blended Hydraulic Cement*
A23.1, *Concrete Materials and Methods of Concrete Construction*
A23.2-12A, *Relative Density and Absorption of Coarse Aggregate*
A23.5-M86, *Supplementary Cementing Materials*
A363, *Cementitious Hydraulic Slag*

**PCA R&D Serial No. 2500**

Highly Confidential - Attorney's Eyes Only

GCP00002904

 **PCA** PORTLAND CEMENT ASSOCIATION

5420 Old Orchard Road
Skokie, Illinois  60077-1083  USA

Phone: 847.966.6200
Fax: 847.966.9781
Internet: www.portcement.org

An organization of cement companies
to improve and extend the uses of portland
cement and concrete through market
development, engineering, research,
education, and public affairs work.

Visit our Web site at:
**www.portcement.org/white**

EB217.01

Highly Confidential - Attorney's Eyes Only

GCP00002905