Michael R. Matthias (SBN 57728)
*mmatthias@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

Gary H. Levin (*pro hac vice*)
*glevin@bakerlaw.com*
John F. Murphy (*pro hac vice*)
*johnmurphy@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:  215.564.8363
Facsimile:   215.568.3439

Cassandra J. Simmons (*pro hac vice*)
**BAKER & HOSTETLER LLP**
*csimmons@bakerlaw.com*
1050 Connecticut Ave., Suite 1100
Washington, DC 20036-5304
Telephone:  202.861.1633
Facsimile:   202.861.1783

Jeffrey J. Lyons (*pro hac vice*)
**BAKER & HOSTETLER LLP**
*jjlyons@bakerlaw.com*
1201 N. Market Street, 14th Floor
Wilmington, DE 19801-1147
Telephone:  302.468.7088
Facsimile:   215.568.3439

***Attorneys for Plaintiff GCP Applied Technologies Inc.***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GCP APPLIED TECHNOLOGIES INC., a Delaware corporation,<br><br>                     Plaintiff,<br><br>          v.<br><br>AVM INDUSTRIES, INC., a California corporation,<br><br>                     Defendant. | Case No.: 2:19-cv-07475-MWF-RAO<br><br>*[Hon. Michael W. Fitzgerald, Ctrm. 5A; Magistrate Judge Rozell A. Oliver]*<br><br>**DECLARATION OF JEFFREY J. LYONS IN SUPPORT OF GCP'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:  January 10, 2022<br>Time: 10:00 a.m.<br>Ctrm: 5A |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Jeffrey J. Lyons, hereby declare and state:

1.      I am an associate at Baker & Hostetler LLP, counsel to GCP Applied Technologies, Inc. ("GCP").   I make this declaration in support of GCP's concurrently filed (1) Motion for Summary Judgment of No Anticipation and No Obviousness of Dependent Claims, (2) Motion for Summary Judgment of No Inequitable Conduct, and (3) Motion for Summary Judgment of Literal Infringement by Certain Accused Products.

2.      I am a member in good standing of the State Bar of Delaware and am admitted to practice before this Court *pro hac vice*.

3.      Attached as Exhibit A is a true and correct copy of U.S. Patent No. 8,713,879 ("the '879 patent").

4.      Attached as Exhibit B is a true and correct copy of AVM's Final Invalidity Contentions, dated September 1, 2021, produced by AVM in this proceeding.

5.      Attached as Exhibit C is a true and correct copy of the Opening Expert Report of Philip D. Dregger, dated September 22, 2021, produced by AVM in this proceeding.

6.      Attached as Exhibit D is a true and correct copy of the transcript of the November 2, 2021 deposition of Philip D. Dregger.

7.      Attached as Exhibit E is a true and correct copy U.S. Patent No. 5,496,615 to Bartlett ("Bartlett '615").

8.      Attached as Exhibit F is a true and correct copy of U.S. Patent No. 6,500,520 to Wiercinski ("Wiercinski '520").

9.      Attached as Exhibit G is a true and correct copy of excerpts from the transcript of the April 20, 2021 deposition of Robert Wiercinski.

10.     Attached as Exhibit H is a true and correct copy of the Examiner Signed IDS from the '879 Prosecution History, dated December 3, 2013.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

11.   Attached as Exhibit I is a true and correct copy of U.S. Patent No. 6,746,764 to Anspach ("Anspach '764").

12.   Attached as Exhibit J is a true and correct copy of the '879 patent Notice of Allowance, dated February 13, 2014.

13.   Attached as Exhibit K is a true and correct copy of the transcript of the November 3, 2021 expert deposition of Robert Wiercinski.

14.   Attached as Exhibit L is a true and correct copy of the International Search Report, dated November 18, 2010.

15.   Attached as Exhibit M is a true and correct copy of the Rebuttal Expert Report of Robert Wiercinski on Validity, dated October 20, 2021.

16.   Attached as Exhibit N is a true and correct copy of U.S. Patent No. 7,776,432 to Serwin ("Serwin").

17.   Attached as Exhibit O is a true and correct copy of U.S. Patent No. 6,933,007 to Fensel ("Fensel").

18.   Attached as Exhibit P is a true and correct copy of the City of Los Angeles Department of Building and Safety Research Report, RR 26044, regarding AUSSIE SKIN® 550, 555, 558, 560, and 565, dated April 1, 2019, and produced by AVM in this proceeding and bates numbered AVMI90100028731-28733.

19.   Attached as Exhibit Q is a true and correct copy of GCP's Initial Infringement Contentions, dated July 20, 2020.

20.   Attached as Exhibit R is a true and correct copy of the City of Los Angeles Department of Building and Safety Research Report, RR 26044, regarding AUSSIE SKIN® 550G, 555G, 558G, 560G, and 565G, dated December 1, 2019, and produced by AVM in this proceeding and bates numbered AVMI90100011063-11065 (highlighting in original).

21.   Attached as Exhibit S is a true and correct copy of GCP's Final Infringement Contentions, dated August 18, 2021.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    22.    Attached as Exhibit T is a true and correct copy of pages 1-50 and 57 of

2  the Expert Report of Douglas R. Stieve Regarding Infringement and Exhibits 11, 13,

3  21, 33, and 36 thereto, dated September 22, 2021.

4    23.    Attached as Exhibit U is a true and correct copy of excerpts from

5  Defendant's Objections and Responses to GCP's First Interrogatories to AVM

6  Industries, Inc., dated March 22, 2021, produced by AVM in this proceeding.

7    24.    Attached as Exhibit V is a true and correct copy of excerpts from

8  Defendant's Objections and Responses to GCP's Second Set of Interrogatories to

9  AVM Industries, Inc., dated April 30, 2021, produced by AVM in this proceeding.

10    25.    Attached as Exhibit W is a true and correct copy of Defendant's

11  Response to GCP's Second Set of Requests for Production of Documents (No. 59),

12  dated April 13, 2021, produced by AVM in this proceeding.

13    26.    Attached as Exhibit X is a true and correct copy of the Expert Rebuttal

14  Report of Philip Dregger, dated October 20, 2021, produced by AVM in this

15  proceeding.

16    27.    Attached as Exhibit Y is a true and correct copy of scanning electron

17  microscope test results performed on various AUSSIE SKIN® products, bates

18  numbered GCP00072687-72695.

19    28.    Attached as Exhibit Z is a true and correct copy of excerpts from the

20  transcript of the October 27, 2021 deposition of Douglas R. Stieve.

21    I declare under penalty of perjury under the laws of the United States that the

22  foregoing is true and correct.  Executed on November 17, 2021, at Wilmington,

23  Delaware.

24

25                                    /s/ Jeffrey J. Lyons
                                      Jeffrey J. Lyons (*pro hac vice*)
26

27

28

3