Michael R. Matthias (SBN 57728)
mmatthias@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Gary H. Levin (*pro hac vice*)
glevin@bakerlaw.com
John F. Murphy (*pro hac vice*)
johnmurphy@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.564.8363
Facsimile: 215.568.3439

Cassandra J. Simmons (*pro hac vice*)
**BAKER & HOSTETLER LLP**
csimmons@bakerlaw.com
1050 Connecticut Ave., Suite 1100
Washington, DC 20036-5304
Telephone: 202.861.1633
Facsimile: 202.861.1783

Jeffrey J. Lyons (*pro hac vice*)
**BAKER & HOSTETLER LLP**
jjlyons@bakerlaw.com
1201 N. Market Street, 14th Floor
Wilmington, DE 19801-1147
Telephone: 302.468.7088
Facsimile: 215.568.3439

***Attorneys for Plaintiff GCP Applied Technologies Inc.***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCP APPLIED TECHNOLOGIES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVM INDUSTRIES, INC., a California corporation,<br><br>Defendant. | Case No.: 2:19-cv-07475-MWF-RAO<br><br>*[Hon. Michael W. Fitzgerald, Ctrm. 5A; Magistrate Judge Rozell A. Oliver]*<br><br>**DECLARATION OF JEFFREY J. LYONS IN OPPOSITION TO AVM'S SUMMARY JUDGMENT MOTIONS**<br><br>Date: January 10, 2022<br>Time: 10:00 a.m.<br>Ctrm: 5A |

I, Jeffrey J. Lyons, hereby declare and state:

1. I am an associate at Baker & Hostetler LLP, counsel to GCP Applied Technologies, Inc. ("GCP"). I make this declaration in support of GCP's concurrently filed oppositions to AVM's summary judgment motions.

2. I am a member in good standing of the State Bar of Delaware and am admitted to practice before this Court *pro hac vice*.

3. Attached as Exhibit AA is a true and correct copy of a credit memo dated June 14, 2019, produced by AVM in this proceeding and bates numbered AVMI90100000359.

4. Attached as Exhibit BB is a true and correct copy of a Supplier Commercial Terms Agreement, produced by AVM in this proceeding and bates numbered AVMI90100000761.

5. Attached as Exhibit CC is a true and correct copy of a Bill of Lading, produced by AVM in this proceeding and bates numbered AVMI90100000969.

6. Attached as Exhibit DD is a true and correct copy of a Bill of Lading, produced by AVM in this proceeding and bates numbered AVMI90100000993.

7. Attached as Exhibit EE is a true and correct copy of an AVM Purchase Order dated December 4, 2018, produced by AVM in this proceeding and bates numbered AVMI90100003007.

8. Attached as Exhibit FF is a true and correct copy of an email string dated December 4, 2018, produced by AVM in this proceeding and bates numbered AVMI90100003010-11.

9. Attached as Exhibit GG is a true and correct copies of Purchase Orders and Estimates dated November 28, 2018 and December 4, 2018, produced by AVM in this proceeding and bates numbered AVMI90100003013-16.

10. Attached as Exhibit HH is a true and correct copy of a Supplier Commercial Terms Agreement, produced by Loren Nelson pursuant to a subpoena in this proceeding and bates numbered NELSON 000734 through NELSON 000736.

11. Attached as Exhibit II is a true and correct copy of an email string dated March 18, 2019 through April 29, 2019, produced by Loren Nelson pursuant to a subpoena in this proceeding and bates numbered NELSON 001954 through NELSON 001972.

12. Attached as Exhibit JJ is a true and correct copy of an email from Gary Levin to Peter Peterson, dated March 16, 2020.

13. Attached as Exhibit KK is a true and correct copy of excerpts from GCP's ...

14. Attached as Exhibit LL is a true and correct copy of an email string between Cassie Simmons and David Pegnataro, dated October 22, 2021 through October 25, 2021.

15. Attached as Exhibit MM is a true and correct copy of the transcript of the November 4, 2021 deposition of George Miller.

16. Attached as Exhibit NN is a true and correct copy of a document titled "Competing Waterproofing Membrane Products," produced by AVM in this proceeding and bates numbered AVMI90100042731-32.

17. Attached as Exhibit OO is a true and correct copy of a document titled "Potential Damages Issues Regarding GCP v AVM Info Requested," produced by AVM in this proceeding and bates numbered AVMI90100042735-43.

18. Attached as Exhibit PP is a true and correct copy of a spreadsheet purporting to list competitor products, produced by AVM in this proceeding and bates numbered AVMI90100010696-99.

19. Attached as Exhibit QQ is a true and correct copy of a spreadsheet purporting to list waterproofing projects, produced by AVM in this proceeding and bates numbered AVMI90100018683-19303.

20. Attached as Exhibit RR is a true and correct copy of an email string between AVM and Canlon, dated August 29, 2019 through August 30, 2019, produced by AVM in this proceeding and bates numbered AVMI90100001480-82.

21. Attached as Exhibit SS is a true and correct copy of a Substitution Request, produced by AVM in this proceeding and bates numbered AVMI90100011457-78.

22. Attached as Exhibit TT is a true and correct copy of an email string between AVM and Canlon, dated March 26, 2020 through March 27, 2020, produced by AVM in this proceeding and bates numbered AVMI90100039849-53.

