UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 19-7475 MWF (RAOx)**          Dated:  April 7, 2023

Title:  GCP APPLIED TECHNOLOGIES, INC. v. AVM INDUSTRIES, INC.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Vanessa Figueroa for Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                           None Present


PROCEEDINGS (IN CHAMBERS):  COURT ORDER

     In light of the Notice of Settlement filed April 6, 2023, the Court sets a hearing on Order to Show Cause Re Dismissal for **May 8, 2023 at 11:30 a.m**.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

     **IT IS SO ORDERED.**