23. Attached as Exhibit UU is a true and correct copy of an email string between AVM and Canlon, dated March 26, 2020 through March 27, 2020, produced by AVM in this proceeding and bates numbered AVMI90100039849-53.

24. Attached as Exhibit VV is a true and correct copy of an email string between GCP's and AVM's counsel, dated October 27, 2021 through November 8, 2021.

25. Attached as Exhibit WW is a true and correct copy of excerpts from Defendant's Objections and Responses to GCP's First Interrogatories to AVM Industries, Inc., dated March 22, 2021.

26. Attached as Exhibit XX is a true and correct copy of an email string between GCP (Grace) employees, dated August 2, 2010, bates numbered GCP00002296.

27. Attached as Exhibit YY is a true and correct copy of excerpts from GCP's Objections and Responses to AVM's Second Set of Interrogatories, dated March 22, 2021.

28. Attached as Exhibit ZZ is a true and correct copy of a Private Label Supply and Exclusive Distribution Agreement, produced by AVM in this proceeding and bates numbered AVMI90100004949-64.

29. Attached as Exhibit AB is a true and correct copy of an email string between AVM and Canlon, dated August 29, 2019 through August 30, 2019, produced by AVM in this proceeding and bates numbered AVMI90100001480-82.

30. Attached as Exhibit AC is a true and correct copy of an email from AVM to Canlon, dated September 12, 2019, produced by AVM in this proceeding and bates numbered AVMI90100001429.

31. Attached as Exhibit AD is a true and correct copy of an email string between AVM and Canlon, dated March 26, 2020, produced by AVM in this proceeding and bates numbered AVMI90100000693-96.

32. Attached as Exhibit AE is a true and correct copy of an email string between AVM and Canlon, dated August 31, 2019 through September 1, 2019, produced by AVM in this proceeding and bates numbered AVMI90100001462-63.

33. Attached as Exhibit AF is a true and correct copy of excerpts from Defendant's Objections and Responses to GCP's Second Set of Interrogatories to AVM Industries, Inc., dated April 30, 2021.

34. Attached as Exhibit AG is a true and correct copy of an email string between AVM and Canlon, dated March 26, 2020 through March 27, 2020, produced by AVM in this proceeding and bates numbered AVMI90100039849-53.

35. Attached as Exhibit AH is a true and correct copy of an email string between AVM and Canlon, dated March 20, 2020 through March 21, 2020, produced by AVM in this proceeding and bates numbered AVMI90100039888-89.

36. Attached as Exhibit AI is a true and correct copy of an Aussie Skin 550 Q.C. Form, dated August 25, 2020, produced by AVM in this proceeding and bates numbered AVMI90100039680-85.

37. Attached as Exhibit AJ is a true and correct copy of a Purchase Order, dated June 29, 2020, produced by AVM in this proceeding and bates numbered AVMI90100028941.

38. Attached as Exhibit AK is a true and correct copy of an AVM press release regarding AUSSIE SKIN® "G" products, produced by AVM in this proceeding and bates numbered AVMI90100006158.

39. Attached as Exhibit AM is a true and correct copy of letter by Peter W. Peterson, dated March 6, 2020, produced by AVM in this proceeding and bates numbered AVMI90100006543-44.

40. Attached as Exhibit AN is a true and correct copy of the transcript of the April 29, 2021 deposition of Vince Caserta.

41. Attached as Exhibit AO is a true and correct copy of an email string between Vince Caserta and Robert Wiercinski, dated October 27, 2008, bates numbered GCP00002408.

42. Attached as Exhibit AP is a true and correct copy of an email string between GCP (Grace) employees, dated February 4, 2009 through February 5, 2009, bates numbered GCP00002297-98.

43. Attached as Exhibit AQ is a true and correct copy of an email string between GCP (Grace) employees, dated September 1, 2009 through October 13, 2009, bates numbered GCP00002330-32.

44. Attached as Exhibit AR is a true and correct copy of an internal investigation, dated January 27, 2016, bates numbered GCP00069908-13.

45. Attached as Exhibit AS is a true and correct copy of U.S. Patent No. 8,713,879, produced by AVM in this proceeding and bates numbered AVMI90100000055-62.

46. Attached as Exhibit AT is a true and correct copy of an image taken of the metadata provided by AVM for AVMI90100000055-62.

47. Attached as Exhibit AU is a true and correct copy of U.S. Patent Publication No. 2018/0282997, produced by AVM in this proceeding and bates numbered AVMI90100000001-14.

48. Attached as Exhibit AV is a true and correct copy of an image taken of the metadata provided by AVM for AVMI90100000001-14.

49. Attached as Exhibit AW is a true and correct copy of an email string between AVM employees, dated May 29, 2019, produced by AVM in this proceeding and bates numbered AVMI90100010653-64.

50. Attached as Exhibit AX is a true and correct copy of an email string between AVM and Canlon, dated August 30, 2019, produced by AVM in this proceeding and bates numbered AVMI90100001464-66.

51. Attached as Exhibit AY is a true and correct copy of a PV 100 Product Data Sheet, produced by AVM in this proceeding and bates numbered AVMI90100040661-64.

52. Attached as Exhibit AZ is a true and correct copy of an image taken of the metadata provided by AVM for AVMI90100040661-64.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 8, 2021, at Wilmington, Delaware.

                                      */s/ Jeffrey J. Lyons*
                                        Jeffrey J. Lyons (*pro hac vice*)